IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONE UNITY INVESTMENT LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-2455 |
| | § | (JURY) |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| | § | |
| *Defendant,* | § | |

**APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description | Pages |
|---|---|---|
| A | Deposition of Brandon Allen | Appx. 0001 - 0046 |
| B | Deposition of Neil Hall | Appx. 0047 - 0079 |
| C | Declaration of Neil Hall, with attached materials including Expert Report | Appx. 0080 - 0170 |
| D | Defendant's Designation of Expert Witnesses [for purposes of establishing Defendants contentions] | Appx. 0171 - 0177 |

Respectfully Submitted,

By: *<u>/s/ Jay Scott Simon</u>*

Chad T. Wilson
Bar No. 24079587
Southern Bar No. 2246983
Jay Scott Simon
Bar No. 24008040
Southern Bar No. 31422
CHAD T. WILSON LAW FIRM, PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (713) 222-6000

Facsimile: (281) 940-2137
eservice@cwilsonlaw.com
jsimon@cwilsonlaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the *Appendix to Plaintiff's Response to Defendant's Motion for Summary Judgment* has been sent to counsel of record by certified U.S. mail, facsimile, hand delivery, or electronic service on February 20, 2025.

SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP

Bruce R. Wilkin
bwilkin@shackelford.law
Artis G. Ulmer, III
aulmer@shackelford.law
717 Texas Avenue, 27th Floor
Houston, Texas 77002
Telephone: (832) 415-1801
Facsimile: (832) 565-9030

ATTORNEY FOR DEFENDANT

*/s/ Jay Scott Simon*