IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONE UNITY INVESTMENT, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-02455 |
| | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**DECLARATION OF RODOLFO E. SERRANO, JR**

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

1. "My name is Rodolfo E. Serrano, Jr, I am over the age of 21 years, and I am competent to make this affidavit. I am a professional engineer licensed in the State of Texas. I have maintained my license as a professional engineer in the State of Texas since 2005.

2. I was formerly employed as a professional engineer with EFI Global Inc. ("EFI"). I provided consulting services on EFI's behalf between 2006-2025. I have personal knowledge of the facts stated herein based on my personal experience in preparing reports of my observations, conclusions, and opinions.

3. EFI was retained by North American Risk Services ("NARS"), the third-party claims administrator for AXIS Surplus Insurance Company ("AXIS") to perform a site inspection to determine the cause of loss to the bitumen roof and to inspect for wind/hail damage claimed by One Unity Investments ("One Unity") at a commercial building located at 10080 Bellaire Blvd., Houston, TX 77072 (the "Property").

4. On March 27, 2023, the Property was inspected by EFI. The inspection included the entire roof and interior of the Property. Thereafter, a report was prepared by Nar Sripadanna, P.E., a professional engineer formerly employed by EFI. Said report was subjected to technical review, for which I served as the reviewing engineer, and my signature appears on the final version of said report.



EXHIBIT
F

5. On March 30, 2023, EFI issued said report detailing the findings and observations from the inspection of the Property. A true and accurate copy of this report is attached hereto as **Exhibit F-1**. This report was made based on my personal observations during my technical review of the findings and photographs taken at the Property.

6. On August 30, 2024, counsel for AXIS provided me with a copy of a July 24, 2023 report prepared by Neil B. Hall, P.E. Counsel requested that I review Mr. Hall's report and provide counsel with my response to the same.

7. On September 23, 2024, EFI submitted my supplemental report, which I prepared in the course of my employment with EFI. A true and correct copy of this supplemental report is attached hereto as **Exhibit F-2**. This supplemental report was made based on my personal knowledge, including my personal observations made during the technical review of the initial findings and report, as well as my review of the information contained in Mr. Hall's report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of _____________ 2025.

Rodolfo E. Serrano, Jr. 02/21/2025

**Rodolfo E. Serrano, Jr, P.E.**

# Decalration of Rodolfo Serrano Jr (EFI)

Final Audit Report 2025-02-21

| | |
|---|---|
| Created: | 2025-02-21 |
| By: | Artis Ulmer III (artisgu@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA5v7niV7zQGm6nmoha8Q-2YY8EeEo0zQ_ |

## "Decalration of Rodolfo Serrano Jr (EFI)" History

Document created by Artis Ulmer III (artisgu@gmail.com)
2025-02-21 - 5:55:03 PM GMT- IP address: 108.72.201.161

Document emailed to Rudy Serrano (rudy.serrano@independent-forensics.com) for signature
2025-02-21 - 5:55:08 PM GMT

Email viewed by Rudy Serrano (rudy.serrano@independent-forensics.com)
2025-02-21 - 6:09:56 PM GMT- IP address: 70.122.42.155

Document e-signed by Rudy Serrano (rudy.serrano@independent-forensics.com)
Signature Date: 2025-02-21 - 6:10:46 PM GMT - Time Source: server- IP address: 70.122.42.155

Agreement completed.
2025-02-21 - 6:10:46 PM GMT