efi global

14950 Heathrow Forest Parkway, Suite 520
Houston, TX 77032
Tel: 281.358.4441

# Roof Evaluation

EFI Global File No.: 028.05310
March 30, 2023

One Unity Investments
10080 Bellaire Blvd
Houston, TX 77072

Date of Loss: August 10, 2022
Claim No.: AWAX22110018

Prepared For:
North American Risk Services
Attn: Josh Shuck
P.O. Box 166002
Altamonte Springs, FL 32716
claims@straightlineglobal.com

| Report Authored By: | Technical Review By: |
| --- | --- |
| STATE OF TEXAS / NAR L. SRIPADANNA / 77984 / REGISTERED / PROFESSIONAL ENGINEER<br>Nar Sripadanna<br>Nar Sripadanna, P.E.<br>Senior Forensic Engineer | Rodolfo E. Serrano, Jr.<br>Rodolfo E. Serrano, Jr., MSE, CFEI<br>District Engineering Principal |

Firm Registration Number: F-9168

I hereby certify that this engineering document was prepared by me and that I am a duly licensed Professional Engineer in the state referenced in the signature line above. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy. Hard copies of this report with a "wet-seal" can be provided upon request. This report is furnished as privileged and confidential to addressee. Release to any other party is the sole responsibility of addressee. ©2019 EFI Global, Inc.

EXHIBIT
F-1

## ASSIGNMENT

The assignment was received by EFI Global, Inc. (EFI) on January 26, 2023, from Josh Shuck, with North American Risk Services.

The scope of this assignment was to:

- Perform a site inspection to determine the cause of loss to the bitumen roof. Inspect for wind/hail damage.

EFI Global, Inc. (EFI) has completed an engineering examination at the subject property located at the above loss location. EFI's findings, analysis, and conclusions are included herein. This report contains a discussion of the information gathered during the assessment and an analysis and conclusions with respect to the condition of the subject property at the time of EFI's assessment. The conclusions contained herein are based on information available to date.

## METHODOLOGY

The collection and analysis of information for this project followed an application of engineering principles to the investigation analysis.

The procedures followed included:

1. Upon receipt of the assignment, a site examination was conducted on March 27, 2023. Mr. Michael Hazelwood the field adjuster with straight line global and Martin Guzman with Watkins law firm were present at that time.
2. The following were interviewed: Mr. Hazelwood and Mr. Guzman.
3. The following provided documents were reviewed: Assignment Notes.
4. The following was researched:
    a. CoreLogic Hail Verification Report
    b. CoreLogic Wind Verification Report.
5. This written report was authored at North American Risk Services' request.
6. The information and data collected was analyzed and conclusions were developed based on our engineering experience with similar projects in the vicinity of the subject property and accepted engineering principles relied upon by reputable members of the industry.

## BACKGROUND

The insured was concerned about wind damage to the roof.

Images from the Google Earth indicate that the structure was built sometime between 2006 and 2008 and has approximately 24,000 square feet of built-up area.

The following information was gathered during the site visit and through a conversation with Mr. Hazelwood and Mr. Guzman:

- Mr. Guzman stated that the building was constructed in 2007.

## BUILDING SYSTEM DESCRIPTION

The structure is noted to be a two-story, commercial building generally facing south. The exterior of the pre-cast concrete wall building is covered with rock veneer and stucco siding. The building was constructed upon a concrete slab-on-grade foundation. The flat roof is covered with modified bitumen cap sheets **(Photographs 1 through 5).**

The building had a glass penthouse on the front left corner with ledges covered with sheet metal.

The roof has high parapet walls all around with scuppers and downspouts to allow water to drain from the roof.

## SITE OBSERVATIONS

Observations were photographed to document distress and relevant conditions at the subject property on the date of the site visit. Not all damage or distress that may be present was necessarily observed or photographed; however, the selected photographs provide an indication of their types, severity, and distribution. They may also document unusual or contributing conditions that may exist. Photographs taken to document our findings and observations are attached to this report. The following observations were noted during the claim examination:

### Exterior Observations

- Dentist office window leakage consistent with window perimeter sealant failure was observed on the right elevation **(Photograph 6)**.

### Roof Observations

- No distress consistent with wind related forces was observed on the subject roof **(Photographs 7 through 10)**.
- Previous roof repairs consistent with an ongoing condition were observed on the right side of the roof above the dentist office **(Photographs 11 and 12)**.
- Ongoing signs of water ponding on the roof were observed at several locations **(Photograph 13)**.
- Numerous previous repairs were made to the glass penthouse walls consistent with roof leaks into the American Title and attorneys' offices **(Photographs 14 and 15)**.
- Previous repairs and coating consistent with roof leaks in the attorneys' office and NV Insurance's offices were observed adjacent to the rear left corner of the roof **(Photograph 16)**.
- Previous repairs and a coating around the roof top unit consistent with roof leaks adjacent to the rear right corner were observed on the roof **(Photograph 17)**.
- Some of the AC condensate drain lines were discharging into the down spouts but there are others that are draining onto the roof **(Photograph 18)**.
- No distress consistent with recent hail impact was observed on the roof **(Photographs 19, 20, and 21)**.
- Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof **(Photographs 22 through 26)**.

### Interior Observations

- Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front **(Photographs 27 through 36)**.

- Window leaks and ceiling tile water damage were observed in the dentist office on the right side of the building **(Photograph 37)**.

## RESEARCH

### Weather Conditions

A Hail Verification Report was obtained from CoreLogic. This report contains hail events between March 29, 2013 and March 28, 2023. The report records any hail event of 0.75 inch or greater in size or in 0.1-inch increments; rounded to the nearest 0.1-inch. No hail event of the minimum 0.75-inch size was reported at the subject location on or around the DOL (August 10, 2022). There was reported hail of 1.1-inch size, within one mile from this location, in January of 2016. No hail events of 0.75 inch or greater in size were reported at the subject property within the scope of the hail report. The full Hail Verification Report is included as Appendix B.

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 5 Miles |
| Apr 13, 2019 | -- | -- | 1.1 in / 2.79 cm | 1.6 in / 4.06 cm |
| Jan 8, 2016 | -- | 1.1 in / 2.79 cm | 1.5 in / 3.81 cm | 1.8 in / 4.57 cm |
| Apr 16, 2015 | -- | -- | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |

*Table 1*

A Wind Verification Report was obtained from CoreLogic. This report contains wind events between March 29, 2013 and March 28, 2023. The report records wind events with wind speeds of 40 miles per hour (mph) or greater, increasing in 1 mph increments. No wind event with wind speeds of 60 mph or greater was reported at the subject location around the DOL (August 10, 2022). However, there were three wind events reported at the subject location in the year 2022 (44 mph on January 8, 63 mph on March 30, and 63 mph on October 24). No significant wind speeds in excess of 40 miles per hour were reported at the subject property on the DOL. The full Wind Verification Report is included as Appendix C.

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| Oct 24, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Mar 30, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Jan 8, 2022 | 44 MPH | 49 MPH | 61 MPH | 66 MPH |
| May 28, 2021 | 43 MPH | 48 MPH | 58 MPH | 64 MPH |
| May 18, 2021 | 58 MPH | 61 MPH | 66 MPH | 67 MPH |
| Apr 28, 2020 | 49 MPH | 53 MPH | 61 MPH | 65 MPH |
| Jan 10, 2020 | 61 MPH | 62 MPH | 64 MPH | 64 MPH |
| Apr 7, 2019 | 48 MPH | 53 MPH | 60 MPH | 63 MPH |
| May 21, 2017 | 45 MPH | 52 MPH | 63 MPH | 66 MPH |
| Feb 14, 2017 | 63 MPH | 66 MPH | 71 MPH | 73 MPH |
| Jan 22, 2017 | 59 MPH | 61 MPH | 63 MPH | 64 MPH |
| Jan 2, 2017 | 53 MPH | 58 MPH | 62 MPH | 64 MPH |
| May 25, 2015 | 50 MPH | 56 MPH | 61 MPH | 62 MPH |
| May 17, 2015 | 49 MPH | 51 MPH | 59 MPH | 62 MPH |
| Oct 6, 2014 | 66 MPH | 67 MPH | 67 MPH | 67 MPH |
| Sep 2, 2013 | 42 MPH | 47 MPH | 60 MPH | 64 MPH |
| Aug 16, 2013 | 53 MPH | 56 MPH | 64 MPH | 64 MPH |

*Table 2*

## Discussion and Analysis

Generally, the base sheets in a modified bitumen roof system are secured to the substrate through mechanical fasteners, cold adhesives, self-adhesives, hot adhesives, and heat welding. The cap sheets are either bonded to the base sheets by applying heat or using a peel and stick bonding surface (self-adhered). Cold applied adhesives are also used to secure the cap sheet to the base sheet.

The roof of the building had high parapets all around the perimeter with scuppers and downspouts to facilitate drainage. During heavy downpours the parapet walls allow a significant amount of water to stay on the roof, contributing to roof leaks.

Hail forms when ice or rain droplets become caught in the updraft near the leading edge of a storm. The updraft carries the ice and rain droplets to extremely cold areas of the atmosphere where they freeze into ice and grow until the weight of the hailstones becomes greater than the updraft will support.

The exterior of the structure and other areas were examined for evidence of recent hail impact. Hail can damage the roof by penetrating it causing leaks to the interior. In this case, no roof penetrations were observed consistent with recent hail impact. According to published reports, it requires at least 1 ½-inch diameter hail to damage modified bitumen roof[1].

Our review of the hail report at this site indicated that there was no hail larger than 0.75 inches recorded on the date of loss or since then to the date of this inspection. There were no recorded hail events of 0.75 inches in size or greater at the subject property in the last ten years. Pre-existing indentations consistent with handling/maintenance were observed on several of the rooftop HVAC Units. Several of the rooftop units with exposed fins have indentation marks that do not appear to be new.

EFI's roof inspection revealed that the modified bitumen roof had age related deterioration with several granules missing on some of the sheets.

There were repairs with white coating along the rear wall adjacent to rear left corner of the building. There were ceiling tile stains below this area.

Also, there were repairs with a white coat around the rooftop unit adjacent to the rear right corner of the roof. There were ceiling tile stains below this area as well. There was water ponding behind a wall adjacent to the right front corner of the roof. There were ceiling stains in the dentist office in this general vicinity. There were numerous patch repairs on the right side of the roof. There were ceiling tile stains and replaced tiles that were bowing out below this area.

It appears that several of the original rooftop units were not functioning. Therefore, newer outside condensing units were installed on wood blocks unanchored to the roof. Typically, high winds can push and topple the unanchored HVAC units. EFI did not observe any such damage.

There were ceiling stains in the reception area of First American Title, and in the conference room to the left of the entrance. There were previous roof repairs around the glass penthouse near this area. There were ceiling stains in the rear left conference room at First American Title. There were ceiling stains in the attorney's office located at the rear left corner of the building. Ceiling stains were noted in the rear middle attorney office. They were ceiling stains in the middle office, NV insurance office, more towards the left of the building. There were ceiling stains in the corner office located in the rear right area of the building. They were ceiling stains in the right office towards the middle of the building. Water stains were noted in Suite 200 in the doctors' office reception area located towards the front of the building, as well as in the doctors' office located to the front of the suite. In the dentist office, windows were leaking on the right side of the building toward the front right corner. There were several ceiling tiles that were water damaged, but then recently replaced, that appear to be bowed.

Some of the rooftop units have condensate drip lines discharging into the scuppers, but several, especially in the middle and left side, had water discharging directly on top of the roof.

Our inspection of the roof with a thermal imaging camera indicated potential water infiltration points on the front, right, rear, and left sides of the roof.

[1] Hailstorm Investigation Report by Roofing Industry Committee on Weather Issues, Inc dated April 21, 2004.

According to American Society of Civil Engineers, Minimum Design Loads and Associated Criteria for Buildings and Other Structures (ASCE 7-16), for flat and mono slope roofs (See Figure 1), the L-shaped corners (zone 3) experience the greatest uplift forces as a result of wind. The roof edges (zone 2) experience lesser uplift forces and the interior regions (zone 1) of the roof experience the lowest amount of uplift forces as a result of wind. Therefore, wind damage is often present at the corners of the roofs that are subjected to high wind speeds. However, there was no evidence of wind distress or damage on the roof corners.




*Figure 1. Roof wind pressure zones.*




Figure 2. Roof layout with distress identified.

## CONCLUSIONS AND RECOMMENDATIONS

The analysis of available evidence related to this project supports the following:

1. EFI did not observe hail related damage to the roof. EFI did not observe any storm created openings on the roof related to hail impacts. There was no hail greater than 0.75 inches reported at the subject location within the last ten years, therefore any hail that fell at the subject location was not of a size capable of damaging a modified bitumen roof.
2. The right elevation windows were leaking due to window perimeter sealant degradation which occurs over time.
3. EFI did not observe wind related tears, folds, or penetrations on the roof. The wind speeds reported on or around the date of loss are not high enough to contribute wind damage to a flat roof.
4. The interior leaks were not from roof penetrations due to hail impact or wind related penetration/displacement. They were from previous roof repairs related to age and ongoing roof maintenance.

## APPENDICES

Representative photographs are included with this report. Additional photographs taken at the time of the inspection are available upon request.

- Appendix A – Photographs
- Appendix B – Hail Verification Report
- Appendix C – Wind Verification Report

## LIMITATIONS

The information presented in this report addressed the limited objectives related to the evaluation of the Subject Property. This report only describes the conditions present at the time of our evaluation and is based upon a visual and cursory observation of the subject property. Removal of finish materials, qualitative testing, excavation, or other work not specifically described herein was not conducted. This report is not intended to fully delineate or document every defect or deficiency throughout the subject property. If any additional information is encountered which relates to this evaluation, EFI reserves the right to alter the opinions contained in this report. In some cases, additional studies may be warranted to fully evaluate concerns noted.

The findings noted herein do not constitute a scope of work for repair or offer of repair. Detailed design documents should be prepared to accurately reflect the scope of any repair work and competitive bids be obtained to determine actual repair costs. All means and methods of construction are the responsibility of others and not that of EFI. All existing portions of the building should be properly supported and stabilized during the repair process.

Our services have been performed using that degree of skill and care ordinarily exercised under similar conditions by reputable members of EFI's profession practicing in the same or similar locality at the time of performance. Any verbal statements made before, during, or after the course of the assessment were made as a courtesy only and are not considered a part of this report. This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee.

## CLOSING

EFI appreciates this opportunity to provide consulting services to North American Risk Services in this matter. Please contact us should any questions arise concerning this report, or if we may be of further assistance.

## ENGINEER STAMP

This report has been transmitted electronically. If requested, a hard copy of the report with a "wet-stamp" can be provided. The signature and stamp image on the front is for demonstrative purposes. This report has been electronically signed and sealed by this author on the referenced date. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

It is a violation of law for any person to alter this document in any way, unless acting under the direction of a licensed professional engineer. If a document bearing the seal of an engineer is altered, the altering engineer shall affix to the document their seal and the notation "altered by" followed by their signature and the date of such alteration, and a specific description of the alteration.

# Appendix A

PHOTOGRAPHS

efi global

## *Photographs*




Photo No. 1: Aerial View




Photo No. 2: Front Elevation

## *Photographs*



Photo No. 3: Right Elevation


Photo No. 4: Rear Elevation

efi global

## *Photographs*




Photo No. 5: Left Elevation



Photo No. 6: Dentist office window leakage consistent with window perimeter sealant failure was observed on the right elevation.

efi global

## *Photographs*



Photo No. 7: No distress consistent with wind related forces was observed on the subject roof.



Photo No. 8: No distress consistent with wind related forces was observed on the subject roof.

### *Photographs*



Photo No. 9: No distress consistent with wind related forces was observed on the subject roof.



Photo No. 10: No distress consistent with wind related forces was observed on the subject roof.

***Photographs***



Photo No. 11: Previous roof repairs consistent with an ongoing condition were observed on the right side of the roof above the dentist office.



Photo No. 12: Previous roof repairs consistent with an ongoing condition were observed on the right side of the roof above the dentist office.

## *Photographs*



Photo No. 13: Ongoing signs of water ponding on the roof were observed at several locations.



Photo No. 14: Numerous previous repairs were made to the glass penthouse walls consistent with roof leaks into the American Title and attorneys' offices.

efi global

## *Photographs*



Photo No. 15: Numerous previous repairs were made to the glass penthouse walls consistent with roof leaks into the American Title and attorneys' offices.



Photo No. 16: Previous repairs and coating consistent with roof leaks in the attorneys' office and NV Insurance's offices were observed adjacent to the rear left corner of the roof.

## *Photographs*



Photo No. 17: Previous repairs and a coating around the roof top unit consistent with roof leaks adjacent to the rear right corner were observed on the roof.



Photo No. 18: Some of the AC condensate drain lines were discharging into the down spouts but there are others that are draining onto the roof.

## *Photographs*



Photo No. 19: No distress consistent with recent hail impact was observed on the roof.



Photo No. 20: No distress consistent with recent hail impact was observed on the roof.

## *Photographs*



Photo No. 21: No distress consistent with recent hail impact was observed on the roof.



Photo No. 22: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.

## *Photographs*



Photo No. 23: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.



Photo No. 24: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.

## *Photographs*



Photo No. 25: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.



Photo No. 26: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.

## *Photographs*



Photo No. 27: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.




Photo No. 28: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 29: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 30: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 31: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 32: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 33: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 34: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 35: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 36: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

***Photographs***



Photo No. 37: Window leaks and ceiling tile water damage were observed in the dentist office on the right side of the building.

# Appendix B

HAIL VERIFICATION REPORT

CoreLogic

Weather Verification Services

# Hail Verification Report

| | |
|---|---|
| **Claim or Reference #** | 028.05310 |
| **Insured/Property Owner** | One Unity |
| **Address** | 10080 Bellaire Blvd<br>Houston, TX 77072 |
| **Coordinates** | Latitude 29.705014, Longitude -95.559749 |
| **Date Range** | Mar 29, 2013 to Mar 28, 2023 |
| **Report Generated** | March 29th, 2023 at 20:18:17 UTC |

## Storm Events

| | **Estimated Maximum Hail Size** | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 mi / 1.61 km** | **Within 3 mi / 4.83 km** | **Within 5 Miles** |
| Apr 13, 2019 | -- | -- | 1.1 in / 2.79 cm | 1.6 in / 4.06 cm |
| Jan 8, 2016 | -- | 1.1 in / 2.79 cm | 1.5 in / 3.81 cm | 1.8 in / 4.57 cm |
| Apr 16, 2015 | -- | -- | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |

• Hail dates begin at 6am CST on the indicated day and end at 6am CST the following day.
• Dash "--" indicates 0.75 in / 1.91 cm or larger hail was detected within 3 mi / 4.83 km, but not at location.
• Hail sizes being reported within this report start at 0.75 in / 1.91 cm and increase in 0.1 in / 0.25 cm increments; rounded to the nearest 0.1 in / 0.25 cm.
• This report contains hail events between Mar 29, 2013 and Mar 28, 2023.

©2023 CoreLogic Spatial Solutions LLC

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

©2023 CoreLogic Spatial Solutions LLC

# Appendix C

WIND VERIFICATION REPORT

CoreLogic

Weather Verification Services

# Wind Verification Report

| | |
|---|---|
| **Claim or Reference #** | 028.05310 |
| **Insured/Property Owner** | One Unity |
| **Address** | 10080 Bellaire Blvd<br>Houston, TX 77072 |
| **Coordinates** | Latitude 29.705014, Longitude -95.559749 |
| **Date Range** | Mar 29, 2013 to Mar 28, 2023 |
| **Report Generated** | March 29th, 2023 at 20:17:19 UTC |

## Storm Events

| | **Estimated Maximum Windspeed** | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 Miles** | **Within 3 Miles** | **Within 5 Miles** |
| Oct 24, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Mar 30, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Jan 8, 2022 | 44 MPH | 49 MPH | 61 MPH | 66 MPH |
| May 28, 2021 | 43 MPH | 48 MPH | 58 MPH | 64 MPH |
| May 18, 2021 | 58 MPH | 61 MPH | 66 MPH | 67 MPH |
| Apr 28, 2020 | 49 MPH | 53 MPH | 61 MPH | 65 MPH |
| Jan 10, 2020 | 61 MPH | 62 MPH | 64 MPH | 64 MPH |
| Apr 7, 2019 | 48 MPH | 53 MPH | 60 MPH | 63 MPH |
| May 21, 2017 | 45 MPH | 52 MPH | 63 MPH | 66 MPH |
| Feb 14, 2017 | 63 MPH | 66 MPH | 71 MPH | 73 MPH |
| Jan 22, 2017 | 59 MPH | 61 MPH | 63 MPH | 64 MPH |
| Jan 2, 2017 | 53 MPH | 58 MPH | 62 MPH | 64 MPH |
| May 25, 2015 | 50 MPH | 56 MPH | 61 MPH | 62 MPH |
| May 17, 2015 | 49 MPH | 51 MPH | 59 MPH | 62 MPH |
| Oct 6, 2014 | 66 MPH | 67 MPH | 67 MPH | 67 MPH |
| Sep 2, 2013 | 42 MPH | 47 MPH | 60 MPH | 64 MPH |

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 Miles** | **Within 3 Miles** | **Within 5 Miles** |
| Aug 16, 2013 | 53 MPH | 56 MPH | 64 MPH | 64 MPH |

- Wind dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Dash "--" indicates 58 MPH or higher wind was detected within 3 miles, but winds at location were less than 40 MPH.
- Report contains all wind events where winds of 58 MPH or greater were detected within 3 miles of the location.
- Wind speeds being reported within this report represent 3-second wind gusts at 10 meters; starting at 40 MPH and increasing in 1 MPH increments.
- This report contains wind events between Mar 29, 2013 and Mar 28, 2023.

©2023 CoreLogic Spatial Solutions LLC

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*