efi global

500 Sandau Road, Suite 300
San Antonio, TX 78216
Tel: 210.682.4480

# Supplemental Report

**EFI Global File No.:** 028.05310
**Date:** September 23, 2024

**Insured Name:** One Unity Investments
**Loss Location:** 10080 Bellaire Boulevard
Houston, TX 77072

**Date of Loss:** August 10, 2022
**Claim No.:** AWAX22110018

**Prepared For:**

## North American Risk Services

Attn: Josh Shuck
P.O. Box 166002
Altamonte Springs, FL 32716

| Report Authored By: | Technical Review By: |
|---|---|
| STATE OF TEXAS<br>RODOLFO E. SERRANO, JR.<br>96446<br>LICENSED<br>PROFESSIONAL ENGINEER<br>09/23/2024<br><br>Rodolfo E. Serrano, Jr., MSE, PE, CFEI<br>District Engineering Principal | Michael F. Connor, P.E.<br>Senior Principal Engineer |

TEXAS REGISTERED ENGINEERING FIRM: F-9168

I hereby certify that this engineering document was prepared by me and that I am a duly licensed Professional Engineer in the state referenced in the signature line above. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy. Hard copies of this report with a "wet-seal" can be provided upon request. This report is furnished as privileged and confidential to addressee. Release to any other party is the sole responsibility of addressee. ©2024 EFI Global, Inc.

EXHIBIT
F-2

EFI Global File No.: 028.05310
Insured: One Unity Investments
Claim No.: AWAX22110018

## Assignment

EFI Global, Inc. (EFI) completed an Engineering Investigation at the subject property located at the above Loss Location. Our findings, analysis, and conclusions are documented in EFI Report 028.05310 dated March 30, 2023 (Appendix A).

Subsequently, EFI received a request, from Mr. Artis G. Ulmer, III of Shackelford, McKinley & Norton, LLP on August 30, 2024, to provide a Supplemental Report after reviewing a report issued by Groundtruth Forensics (report number 23-0078) dated July 24, 2023, and signed by Neil B. Hall (Texas P.E. license number 83670) (Appendix B).

This Supplement Report should be read in conjunction with EFI Report 028.05310 dated March 30, 2023 (EFI Report).

## Document Review

The following document was reviewed as part of this investigation:

Groundtruth Forensics (report number 23-0078) dated July 24, 2023, and signed by Neil B. Hall (Texas P.E. license number 83670).

## Discussion

EFI reviewed the Groundtruth Forensics (report number 23-0078) dated July 24, 2023, and signed by Neil B. Hall (Texas P.E. license number 83670) (Groundtruth Report).

In his report, Mr. Hall states that according to the carrier, the reported date of loss is August 10, 2020. It should be noted that the reported date of loss is August 10, 2022.

Mr. Hall reports, on page 4 of the Groundtruth Report, that he inspected the subject property on May 19, 2023. According to Mr. Hall, he chalked three (3) 10’x10’ test squares on the subject roof. Mr. Hall states that he counted 19 hail strikes in the test square at the southeast corner (Photos 8 through 13), 11 hail strikes opposite the south parapet (Photos 16 through 22), and 21 hail strikes at the southwest corner (Photographs 23 through 27). Mr. Hall also stated that he “found no hail strikes on the metal vent hoods and parapet caps.” He also reports that hail “flattened the condenser fins on several HVAC units (Photo (*sic*) 31 -35).”

Mr. Hall states that he counted 19 hail strikes in the test square at the southeast corner (Photos 8 through 13). Upon review of the cited photographs, he only shows six closeup pictures of what he considers to be hail damage. Mr. Hall states that he counted 11 hail strikes opposite the south parapet (Photos 16 through 22). Upon review of the cited photographs, he only shows seven closeup pictures of what he considers to be hail damage. Lastly, Mr. Hall states that he counted 21 hail strikes at the southwest corner (Photographs 23 through 27). Upon review of the cited photographs, he only shows five closeup pictures of what he considers to be hail damage.

A review of the photographs in the EFI Report as well as the Groundtruth Report depict the subject roof as exhibiting a large amount of granular loss throughout. The photographs provided in the Groundtruth Report describing “Hail strike” do not look much different from the area adjacent to the marked spot on the subject roof (see Photographs 12, 13, and 17 through 22) with regard to granular loss. In addition, hail exposure of the magnitude that would have caused damage to the roof, would have also caused corroborating damage to metal

surfaces on the roof such as vents and the parapet cap. No such damage was found at the subject property according to Mr. Hall. In addition, hail-related impact was not reported on the vertical roof surfaces.

Dents to the HVAC unit fins, which were deemed not consistent with hail-related impact, were documented in the EFI Report (Photographs 22 through 26). The Groundtruth Report also documented similar distress (Photographs 32 through 36). Again, the lack of corroborating evidence as well as lack of recent spatter marks on roof surfaces leads us to conclude that the observed distress to the HVAC fins is not hail-related.

## Conclusions and Recommendations

The analysis of available information supports the following:

1. After reviewing the Groundtruth Report, the conclusions reached by EFI in EFI Report 028.05310 dated March 30, 2023 remain unchanged.

## APPENDICES

- Appendix A – EFI Report 028.05310 dated March 30, 2023
- Appendix B – Groundtruth Forensics Report 23-0078 dated July 24, 2023

## LIMITATIONS

The information presented in this report addresses the limited objectives related to the evaluation of the subject property. The opinions presented in this report have been made to a reasonable degree of scientific and engineering certainty based upon the information available at the time this report was authored. This report describes only the conditions present at the time of EFI's examination and is based only upon the observations made. This analysis was limited to the scope of work outlined in this report. This report is not intended to fully delineate or document every defect or deficiency throughout the subject property.

The opinions contained within this report are limited to the circumstances associated with this assignment, and are based on this author's education, experience, and training. Should additional information which relates to this evaluation become known, EFI reserves the right to alter the opinions contained in this report as necessary. In some cases, additional studies may be warranted to fully evaluate conditions noted.

This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee. Any verbal statements made before, during, or after the course of the assignment were made as a courtesy only and are not considered a part of this report.

## CLOSING

EFI appreciates this opportunity to provide consulting services related to this matter. Please contact us should any questions arise concerning this report, or if we may be of further assistance.

## ENGINEER STAMP

This report has been transmitted electronically. If requested, a hard copy of the report with a "wet-stamp" can be provided. The signature and stamp image on the front is for demonstrative purposes. This report has been electronically signed and sealed by this author on the referenced date. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

It is a violation of law for any person to alter this document in any way, unless acting under the direction of a licensed professional engineer. If a document bearing the seal of an engineer is altered, the altering engineer shall affix to the document their seal and the notation "altered by" followed by their signature and the date of such alteration, and a specific description of the alteration.

# APPENDIX A

## EFI REPORT 028.05310

efi global

14950 Heathrow Forest Parkway, Suite 520
Houston, TX 77032
Tel: 281.358.4441

# Roof Evaluation

EFI Global File No.: 028.05310
March 30, 2023

One Unity Investments
10080 Bellaire Blvd
Houston, TX 77072

Date of Loss: August 10, 2022
Claim No.: AWAX22110018

Prepared For:
North American Risk Services
Attn: Josh Shuck
P.O. Box 166002
Altamonte Springs, FL 32716
claims@straightlineglobal.com

| Report Authored By: | Technical Review By: |
| --- | --- |
| STATE OF TEXAS NAR L. SRIPADANNA 77984 REGISTERED PROFESSIONAL ENGINEER<br>Nar Sripadanna<br>Nar Sripadanna, P.E.<br>Senior Forensic Engineer | Rodolfo E. Serrano, Jr.<br>Rodolfo E. Serrano, Jr., MSE, CFEI<br>District Engineering Principal |

Firm Registration Number: F-9168

I hereby certify that this engineering document was prepared by me and that I am a duly licensed Professional Engineer in the state referenced in the signature line above. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy. Hard copies of this report with a "wet-seal" can be provided upon request. This report is furnished as privileged and confidential to addressee. Release to any other party is the sole responsibility of addressee. ©2019 EFI Global, Inc.

## ASSIGNMENT

The assignment was received by EFI Global, Inc. (EFI) on January 26, 2023, from Josh Shuck, with North American Risk Services.

The scope of this assignment was to:

- Perform a site inspection to determine the cause of loss to the bitumen roof. Inspect for wind/hail damage.

EFI Global, Inc. (EFI) has completed an engineering examination at the subject property located at the above loss location. EFI's findings, analysis, and conclusions are included herein. This report contains a discussion of the information gathered during the assessment and an analysis and conclusions with respect to the condition of the subject property at the time of EFI's assessment. The conclusions contained herein are based on information available to date.

## METHODOLOGY

The collection and analysis of information for this project followed an application of engineering principles to the investigation analysis.

The procedures followed included:

1. Upon receipt of the assignment, a site examination was conducted on March 27, 2023. Mr. Michael Hazelwood the field adjuster with straight line global and Martin Guzman with Watkins law firm were present at that time.
2. The following were interviewed: Mr. Hazelwood and Mr. Guzman.
3. The following provided documents were reviewed: Assignment Notes.
4. The following was researched:
    a. CoreLogic Hail Verification Report
    b. CoreLogic Wind Verification Report.
5. This written report was authored at North American Risk Services' request.
6. The information and data collected was analyzed and conclusions were developed based on our engineering experience with similar projects in the vicinity of the subject property and accepted engineering principles relied upon by reputable members of the industry.

## BACKGROUND

The insured was concerned about wind damage to the roof.

Images from the Google Earth indicate that the structure was built sometime between 2006 and 2008 and has approximately 24,000 square feet of built-up area.

The following information was gathered during the site visit and through a conversation with Mr. Hazelwood and Mr. Guzman:

- Mr. Guzman stated that the building was constructed in 2007.

## BUILDING SYSTEM DESCRIPTION

The structure is noted to be a two-story, commercial building generally facing south. The exterior of the pre-cast concrete wall building is covered with rock veneer and stucco siding. The building was constructed upon a concrete slab-on-grade foundation. The flat roof is covered with modified bitumen cap sheets **(Photographs 1 through 5).**

The building had a glass penthouse on the front left corner with ledges covered with sheet metal.

The roof has high parapet walls all around with scuppers and downspouts to allow water to drain from the roof.

## SITE OBSERVATIONS

Observations were photographed to document distress and relevant conditions at the subject property on the date of the site visit. Not all damage or distress that may be present was necessarily observed or photographed; however, the selected photographs provide an indication of their types, severity, and distribution. They may also document unusual or contributing conditions that may exist. Photographs taken to document our findings and observations are attached to this report. The following observations were noted during the claim examination:

**Exterior Observations**

- Dentist office window leakage consistent with window perimeter sealant failure was observed on the right elevation **(Photograph 6)**.

**Roof Observations**

- No distress consistent with wind related forces was observed on the subject roof **(Photographs 7 through 10)**.
- Previous roof repairs consistent with an ongoing condition were observed on the right side of the roof above the dentist office **(Photographs 11 and 12)**.
- Ongoing signs of water ponding on the roof were observed at several locations **(Photograph 13)**.
- Numerous previous repairs were made to the glass penthouse walls consistent with roof leaks into the American Title and attorneys' offices **(Photographs 14 and 15)**.
- Previous repairs and coating consistent with roof leaks in the attorneys' office and NV Insurance's offices were observed adjacent to the rear left corner of the roof **(Photograph 16)**.
- Previous repairs and a coating around the roof top unit consistent with roof leaks adjacent to the rear right corner were observed on the roof **(Photograph 17)**.
- Some of the AC condensate drain lines were discharging into the down spouts but there are others that are draining onto the roof **(Photograph 18)**.
- No distress consistent with recent hail impact was observed on the roof **(Photographs 19, 20, and 21)**.
- Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof **(Photographs 22 through 26)**.

**Interior Observations**

- Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front **(Photographs 27 through 36)**.

- Window leaks and ceiling tile water damage were observed in the dentist office on the right side of the building **(Photograph 37)**.

## RESEARCH

**Weather Conditions**

A Hail Verification Report was obtained from CoreLogic. This report contains hail events between March 29, 2013 and March 28, 2023. The report records any hail event of 0.75 inch or greater in size or in 0.1-inch increments; rounded to the nearest 0.1-inch. No hail event of the minimum 0.75-inch size was reported at the subject location on or around the DOL (August 10, 2022). There was reported hail of 1.1-inch size, within one mile from this location, in January of 2016. No hail events of 0.75 inch or greater in size were reported at the subject property within the scope of the hail report. The full Hail Verification Report is included as Appendix B.

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 mi / 1.61 km | Within 3 mi / 4.83 km | Within 5 Miles |
| Apr 13, 2019 | -- | -- | 1.1 in / 2.79 cm | 1.6 in / 4.06 cm |
| Jan 8, 2016 | -- | 1.1 in / 2.79 cm | 1.5 in / 3.81 cm | 1.8 in / 4.57 cm |
| Apr 16, 2015 | -- | -- | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |

*Table 1*

A Wind Verification Report was obtained from CoreLogic. This report contains wind events between March 29, 2013 and March 28, 2023. The report records wind events with wind speeds of 40 miles per hour (mph) or greater, increasing in 1 mph increments. No wind event with wind speeds of 60 mph or greater was reported at the subject location around the DOL (August 10, 2022). However, there were three wind events reported at the subject location in the year 2022 (44 mph on January 8, 63 mph on March 30, and 63 mph on October 24). No significant wind speeds in excess of 40 miles per hour were reported at the subject property on the DOL. The full Wind Verification Report is included as Appendix C.

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| Date | At Location | Within 1 Miles | Within 3 Miles | Within 5 Miles |
| Oct 24, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Mar 30, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Jan 8, 2022 | 44 MPH | 49 MPH | 61 MPH | 66 MPH |
| May 28, 2021 | 43 MPH | 48 MPH | 58 MPH | 64 MPH |
| May 18, 2021 | 58 MPH | 61 MPH | 66 MPH | 67 MPH |
| Apr 28, 2020 | 49 MPH | 53 MPH | 61 MPH | 65 MPH |
| Jan 10, 2020 | 61 MPH | 62 MPH | 64 MPH | 64 MPH |
| Apr 7, 2019 | 48 MPH | 53 MPH | 60 MPH | 63 MPH |
| May 21, 2017 | 45 MPH | 52 MPH | 63 MPH | 66 MPH |
| Feb 14, 2017 | 63 MPH | 66 MPH | 71 MPH | 73 MPH |
| Jan 22, 2017 | 59 MPH | 61 MPH | 63 MPH | 64 MPH |
| Jan 2, 2017 | 53 MPH | 58 MPH | 62 MPH | 64 MPH |
| May 25, 2015 | 50 MPH | 56 MPH | 61 MPH | 62 MPH |
| May 17, 2015 | 49 MPH | 51 MPH | 59 MPH | 62 MPH |
| Oct 6, 2014 | 66 MPH | 67 MPH | 67 MPH | 67 MPH |
| Sep 2, 2013 | 42 MPH | 47 MPH | 60 MPH | 64 MPH |
| Aug 16, 2013 | 53 MPH | 56 MPH | 64 MPH | 64 MPH |

*Table 2*

## Discussion and Analysis

Generally, the base sheets in a modified bitumen roof system are secured to the substrate through mechanical fasteners, cold adhesives, self-adhesives, hot adhesives, and heat welding. The cap sheets are either bonded to the base sheets by applying heat or using a peel and stick bonding surface (self-adhered). Cold applied adhesives are also used to secure the cap sheet to the base sheet.

The roof of the building had high parapets all around the perimeter with scuppers and downspouts to facilitate drainage. During heavy downpours the parapet walls allow a significant amount of water to stay on the roof, contributing to roof leaks.

Hail forms when ice or rain droplets become caught in the updraft near the leading edge of a storm. The updraft carries the ice and rain droplets to extremely cold areas of the atmosphere where they freeze into ice and grow until the weight of the hailstones becomes greater than the updraft will support.

The exterior of the structure and other areas were examined for evidence of recent hail impact. Hail can damage the roof by penetrating it causing leaks to the interior. In this case, no roof penetrations were observed consistent with recent hail impact. According to published reports, it requires at least 1 ½-inch diameter hail to damage modified bitumen roof[1].

Our review of the hail report at this site indicated that there was no hail larger than 0.75 inches recorded on the date of loss or since then to the date of this inspection. There were no recorded hail events of 0.75 inches in size or greater at the subject property in the last ten years. Pre-existing indentations consistent with handling/maintenance were observed on several of the rooftop HVAC Units. Several of the rooftop units with exposed fins have indentation marks that do not appear to be new.

EFI's roof inspection revealed that the modified bitumen roof had age related deterioration with several granules missing on some of the sheets.

There were repairs with white coating along the rear wall adjacent to rear left corner of the building. There were ceiling tile stains below this area.

Also, there were repairs with a white coat around the rooftop unit adjacent to the rear right corner of the roof. There were ceiling tile stains below this area as well. There was water ponding behind a wall adjacent to the right front corner of the roof. There were ceiling stains in the dentist office in this general vicinity. There were numerous patch repairs on the right side of the roof. There were ceiling tile stains and replaced tiles that were bowing out below this area.

It appears that several of the original rooftop units were not functioning. Therefore, newer outside condensing units were installed on wood blocks unanchored to the roof. Typically, high winds can push and topple the unanchored HVAC units. EFI did not observe any such damage.

There were ceiling stains in the reception area of First American Title, and in the conference room to the left of the entrance. There were previous roof repairs around the glass penthouse near this area. There were ceiling stains in the rear left conference room at First American Title. There were ceiling stains in the attorney’s office located at the rear left corner of the building. Ceiling stains were noted in the rear middle attorney office. They were ceiling stains in the middle office, NV insurance office, more towards the left of the building. There were ceiling stains in the corner office located in the rear right area of the building. They were ceiling stains in the right office towards the middle of the building. Water stains were noted in Suite 200 in the doctors’ office reception area located towards the front of the building, as well as in the doctors’ office located to the front of the suite. In the dentist office, windows were leaking on the right side of the building toward the front right corner. There were several ceiling tiles that were water damaged, but then recently replaced, that appear to be bowed.

Some of the rooftop units have condensate drip lines discharging into the scuppers, but several, especially in the middle and left side, had water discharging directly on top of the roof.

Our inspection of the roof with a thermal imaging camera indicated potential water infiltration points on the front, right, rear, and left sides of the roof.

---

[1] Hailstorm Investigation Report by Roofing Industry Committee on Weather Issues, Inc dated April 21, 2004.

According to American Society of Civil Engineers, Minimum Design Loads and Associated Criteria for Buildings and Other Structures (ASCE 7-16), for flat and mono slope roofs (See Figure 1), the L-shaped corners (zone 3) experience the greatest uplift forces as a result of wind. The roof edges (zone 2) experience lesser uplift forces and the interior regions (zone 1) of the roof experience the lowest amount of uplift forces as a result of wind. Therefore, wind damage is often present at the corners of the roofs that are subjected to high wind speeds. However, there was no evidence of wind distress or damage on the roof corners.




*Figure 1. Roof wind pressure zones.*




Figure 2. Roof layout with distress identified.

## CONCLUSIONS AND RECOMMENDATIONS

The analysis of available evidence related to this project supports the following:

1. EFI did not observe hail related damage to the roof. EFI did not observe any storm created openings on the roof related to hail impacts. There was no hail greater than 0.75 inches reported at the subject location within the last ten years, therefore any hail that fell at the subject location was not of a size capable of damaging a modified bitumen roof.
2. The right elevation windows were leaking due to window perimeter sealant degradation which occurs over time.
3. EFI did not observe wind related tears, folds, or penetrations on the roof. The wind speeds reported on or around the date of loss are not high enough to contribute wind damage to a flat roof.
4. The interior leaks were not from roof penetrations due to hail impact or wind related penetration/displacement. They were from previous roof repairs related to age and ongoing roof maintenance.

## APPENDICES

Representative photographs are included with this report. Additional photographs taken at the time of the inspection are available upon request.

- Appendix A – Photographs
- Appendix B – Hail Verification Report
- Appendix C – Wind Verification Report

## LIMITATIONS

The information presented in this report addressed the limited objectives related to the evaluation of the Subject Property. This report only describes the conditions present at the time of our evaluation and is based upon a visual and cursory observation of the subject property. Removal of finish materials, qualitative testing, excavation, or other work not specifically described herein was not conducted. This report is not intended to fully delineate or document every defect or deficiency throughout the subject property. If any additional information is encountered which relates to this evaluation, EFI reserves the right to alter the opinions contained in this report. In some cases, additional studies may be warranted to fully evaluate concerns noted.

The findings noted herein do not constitute a scope of work for repair or offer of repair. Detailed design documents should be prepared to accurately reflect the scope of any repair work and competitive bids be obtained to determine actual repair costs. All means and methods of construction are the responsibility of others and not that of EFI. All existing portions of the building should be properly supported and stabilized during the repair process.

Our services have been performed using that degree of skill and care ordinarily exercised under similar conditions by reputable members of EFI's profession practicing in the same or similar locality at the time of performance. Any verbal statements made before, during, or after the course of the assessment were made as a courtesy only and are not considered a part of this report. This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee.

## CLOSING

EFI appreciates this opportunity to provide consulting services to North American Risk Services in this matter. Please contact us should any questions arise concerning this report, or if we may be of further assistance.

## ENGINEER STAMP

This report has been transmitted electronically. If requested, a hard copy of the report with a "wet-stamp" can be provided. The signature and stamp image on the front is for demonstrative purposes. This report has been electronically signed and sealed by this author on the referenced date. Printed copies of this document are not considered signed and sealed and the signature must be verified on any electronic copy.

It is a violation of law for any person to alter this document in any way, unless acting under the direction of a licensed professional engineer. If a document bearing the seal of an engineer is altered, the altering engineer shall affix to the document their seal and the notation "altered by" followed by their signature and the date of such alteration, and a specific description of the alteration.

# Appendix A

PHOTOGRAPHS

efi global

## *Photographs*




Photo No. 1: Aerial View




Photo No. 2: Front Elevation

efi global

## *Photographs*




Photo No. 3: Right Elevation



Photo No. 4: Rear Elevation

efi global

***Photographs***




Photo No. 5: Left Elevation



Photo No. 6: Dentist office window leakage consistent with window perimeter sealant failure was observed on the right elevation.

*efi global*

## *Photographs*



Photo No. 7: No distress consistent with wind related forces was observed on the subject roof.



Photo No. 8: No distress consistent with wind related forces was observed on the subject roof.

## *Photographs*



Photo No. 9: No distress consistent with wind related forces was observed on the subject roof.



Photo No. 10: No distress consistent with wind related forces was observed on the subject roof.

## *Photographs*



Photo No. 11: Previous roof repairs consistent with an ongoing condition were observed on the right side of the roof above the dentist office.



Photo No. 12: Previous roof repairs consistent with an ongoing condition were observed on the right side of the roof above the dentist office.

## *Photographs*



Photo No. 13: Ongoing signs of water ponding on the roof were observed at several locations.



Photo No. 14: Numerous previous repairs were made to the glass penthouse walls consistent with roof leaks into the American Title and attorneys' offices.

## *Photographs*



Photo No. 15: Numerous previous repairs were made to the glass penthouse walls consistent with roof leaks into the American Title and attorneys' offices.



Photo No. 16: Previous repairs and coating consistent with roof leaks in the attorneys' office and NV Insurance's offices were observed adjacent to the rear left corner of the roof.

## *Photographs*



Photo No. 17: Previous repairs and a coating around the roof top unit consistent with roof leaks adjacent to the rear right corner were observed on the roof.



Photo No. 18: Some of the AC condensate drain lines were discharging into the down spouts but there are others that are draining onto the roof.

## *Photographs*



Photo No. 19: No distress consistent with recent hail impact was observed on the roof.



Photo No. 20: No distress consistent with recent hail impact was observed on the roof.

### *Photographs*



Photo No. 21: No distress consistent with recent hail impact was observed on the roof.



Photo No. 22: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.

## *Photographs*



Photo No. 23: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.



Photo No. 24: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.

*Photographs*



Photo No. 25: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.



Photo No. 26: Dents in the fins not consistent with recent hail impact were observed on the roof top units throughout the roof.

## *Photographs*



Photo No. 27: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.




Photo No. 28: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 29: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 30: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 31: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 32: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

*Photographs*



Photo No. 33: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 34: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

efi global

## *Photographs*



Photo No. 35: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.



Photo No. 36: Ceiling stains consistent with previous repairs to the roof were observed in the American Title reception area, conference rooms, attorneys' offices, NY Insurance office, dentist office, and the family practice office in the front.

## *Photographs*



Photo No. 37: Window leaks and ceiling tile water damage were observed in the dentist office on the right side of the building.

# Appendix B

HAIL VERIFICATION REPORT

CoreLogic

Weather Verification Services

# Hail Verification Report

| | |
|---|---|
| **Claim or Reference #** | 028.05310 |
| **Insured/Property Owner** | One Unity |
| **Address** | 10080 Bellaire Blvd<br>Houston, TX 77072 |
| **Coordinates** | Latitude 29.705014, Longitude -95.559749 |
| **Date Range** | Mar 29, 2013 to Mar 28, 2023 |
| **Report Generated** | March 29th, 2023 at 20:18:17 UTC |

## Storm Events

| | Estimated Maximum Hail Size | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 mi / 1.61 km** | **Within 3 mi / 4.83 km** | **Within 5 Miles** |
| Apr 13, 2019 | -- | -- | 1.1 in / 2.79 cm | 1.6 in / 4.06 cm |
| Jan 8, 2016 | -- | 1.1 in / 2.79 cm | 1.5 in / 3.81 cm | 1.8 in / 4.57 cm |
| Apr 16, 2015 | -- | -- | 0.9 in / 2.29 cm | 0.9 in / 2.29 cm |

- Hail dates begin at 6am CST on the indicated day and end at 6am CST the following day.
- Dash "--" indicates 0.75 in / 1.91 cm or larger hail was detected within 3 mi / 4.83 km, but not at location.
- Hail sizes being reported within this report start at 0.75 in / 1.91 cm and increase in 0.1 in / 0.25 cm increments; rounded to the nearest 0.1 in / 0.25 cm.
- This report contains hail events between Mar 29, 2013 and Mar 28, 2023.

©2023 CoreLogic Spatial Solutions LLC

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

©2023 CoreLogic Spatial Solutions LLC

# Appendix C

WIND VERIFICATION REPORT

Weather Verification Services

# Wind Verification Report

| | |
|---|---|
| **Claim or Reference #** | 028.05310 |
| **Insured/Property Owner** | One Unity |
| **Address** | 10080 Bellaire Blvd<br>Houston, TX 77072 |
| **Coordinates** | Latitude 29.705014, Longitude -95.559749 |
| **Date Range** | Mar 29, 2013 to Mar 28, 2023 |
| **Report Generated** | March 29th, 2023 at 20:17:19 UTC |

## Storm Events

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 Miles** | **Within 3 Miles** | **Within 5 Miles** |
| Oct 24, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Mar 30, 2022 | 63 MPH | 65 MPH | 65 MPH | 65 MPH |
| Jan 8, 2022 | 44 MPH | 49 MPH | 61 MPH | 66 MPH |
| May 28, 2021 | 43 MPH | 48 MPH | 58 MPH | 64 MPH |
| May 18, 2021 | 58 MPH | 61 MPH | 66 MPH | 67 MPH |
| Apr 28, 2020 | 49 MPH | 53 MPH | 61 MPH | 65 MPH |
| Jan 10, 2020 | 61 MPH | 62 MPH | 64 MPH | 64 MPH |
| Apr 7, 2019 | 48 MPH | 53 MPH | 60 MPH | 63 MPH |
| May 21, 2017 | 45 MPH | 52 MPH | 63 MPH | 66 MPH |
| Feb 14, 2017 | 63 MPH | 66 MPH | 71 MPH | 73 MPH |
| Jan 22, 2017 | 59 MPH | 61 MPH | 63 MPH | 64 MPH |
| Jan 2, 2017 | 53 MPH | 58 MPH | 62 MPH | 64 MPH |
| May 25, 2015 | 50 MPH | 56 MPH | 61 MPH | 62 MPH |
| May 17, 2015 | 49 MPH | 51 MPH | 59 MPH | 62 MPH |
| Oct 6, 2014 | 66 MPH | 67 MPH | 67 MPH | 67 MPH |
| Sep 2, 2013 | 42 MPH | 47 MPH | 60 MPH | 64 MPH |

©2023 CoreLogic Spatial Solutions LLC

| | Estimated Maximum Windspeed | | | |
|---|---|---|---|---|
| **Date** | **At Location** | **Within 1 Miles** | **Within 3 Miles** | **Within 5 Miles** |
| Aug 16, 2013 | 53 MPH | 56 MPH | 64 MPH | 64 MPH |

• Wind dates begin at 6am CST on the indicated day and end at 6am CST the following day.
• Dash "--" indicates 58 MPH or higher wind was detected within 3 miles, but winds at location were less than 40 MPH.
• Report contains all wind events where winds of 58 MPH or greater were detected within 3 miles of the location.
• Wind speeds being reported within this report represent 3-second wind gusts at 10 meters; starting at 40 MPH and increasing in 1 MPH increments.
• This report contains wind events between Mar 29, 2013 and Mar 28, 2023.

# Important Legal Notice and Disclaimer

THIS REPORT AND THE CORRESPONDING DATA IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND ONLY FOR INTERNAL USE BY THE INITIAL PURCHASER/END-USER RECIPIENT HEREOF. NOTWITHSTANDING THE FOREGOING, SUCH PURCHASER/END-USER MAY SHARE THIS REPORT WITH THE OWNER OF THE PROPERTY THAT IS THE SUBJECT OF THE REPORT. CORELOGIC, INC. AND/OR ITS SUBSIDIARIES OR AFFILIATES ("CORELOGIC") DO NOT ASSUME, AND EXPRESSLY DISCLAIM LIABILITY FOR ANY LOSS OR DAMAGE RESULTING FROM THE USE OF, OR ANY DECISIONS BASED ON OR IN RELIANCE ON, THIS REPORT AND THE CORRESPONDING DATA

THIS REPORT AND THE CORRESPONDING DATA ARE FURNISHED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY, ACCURACY, COMPLETENESS, NON-INFRINGEMENT, OR FITNESS FOR A PARTICULAR PURPOSE (EVEN IF THAT PURPOSE IS KNOWN TO CORELOGIC). SOME STATES DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSIONS MAY NOT APPLY TO THE USER. IN THAT EVENT, ANY IMPLIED WARRANTIES ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF THE REPORT AND TO THE DOLLAR AMOUNT OF THE REPORT.

THE CONTENTS OF THIS REPORT ARE PROTECTED BY APPLICABLE COPYRIGHT AND OTHER INTELLECTUAL PROPERTY LAWS AND MAY INCLUDE PROPRIETARY OR OTHER CONTENT OF THIRD PERSONS. NO PERMISSION IS GRANTED TO COPY, DISTRIBUTE, MODIFY, POST OR FRAME ANY TEXT, GRAPHICS, OR USER INTERFACE DESIGN OR LOGOS INCLUDED IN THIS REPORT. ALL USERS OF THIS REPORT AGREE TO HOLD HARMLESS CORELOGIC AND ITS AFFILIATES, EQUITY HOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, CONTRACTORS, AGENTS, REPRESENTATIVES AND SUPPLIERS OF THIRD PARTY CONTENT FROM ANY USE OR MISUSE, MISAPPLICATION, ALTERATION OR UNAUTHORIZED DISCLOSURE OF THIS REPORT.

THIS NOTICE AND DISCLAIMER IS INTENDED TO FUNCTION IN HARMONY WITH THE CORELOGIC TERMS OF USE AVAILABLE ON THE WEATHER VERIFICATION SERVICES WEBSITE. IN THE EVENT OF ANY CONFLICT BETWEEN THE TWO DOCUMENTS, THE CORELOGIC TERMS OF USE SHALL GOVERN.

**Scan to Verify Authenticity**

*The original contents of this report are stored online in the original state provided by CoreLogic. Scan this QR Code and it will take you to a link to view the data and verify its authenticity.*

# APPENDIX B

## GROUNDTRUTH FORENSICS REPORT

GROUNDTRUTH FORENSICS

BUILDING PERFORMANCE · FAILURE ANALYSIS · DAMAGE ASSESSMENT

# BUILDING DAMAGE ASSESSMENT

**(INITIAL REPORT)**

## ONE UNITY INVESTMENT, LLC
## 10080 BELLAIRE BOULEVARD
## HOUSTON, TEXAS 77072

**PREPARED BY:**

**Neil B. Hall, PhD, PE, AIA**
**Texas PE License 83670**
**Texas Architect License 21077**

**REPORT NUMBER 23-0078**

**DATE OF REPORT:**
**JULY 24, 2023**

STATE OF TEXAS
NEIL B. HALL
83670
LICENSED
PROFESSIONAL ENGINEER

7-24-23

Texas Engineering Firm Registration F-10716

REGISTERED ARCHITECT
NEIL B. HALL
21077
STATE OF TEXAS

7-24-23

Texas Architect Firm Registration BR 3458

1923 Corporate Square Boulevard, Ste B · Slidell, Louisiana 70458
Phone 985-690-6008 · neilbhall@gmail.com

# BACKGROUND

The One Unity Investment, LLC commercial building ("the building") is located at 10080 Bellaire Boulevard in Houston, Harris County, Texas 77072. The building was damaged by hail on August 10, 2022. As requested by Jay M. Simon of the Chad T. Wilson Law Office on April 27, 2023, I inspected the property on May 19, 2023, after which I wrote this report documenting my site inspection; my analysis, findings and conclusions concerning the cause and extent of damage to the building; and my recommendations to restore the building to a code-compliant, pre-loss condition. My conclusions are based on my education, training and experience as a Texas licensed Architect and Professional Engineer and a total of 50 years experience in design and construction. A short biographical sketch is enclosed in **Attachment C**. In conjunction with forming my opinions I relied on the facts presented in the following documents:

**Received from Law Office:**

• Straight Line Global Photo Sheets (Brandon Allen) taken November 29, 2022
• Eagleview™ report dated February 6, 2023
• Plaintiff Photo Sheets taken February 13, 2023
• Plaintiff cost estimate printed February 15, 2023
• Other material less pertinent to my analysis but retained on file

**Other documents reviewed:**

• Harris County Property Search (https://hcad.org/property-search/real-property/real-property-search-by-address)
• Codes and standards referenced in this report
• Weather data referenced in this report
• 2001 Houston Commercial Energy Code
• 2021 International Building Code with Houston amendments
• 2021 International Existing Building Code with Houston amendments
• 2021 International Energy Conservation Code
• Weather data described in this report

# WEATHER DATA

Conclusions as to the validity of weather events are best reached by combining radar-detected meteorological data and physical facts collected in the field. The meteorological data presented in this report was prepared by trained meteorologists in public and private practice. The physical facts described in this report are based on the collected photographs. The use of meteorological data described in this report is consistent with the standard practice of forensic engineering. Weather data discussed in this report is provided in **Attachment B**.

**Reported Date of Loss**

The reported date of loss on file with the carrier is August 10, 2020, which I used as the starting point in my analysis.

**Eyewitness Reports**

I checked the NCEI Storm Events Database and the Community Collaborative Rain, Hail & Snow Network (CoCoRaHS) database for eyewitness hail reports in Harris County from August 10, 2020, (two years prior to the reported date of loss) to May 19, 2023, (the date of my inspection).

Out of 24 eyewitness reports in the Storm Events Database, one (1) report was within 5 miles and no reports were within 2 miles of the building. The only report in the CoCoRaHS database was more than 5 miles from the building. The database reports and a map plotting each location are included in **Attachment B**.

Eyewitness accounts only tell part of the story. If a weather event was not witnessed or not reported after being witnessed, it would not appear in a database. The reported size of a hailstone may be inaccurate or not representative of the size of a hailstone before it melted on the ground. The NCEI warns:

"…county, state and federal emergency management officials, local law enforcement officials, skywarn spotters, NWS damage surveys, newspaper clipping services, the insurance industry and the general public. …An effort is made to use the best available information but because of time and resource constraints, information from these sources may be unverified… **The NWS does not guarantee the accuracy or validity of the information**" (https://www.ncdc.noaa.gov/stormevents/faq.jsp).

**Forensic Weather Reports**

HailStrike™ (and other commercial weather companies like CoreLogic™) report hail activity at a particular address in part by analyzing National Weather Service NEXRAD radar data using propriety algorithms. Each separately listed event on a HailStrike™ report represents a hail event detected by radar at altitude (typically 10,000 feet depending on the dish angle and distance-to-target). Due to environmental conditions such as wind shear and "melt zones", radar-detected hail reports do not guarantee the size or location of individual hail stones even if hail reached ground level. For the search period August 10, 2020, to May 19, 2023, HailStrike™ identified hail activity in 5 storms "at location" and in 10 storms "within two miles". (There are more line items than storms in the HailStrike™ report because HailStrike™ considers each radar station report to be a separate event.)

**NOAA's Severe Weather Data Inventory**

Commercial hail reports like HailStrike™ and CoreLogic™ are useful for screening historical data, but their proprietary algorithms do not provide the transparency needed for users to understand the nature of inputs or how these inputs are converted to outputs. It is my practice to fact-check commercial hail reports by directly researching NOAA's Severe Weather Data Inventory (SWDI) (https://www.ncei.noaa.gov/products/severe-weather-data-inventory).

I downloaded the SWDI KMZ files for March 17, 2021, (based on the eyewitness report and HailStrike™ reported size and intensity), March 22, 2022, (based on HailStrike™ reported size and intensity), July 12, 2022, (based on HailStrike™ reported size and intensity) and August 10, 2022, (the reported date of loss), I overlaid the KMZ downloads on the GoogleEarth™ images in **Attachment B**:

• **March 17, 2021**: The map shows a 0.5"-1.25" hail swath north of the building moving east at 17 mph. As hail fell it was influenced by surface winds moving southeast at 35 mph. (Storm speed and

direction based on HailStrike™. Surface wind speed and direction based on Houston Sugarland Memorial Airport ASOS located 8 miles southwest of the building). Hail falling on March 17, 2021, may have impacted the building.

• **March 22, 2022**: The map shows a 0.5”-1.25” hail swath moving east-northeast across the building at 41 mph. As hail fell it was influenced by surface winds moving south-southeast at 49 mph. Hail falling on March 22, 2022, impacted the building.

• **July 12, 2022**: The map shows a 0.5”-1.75” hail swath north of the building moving east-southeast at 19 mph. As hail fell it was influenced by surface winds moving north-northeast at 28 mph. Hail falling on July 12, 2022, did not impact the building.

• **August 10, 2022**: The map shows a very weak hail swath north of the building. If any hail fell at all, it was influenced by surface winds moving west at 44 mph. Hail falling on August 10, 2022, did not impact the building.

While I cannot exclude the *possibility* of hail impacting the building on March 17, 2021, confirmation of this possibility requires the analysis of vertical wind shear using wind hodographs. Such analysis is beyond the scope of this report. The hailstorm on March 22, 2022, does not require wind shear analysis because the hail swath passed directly across the building location. I conclude the actual date of loss is **March 22, 2022**.

## SITE INSPECTION

I inspected the building on May 19, 2023, accompanied by Virgil Hall, who provided logistical support but who did not otherwise participate in the site inspection. I met and interviewed Mr. Tony La (Owner) on site. Photos taken by me during the site inspection and selected photos taken by others are included in **Attachment A**. The photos show general conditions and are not intended to delimit the full extent of damage observed by me or documented by others. A complete set of photographs is retained on file.

Photos 1-2 are aerial photos of the building. Photo 3 shows the front elevation. The building was built in 2008. The roof is covered by a modified bitumen (mod-bit) membrane (Photo 4). To my knowledge the mod-bit covering is original to the building. I noted elastomeric repairs at the base of the north parapet (Photos 5-7). Mr. La informed me the elastomeric coating was applied in response to recent roof leaks.

I chalked three (3) 10’x10’ test squares. I considered a hail strike to be a mark the size and shape of impacting hail with sufficient granule loss as to expose the underlying bitumen to the deleterious effects of solar UV radiation, leading to drying, cracking and water intrusion. I counted 19 hail strikes in the test square at the southeast corner (Photos 8-13), 11 hail strikes opposite the south parapet (Photos 16-22) and 21 hail strikes at the southwest corner (Photos 23-27). I found no hail strikes on the metal vent hoods and parapet caps. (However, the parapet caps must be removed to replace the mod-bit which covers the parapets and terminates under the caps). Hail flattened the condenser fins on several HVAC units (Photo 31-35).

## REPAIR RECOMMENDATIONS

In order to restore the building to a pre-loss condition, I recommend removing and replacing the mod-bit roof covering down to deck. I did not core the roof covering but as the 2001 Houston Commercial Energy Code required R-15 insulation above deck (based on ASHRAE 90.1) it is reasonable to assume it is necessary to tear off 2-ply mod-bit and the equivalent of 3-inch polyiso insulation board and replace with 2-ply mod-bit and 4.5-inch polyiso insulation board to meet current code. I recommend installing a <0.01 perm vapor retarder between the concrete deck and the polyiso insulation. The parapet caps shall be removed, the mod-bit cap sheet flashed along the parapets and terminated at the top of the parapet after which new parapet caps shall be installed.

The hail-damaged condenser fins on the HVAC units can be combed. The units shall be removed and reset to accommodate the new roof installation. The HVAC pedestals, roof vents and scuppers must be raised to accommodate the change in roof profile due to the added thickness of the polyiso insulation board.

## DISCLOSURES AND LIMITATIONS

Data referenced but not included in this report remains available in the project file. I reserve the right to review additional information should it becomes available and to revise this report based on the analysis of new information. Nothing in this report precludes the discovery of damage by others to include completed repairs and hidden or time-sensitive damage. Cost estimates for repair based on the description of damage provided in this report may require additional scope of work to allow for issues such as constructability, matching and compliance with law and ordinance.

## ATTACHMENTS

**Attachment A**: Photographs
**Attachment B**: Weather Data
**Attachment C**: Biographical Sketch

**END OF REPORT 23-0078**

Respectfully submitted,

Neil B. Hall, PhD, PE, AIA
Texas PE License 83670
Texas Architect License 21077

# ATTACHMENT A

## PHOTOGRAPHS




**Photo 1: Oblique looking north**




**Photo 2: Oblique looking south**




**Photo 3: Front elevation**



**Photo 4: Looking west**



**Photo 5: Along north parapet**



**Photo 6: Along north parapet**



**Photo 7: Along north parapet**



**Photo 8: 19 hail strikes in test square at southeast corner**



**Photo 9: Hail strike**



**Photo 10: Hail strike**



**Photo 11: Hail strike**



**Photo 12: Hail strikes**



**Photo 13: Hail strike**



**Photo 14: Looking toward northwest corner**



**Photo 15: Looking north**



**Photo 16: 11 hail strikes in test square opposite south parapet**



**Photo 17: Hail strike**



**Photo 18: Hail strike**



**Photo 19: Hail strike**



**Photo 20: Hail strike**



**Photo 21: Hail strike**



**Photo 22: Hail strike**



**Photo 23: 21 hail strikes in test square at southwest corner**



**Photo 24: Hail strike**



**Photo 25: Hail strike**



**Photo 26: Hail strikes**



**Photo 27: Hail strikes**



**Photo 28: Scrape mark**



**Photo 29: No hail strikes on vent hood**



**Photo 30: No hail strikes on parapet cap**



**Photo 31: HVAC unit**



**Photo 32: Hail strikes flattened condenser fins**



**Photo 33: HVAC unit**



**Photo 34: Hail strikes flattened condenser fins**



**Photo 35: Hail strikes flattened condenser fins**



**Photo 36: Certain HVAC units have hail guards**

# ATTACHMENT B

## WEATHER DATA

**STORM EVENTS DATABASE**

# Storm Events Database

### Search Results for Harris County, Texas

**Event Types: Hail**

24 events were reported between 08/10/2020 and 05/19/2023 (1013 days)

**Summary Info:**

| | |
|---|---|
| Number of County/Zone areas affected: | 1 |
| Number of Days with Event: | 7 |
| Number of Days with Event and Death: | 0 |
| Number of Days with Event and Death or Injury: | 0 |
| Number of Days with Event and Property Damage: | 0 |
| Number of Days with Event and Crop Damage: | 0 |
| Number of Event Types reported: | 1 |

**Column Definitions:**
'Mag': Magnitude, 'Dth': Deaths, 'Inj': Injuries, 'PrD': Property Damage, 'CrD': Crop Damage

*Click on **Location** below to display details.*
*Available Event Types have changed over time. Please refer to the Database Details for more information.*

Select: All Hail Sort By: Date/Time (Oldest)

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |
| BUNKER HILL | HARRIS CO. | TX | 03/17/2021 | 10:07 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| HOWELLVILLE | HARRIS CO. | TX | 03/17/2021 | 10:11 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| EUREKA SPGS | HARRIS CO. | TX | 03/17/2021 | 10:12 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| WEST UNIVERSITY PLAC | HARRIS CO. | TX | 03/17/2021 | 10:12 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| WEST UNIVERSITY PLAC | HARRIS CO. | TX | 03/17/2021 | 10:12 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| EUREKA SPGS | HARRIS CO. | TX | 03/17/2021 | 10:15 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| TOMBALL | HARRIS CO. | TX | 04/15/2021 | 18:10 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HOUSTON HOOKS ARPT | HARRIS CO. | TX | 04/15/2021 | 18:15 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| HOUSTON HOOKS ARPT | HARRIS CO. | TX | 04/15/2021 | 18:20 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| ACRE HOMES | HARRIS CO. | TX | 06/15/2021 | 16:58 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ENGLEWOOD | HARRIS CO. | TX | 06/15/2021 | 17:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| ACRE HOMES | HARRIS CO. | TX | 06/15/2021 | 17:07 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DEER PARK | HARRIS CO. | TX | 06/15/2021 | 17:40 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DEER PARK | HARRIS CO. | TX | 03/27/2023 | 22:40 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| DEER PARK | HARRIS CO. | TX | 03/27/2023 | 22:55 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| BAY OAKS | HARRIS CO. | TX | 03/27/2023 | 22:55 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| BAYSIDE TERRACE | HARRIS CO. | TX | 03/27/2023 | 23:08 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| KATY | HARRIS CO. | TX | 04/05/2023 | 17:04 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| DELHI | HARRIS CO. | TX | 04/05/2023 | 17:05 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| BARKER | HARRIS CO. | TX | 04/05/2023 | 17:05 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |
| BARKER | HARRIS CO. | TX | 04/05/2023 | 17:06 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| BARKER | HARRIS CO. | TX | 04/05/2023 | 17:12 | CST-6 | Hail | 2.00 in. | 0 | 0 | 0.00K | 0.00K |
| BAYSIDE TERRACE | HARRIS CO. | TX | 04/15/2023 | 21:20 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GENOA | HARRIS CO. | TX | 04/27/2023 | 03:51 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |

# Storm Events Database

### Event Details:

| | |
|---|---|
| Event | **Hail** |
| Magnitude | **0.75 in.** |
| State | **TEXAS** |
| County/Area | **HARRIS** |
| WFO | **HGX** |
| Report Source | **Public** |
| NCEI Data Source | **CSV** |
| Begin Date | **2021-03-17 10:07 CST-6** |
| Begin Location | **1NW BUNKER HILL** |
| Begin Lat/Lon | **29.74/-95.54** |
| End Date | **2021-03-17 10:07 CST-6** |
| End Location | **1NW BUNKER HILL** |
| End Lat/Lon | **29.74/-95.54** |
| Deaths Direct/Indirect | **0/0** (fatality details below, when available...) |
| Injuries Direct/Indirect | **0/0** |
| Property Damage | **0.00K** |
| Crop Damage | **0.00K** |
| Episode Narrative | **A severe thunderstorm produced hail across Harris County as a cold front traversed SE Texas.** |
| Event Narrative | **Penny sized hail was reported.** |

### Event Map:




Leaflet | Tiles © Esri — Esri, DeLorme, NAVTEQ, TomTom, Intermap, iPC, USGS, FAO, NPS, NRCAN, GeoBase, Kadaster NL, Ordnance Survey, Esri Japan, METI, Esri China (Hong Kong), and the GIS User Community

### All events for this episode:

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |
| BUNKER HILL | HARRIS CO. | TX | 03/17/2021 | 10:07 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |

# CoCoRaHS DATABASE

# View Data : List Hail Reports

Search Hail Reports

**Station Fields:** ☐ **Station Number** ☐ **Station Name**

**Location:** USA | Texas | HRR - Harris

**Hail Stone Size:** Select Category | Any Size

**Date Range:**

**Start Date:** 8/10/2020 **End Date:** 5/19/2023

Search

**Searched:** Stations in Harris, Texas. Report dates between 8/10/2020 and 5/19/2023.

**Showing 1 Records.**

| Date ▲ | Time | Station Number | Station Name | Average | Largest | Photo | State | County | View |
|---|---|---|---|---|---|---|---|---|---|
| 4/5/2023 | 6:25 PM | TX-HRR-27 | Bunker Hill Village 3.6 NNW | 1/4" Pea Size | NA | -- | TX | Harris | |

**Showing 1 Records.**

**HAILSTRIKE REPORT**

HailStrike
4011 W Plano Pkwy
Suite #105
Plano, TX 75093
**support@hailstrike.com**

ONESITE LITE

To order additional OneSite reports, visit our website at http://onesitereport.com or contact us

Report No. 55803

**Property Owner Information**

Property Owner:
Phone:
Address: **10080 Bellaire Boulevard**
City: **Houston**
State: **TX**
Zip: **77072**
County: **Harris**

**Property Information**

Date of Report: **07-24-2023**
Claim No.:
Carrier:
Property Age:
Roof Age:
Roof Type:

**Historical Storm Activity At Location** **Lat:** 29.705 **Lon:** -95.5597

All times in the America/Chicago time zone.

| Date of Storm | Storm Start | Intensity | Max Size | Storm Speed | Storm Direction |
|---|---|---|---|---|---|
| 2022-08-18 | 05:28 PM | 3.5 | 1.00" | 23 MPH | NE |
| 2022-03-22 | 03:25 AM | 4.5 | 1.25" | 41 MPH | ENE |
| 2021-08-12 | 05:03 PM | 4.5 | 1.00" | 21 MPH | S |
| 2021-06-02 | 06:11 PM | 3.5 | 1.00" | 23 MPH | ESE |
| 2021-06-02 | 03:33 PM | 5.5 | 1.00" | 24 MPH | ESE |
| 2021-03-17 | 08:46 AM | 7.5 | 1.00" | 17 MPH | E |
| 2019-08-23 | 01:31 PM | 3.5 | 2.25" | 8 MPH | SE |
| 2019-06-29 | 01:05 PM | 4.5 | 1.25" | 26 MPH | NNE |
| 2019-06-29 | 05:42 AM | 5.5 | 1.25" | 15 MPH | SSE |
| 2017-03-29 | 09:58 AM | 5.5 | 1.00" | 4 MPH | ESE |
| 2017-03-29 | 09:30 AM | 5.5 | 1.00" | 18 MPH | ENE |
| 2017-01-20 | 05:53 PM | 6.5 | 1.00" | 37 MPH | ENE |
| 2017-01-20 | 03:25 PM | 3.5 | 1.00" | 41 MPH | ENE |
| 2016-04-17 | 08:03 PM | 3.5 | 1.50" | 15 MPH | ENE |
| 2016-04-17 | 07:27 PM | 4.5 | 1.50" | 15 MPH | S |
| 2016-01-08 | 04:45 PM | 6.5 | 2.00" | 39 MPH | ENE |
| 2016-01-08 | 03:06 PM | 5.5 | 2.00" | 31 MPH | ENE |
| 2015-08-11 | 02:51 PM | 5.5 | 1.00" | 19 MPH | N |
| 2015-08-11 | 12:44 PM | 4.5 | 1.00" | 28 MPH | NE |
| 2015-05-30 | 11:26 AM | 3.5 | 1.00" | 18 MPH | NE |
| 2015-05-25 | 04:18 PM | 8.5 | 2.00" | 37 MPH | ENE |
| 2015-05-25 | 08:55 AM | 4.5 | 2.00" | 29 MPH | E |
| 2015-04-25 | 02:53 AM | 4.5 | 1.00" | 50 MPH | E |
| 2014-10-06 | 08:59 AM | 4.5 | 1.50" | 14 MPH | N |
| 2014-07-03 | 01:16 PM | 3.5 | 1.25" | 7 MPH | E |
| 2013-03-31 | 09:00 AM | 3.5 | 0.75" | 22 MPH | SSE |
| 2013-03-19 | 08:27 PM | 8.5 | 0.50" | 37 MPH | ESE |

| | | | | | |
|---|---|---|---|---|---|
| 2012-08-07 | 09:00 AM | 4.5 | 1.00" | 18 MPH | NE |
| 2012-06-29 | 09:28 AM | 4.5 | 0.75" | 22 MPH | SSE |
| 2012-06-28 | 09:03 AM | 3.5 | 0.50" | 10 MPH | ESE |
| 2012-05-11 | 09:04 AM | 7.5 | 0.50" | 15 MPH | E |
| 2012-05-11 | 09:01 AM | 8.5 | 0.50" | 16 MPH | E |
| 2012-04-20 | 10:26 AM | 4.5 | 0.75" | 24 MPH | E |
| 2012-04-02 | 09:04 AM | 6.5 | 1.25" | 7 MPH | E |
| 2012-01-09 | 08:02 AM | 5.5 | 2" | 21 MPH | ENE |
| 2012-01-09 | 08:01 AM | 10.0 | 2" | 28 MPH | ENE |
| 2011-09-29 | 11:34 AM | 3.5 | 1.50" | 13 MPH | NNE |
| 2011-09-29 | 09:04 AM | 6.5 | 1.50" | 17 MPH | NNE |
| 2011-09-29 | 09:04 AM | 5.5 | 1.50" | 20 MPH | N |
| 2011-07-24 | 09:00 AM | 4.5 | 1.00" | 15 MPH | NE |
| 2011-06-05 | 03:00 PM | 5.5 | 1.00" | 19 MPH | ENE |
| 2010-09-25 | 09:01 AM | 6.5 | 1" | 10 MPH | ESE |
| 2010-08-31 | 10:40 AM | 5.5 | 1" | 3 MPH | ESE |
| 2010-08-23 | 02:34 PM | 6.5 | 2" | 8 MPH | NE |

**Historical Storm Activity Within 2 Miles**

| Date of Storm | Intensity | Max Size | Storm Speed | Storm Direction |
|---|---|---|---|---|
| 2023-07-02 | 4.5 | 1.00" | 6 MPH | ENE |
| 2023-06-23 | 4.5 | 1.00" | 8 MPH | NNE |
| 2023-06-23 | 4.5 | 1.00" | 10 MPH | NNE |
| 2023-01-07 | 4.5 | 1.25" | 16 MPH | ESE |
| 2022-09-07 | 3.5 | 1.00" | 16 MPH | NNE |
| 2022-08-18 | 4.5 | 1.00" | 15 MPH | ESE |
| 2022-07-14 | 4.5 | 1.00" | 13 MPH | SE |
| 2022-07-12 | 5.5 | 1.00" | 19 MPH | ESE |
| 2022-07-12 | 6.5 | 1.00" | 18 MPH | E |
| 2022-03-22 | 5.5 | 1.25" | 42 MPH | ENE |
| 2022-03-22 | 4.5 | 1.25" | 47 MPH | NE |
| 2021-08-16 | 4.5 | 1.25" | 5 MPH | ESE |
| 2021-08-16 | 4.5 | 1.25" | 3 MPH | NNE |
| 2021-05-28 | 4.5 | 1.00" | 25 MPH | ESE |
| 2021-05-18 | 3.5 | 1.00" | 32 MPH | E |
| 2021-05-16 | 8.5 | 1.00" | 14 MPH | E |
| 2021-05-16 | 4.5 | 1.00" | 23 MPH | NNE |
| 2021-03-17 | 3.5 | 1.00" | 61 MPH | ENE |
| 2019-09-10 | 4.5 | 1.00" | 7 MPH | SE |
| 2018-10-31 | 3.5 | 1.00" | 37 MPH | ENE |

| | | | | |
|---|---|---|---|---|
| 2018-10-31 | 3.5 | 1.00" | 37 MPH | ENE |
| 2018-05-22 | 7.5 | 1.00" | 21 MPH | NE |
| 2018-04-03 | 4.5 | 1.00" | 46 MPH | ESE |
| 2017-07-08 | 4.5 | 1.00" | 15 MPH | E |
| 2017-05-21 | 3.5 | 3.00" | 8 MPH | E |
| 2017-03-29 | 5.5 | 1.00" | 27 MPH | ENE |
| 2017-03-24 | 4.5 | 1.00" | 32 MPH | ENE |
| 2017-01-20 | 7.5 | 1.25" | 35 MPH | E |
| 2016-09-10 | 4.5 | 1.00" | 4 MPH | N |
| 2016-06-18 | 4.5 | 1.50" | 13 MPH | ENE |
| 2016-04-21 | 5.5 | 1.25" | 29 MPH | NE |
| 2016-04-21 | 4.5 | 1.25" | 18 MPH | N |
| 2016-04-17 | 3.5 | 1.00" | 25 MPH | ENE |
| 2015-08-25 | 4.5 | 1.25" | 23 MPH | NE |
| 2015-08-16 | 8.5 | 1.00" | 12 MPH | NE |
| 2015-08-16 | 5.5 | 1.00" | 15 MPH | SE |
| 2015-08-11 | 5.5 | 1.00" | 25 MPH | NE |
| 2015-05-30 | 4.5 | 1.00" | 6 MPH | NNE |
| 2015-05-30 | 5.5 | 1.00" | 15 MPH | E |
| 2015-05-25 | 3.5 | 2.00" | 62 MPH | E |
| 2015-05-24 | 4.5 | 1.00" | 53 MPH | S |
| 2015-04-19 | 4.5 | 1.00" | 27 MPH | ESE |
| 2015-04-16 | 5.5 | 1.00" | 25 MPH | E |
| 2015-04-16 | 4.5 | 1.00" | 23 MPH | E |
| 2014-09-07 | 4.5 | 1.00" | 24 MPH | ESE |
| 2014-08-11 | 5.5 | 1.25" | 18 MPH | E |
| 2014-07-03 | 7.5 | 1.25" | 8 MPH | ESE |
| 2014-07-03 | 4.5 | 1.25" | 23 MPH | ENE |
| 2014-07-02 | 3.5 | 1.25" | 16 MPH | NE |
| 2013-10-26 | 6.5 | 1.00" | 32 MPH | ESE |
| 2013-06-09 | 4.5 | 1.00" | 26 MPH | ENE |
| 2013-04-27 | 6.5 | 1.25" | 14 MPH | ESE |
| 2013-03-31 | 3.5 | 0.75" | 27 MPH | SE |
| 2012-11-05 | 6.5 | 1.00" | 44 MPH | SE |
| 2012-09-12 | 4.5 | 1.00" | 24 MPH | ESE |
| 2012-08-17 | 3.5 | 1.50" | 10 MPH | SSE |
| 2012-08-07 | 3.5 | 1.00" | 16 MPH | ENE |
| 2012-07-07 | 5.5 | 1" | 26 MPH | E |
| 2012-06-28 | 3.5 | 0.50" | 2 MPH | NE |

| | | | | |
|---|---|---|---|---|
| 2012-06-28 | 4.5 | 0.50" | 6 MPH | N |
| 2012-06-16 | 3.5 | 0.50" | 14 MPH | NNE |
| 2012-06-16 | 3.5 | 0.50" | 17 MPH | NE |
| 2012-05-11 | 6.5 | 0.50" | 15 MPH | E |
| 2012-04-20 | 5.5 | 0.75" | 23 MPH | E |
| 2012-04-20 | 3.5 | 0.75" | 24 MPH | E |
| 2012-04-02 | 4.5 | 1.25" | 19 MPH | NE |
| 2012-04-02 | 8.5 | 1.25" | 20 MPH | NE |
| 2012-04-02 | 4.5 | 0.50" | 31 MPH | N |
| 2012-02-17 | 3.5 | 0.50" | 34 MPH | E |
| 2012-02-03 | 6.5 | 0.50" | 2 MPH | E |
| 2012-02-03 | 4.5 | 0.50" | 22 MPH | E |
| 2012-02-03 | 4.5 | 0.50" | 11 MPH | NE |
| 2011-11-15 | 5.5 | 1.00" | 33 MPH | NE |
| 2011-07-06 | 3.5 | 1.00" | 8 MPH | N |
| 2011-06-05 | 4.5 | 1.00" | 20 MPH | ENE |
| 2010-07-25 | 5.5 | 1" | 5 MPH | ENE |
| 2010-07-18 | 3.5 | 1" | 19 MPH | E |
| 2010-07-17 | 3.5 | 1" | 16 MPH | ESE |
| 2010-07-06 | 4.5 | 1" | 9 MPH | E |
| 2010-05-28 | 3.5 | 1" | 12 MPH | NE |

**VERIFY THIS REPORT**

**6tOizVmI**

**Enter this code at:**
**hailstrike.com/verify**

Dynamic Weather Solutions, Inc. ("DWS") accumulates and compiles reporting data from various sources Including, but not limited to: National Weather Service ("NWS"), the Storm Prediction Center ("SPC"), the National Climatic Data Center ("NCDC"), internet sources, and live witness resources. This report and the reports we provide (the "Content") represent the most accurate representation for storm activity based upon such resources. Although extra steps have been taken to ensure the accuracy of these reports, we cannot guarantee the absolute accuracy of the information being provided, nor can we be held responsible for inaccurate data that we receive, including errors in the reporting sources, the sources' equipment, or the accuracy of their information. DWS specifically disclaims all warranties, express or implied, including without limitation the warranties of merchantability, fitness for a particular purpose, and non-infringement with respect to the Content. In no event will DWS be liable for any general, special, indirect, incidental or consequential damages, even if DWS has been advised of the possibility of such damages.

**User's access and use of the Content constitutes User's acceptance of the terms and conditions contained herein and any Terms of Use and/or Privacy Policy related to the Content.**

Weather Data Verified By

HAIL STRIKE

Copyright © 2010-2023 Dynamic Weather Solutions, Inc. All rights reserved.
HailStrike™ is a trademark of Dynamic Weather Solutions, Inc.

**HAIL MAPS**

Note: Using different editions of software may result in lost data. If the white rectangle around the North arrow at the lower right hand corner of a map is missing, please contact admin@gt-forensics.com or 985-690-6008 for further assistance.

# EYEWITNESS REPORTS

Within 2 and 5 miles of property
August 10, 2020, to May 19, 2023



# SWDI NEXRAD SIGNATURES

MARCH 17, 2021
Within 2 and 5 miles of property
Number in box shows maximum estimated size hail (MESH)
Empty box indicates incomplete information
"X" outside 5 mile radius not considered for mapping




SWDI NEXRAD SIGNATURES
MARCH 22, 2022
Within 2 and 5 miles of property
Number in box shows maximum estimated size hail (MESH)
Empty box indicates incomplete information
"X" outside 5 mile radius not considered for mapping
Google Earth
5 mi
N

# SWDI NEXRAD SIGNATURES

JULY 12, 2022
Within 2 and 5 miles of property
Number in box shows maximum estimated size hail (MESH)
Empty box indicates incomplete information
"X" outside 5 mile radius not considered for mapping




SWDI NEXRAD SIGNATURES
AUGUST 10, 2022
Within 2 and 5 miles of property
Number in box shows maximum estimated size hail (MESH)
Empty box indicates incomplete information
"X" outside 5 mile radius not considered for mapping
Google Earth
5 mi
N

**WIND DATA**

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Daily Summary
## March 2021
Generated on 07/24/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 77 ft. Lat: 29.6197° N Lon: -95.6575° W
Station: **HOUSTON SUGARLAND MEM, TX US WBAN: 72254312977 (KSGR)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH, Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 73 | 53 | 63 | 4.3 | | | | 2 | 0 | 0649 | 1822 | RA BR | 0.64 | 0.0 | 0 | 29.96 | | 12.7 | 36 | 030 | 26 | 030 |
| 02 | 67 | 50 | 59 | 0.2 | | | | 6 | 0 | 0648 | 1823 | RA | 0.01 | 0.0 | 0 | 30.06 | | 10.8 | 27 | 360 | 21 | 020 |
| 03 | 70 | 42* | 56 | -3.0 | | | | 9 | 0 | 0646 | 1823 | | 0.00 | 0.0 | 0 | 30.06 | | 4.5 | 14 | 160 | 13 | 150 |
| 04 | 73 | 44 | 59 | -0.2 | | | | 6 | 0 | 0645 | 1824 | | 0.00 | 0.0 | 0 | 29.97 | | 6.5 | 20 | 160 | 16 | 150 |
| 05 | 79 | 55 | 67 | 7.6 | | | | 0 | 2 | 0644 | 1825 | BR | 0.00 | 0.0 | 0 | 29.88 | | 7.7 | 25 | 020 | 21 | 020 |
| 06 | 72 | 54 | 63 | 3.4 | | | | 2 | 0 | 0643 | 1825 | | 0.00 | 0.0 | 0 | 30.11 | | 11.3 | 25 | 030 | 21 | 030 |
| 07 | 70 | 43 | 57 | -2.8 | | | | 8 | 0 | 0642 | 1826 | | 0.00 | 0.0 | 0 | 30.25 | | 7.0 | 21 | 120 | 16 | 140 |
| 08 | 75 | 43 | 59 | -1.0 | | | | 6 | 0 | 0641 | 1827 | | 0.00 | 0.0 | 0 | 30.28 | | 6.9 | 21 | 150 | 17 | 150 |
| 09 | 77 | 60 | 69 | 8.8 | | | | 0 | 4 | 0640 | 1827 | | 0.00 | 0.0 | 0 | 30.14 | | 12.7 | 29 | 150 | 23 | 160 |
| 10 | 80 | 62 | 71 | 10.6 | | | | 0 | 6 | 0639 | 1828 | RA HZ | 0.01 | 0.0 | 0 | 29.99 | | 13.6 | 35 | 160 | 24 | 170 |
| 11 | 82 | 70 | 76 | 15.4 | | | | 0 | 11 | 0637 | 1828 | | 0.00 | 0.0 | 0 | 30.02 | | 13.7 | 29 | 170 | 22 | 160 |
| 12 | 85 | 69 | 77 | 16.2 | | | | 0 | 12 | 0636 | 1829 | | T | 0.0 | 0 | 30.07 | | 14.4 | 32 | 150 | 23 | 140 |
| 13 | 83 | 67 | 75 | 14.0 | | | | 0 | 10 | 0635 | 1830 | | 0.00 | 0.0 | 0 | 29.96 | | 14.3 | 32 | 160 | 24 | 160 |
| 14 | 76 | 58 | 67 | 5.8 | | | | 0 | 2 | 0634 | 1830 | RA BR | 0.28 | 0.0 | 0 | 29.81 | | 9.4 | 31 | 160 | 25 | 150 |
| 15 | 82 | 59 | 71 | 9.6 | | | | 0 | 6 | 0633 | 1831 | RA FG BR | 0.02 | 0.0 | 0 | 29.80 | | 3.8 | 15 | 170 | 13 | 170 |
| 16 | 82 | 68 | 75 | 13.4 | | | | 0 | 10 | 0632 | 1832 | RA FG BR | T | 0.0 | 0 | 29.68 | | 8.4 | 22 | 170 | 18 | 170 |
| 17 | 81 | 58 | 70 | 8.2 | | | | 0 | 5 | 0630 | 1832 | TS RA FG BR | 0.58 | 0.0 | 0 | 29.72 | | 13.2 | 35 | 300 | 25 | 310 |
| 18 | 69 | 50 | 60 | -2.0 | | | | 5 | 0 | 0629 | 1833 | | 0.00 | 0.0 | 0 | 30.04 | | 12.7 | 34 | 320 | 24 | 350 |
| 19 | 69 | 45 | 57 | -5.2 | | | | 8 | 0 | 0628 | 1833 | | 0.00 | 0.0 | 0 | 30.16 | | 9.7 | 23 | 340 | 18 | 340 |
| 20 | 70 | 43 | 57 | -5.4 | | | | 8 | 0 | 0627 | 1834 | | 0.00 | 0.0 | 0 | 30.16 | | 6.2 | 22 | 030 | 15 | 020 |
| 21 | 73 | 44 | 59 | -3.6 | | | | 6 | 0 | 0626 | 1835 | | 0.00 | 0.0 | 0 | 30.02 | | 7.0 | 37 | 210 | 17 | 140 |
| 22 | 77 | 60 | 69 | 6.2 | | | | 0 | 4 | 0624 | 1835 | RA | T | 0.0 | 0 | 29.73 | | 12.7 | 32 | 150 | 26 | 140 |
| 23 | 84 | 58 | 71 | 8.0 | | | | 0 | 6 | 0623 | 1836 | TS RA | 0.16 | 0.0 | 0 | 29.66 | | 4.8 | 23 | 350 | 16 | 350 |
| 24 | 71 | 60 | 66 | 2.8 | | | | 0 | 1 | 0622 | 1836 | RA BR | 0.02 | 0.0 | 0 | 29.57 | | 10.2 | 25 | 100 | 20 | 100 |
| 25 | 80 | 56 | 68 | 4.6 | | | | 0 | 3 | 0621 | 1837 | BR | 0.00 | 0.0 | 0 | 29.70 | | 8.9 | 27 | 340 | 21 | 340 |
| 26 | 86* | 51 | 69 | 5.4 | | | | 0 | 4 | 0620 | 1838 | BR HZ | 0.00 | 0.0 | 0 | 29.80 | | 9.0 | 22 | 140 | 18 | 140 |
| 27 | 85 | 72 | 79 | 15.2 | | | | 0 | 14 | 0618 | 1838 | BR | 0.00 | 0.0 | 0 | 29.77 | | 9.9 | 28 | 160 | 22 | 170 |
| 28 | 76 | 50 | 63 | -1.0 | | | | 2 | 0 | 0617 | 1839 | RA BR | 0.11 | 0.0 | 0 | 30.08 | | 7.6 | 33 | 010 | 25 | 020 |
| 29 | 75 | 46 | 61 | -3.2 | | | | 4 | 0 | 0616 | 1839 | BR | 0.00 | 0.0 | 0 | 30.00 | | 6.6 | 16 | 080 | 15 | 140 |
| 30 | 84 | 65 | 75 | 10.6 | | | | 0 | 10 | 0615 | 1840 | BR | T | 0.0 | 0 | 29.82 | | 11.9 | 30 | 190 | 24 | 180 |
| 31 | 79 | 61 | 70 | 5.4 | | | | 0 | 5 | 0614 | 1841 | RA BR | T | 0.0 | 0 | 30.06 | | 10.5 | 34 | 040 | 28 | 040 |
| | 76.9 | 55.4 | 66.2 | | | | | | | | | Monthly Averages \| Totals | 1.83 | | | 29.95 | 30.06 | 9.6 | | | | |
| | 4.6 | 4.1 | 4.4 | | | | | | | | | Departure from Normal (1981-2010) | -1.42s | | | | | | | | | |

| Degree Days | Monthly Total | Monthly Departure | Season-to-date Total | Season-to-date Departure |
|---|---|---|---|---|
| Heating | 75 | -82 | 1029 | |
| Cooling | 111 | 53 | 180 | |

| Number of days with... | Temperature Max >=90° | Temperature Max <=32° | Temperature Min <=32° | Temperature Min <=0° | Precipitation >=0.01" | Precipitation >=0.1" | Snow >=1" | Weather T-Storms | Weather Heavy Fog |
|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 9 | 5 | 0 | 2 | 1 |

| Date of 5-sec to 3-sec wind equipment change |
|---|
| 2007-06-22 |

| Sea Level Pressure | | Date | Time |
|---|---|---|---|
| Maximum | 30.47 | 08 | 1128 |
| Minimum | 29.56 | 25 | 0219 |

| Greatest... | 24-Hr... Precip | 24-Hr... Snowfall | Snow Depth |
|---|---|---|---|
| | 0.65 | | |
| Date | 01-02 | | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Daily Summary
## March 2022
Generated on 07/24/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 77 ft. Lat: 29.6197° N Lon: -95.6575° W
Station: **HOUSTON SUGARLAND MEM, TX US WBAN: 72254312977 (KSGR)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH / Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 73 | 36 | 55 | -3.7 | | | | 10 | 0 | 0649 | 1822 | BR HZ | 0.00 | 0.0 | 0 | 30.11 | | 3.0 | 20 | 150 | 15 | 140 |
| 02 | 77 | 41 | 59 | 0.2 | | | | 6 | 0 | 0648 | 1823 | BR HZ | 0.00 | 0.0 | 0 | 30.07 | | 3.8 | 19 | 110 | 15 | 140 |
| 03 | 79 | 55 | 67 | 8.0 | | | | 0 | 2 | 0646 | 1823 | HZ | 0.00 | 0.0 | 0 | 30.05 | | 5.7 | 21 | 300 | 17 | 140 |
| 04 | 80 | 60 | 70 | 10.8 | | | | 0 | 5 | 0645 | 1824 | BR HZ | 0.00 | 0.0 | 0 | 29.99 | | 10.7 | 29 | 150 | 23 | 140 |
| 05 | 83 | 69 | 76 | 16.6 | | | | 0 | 11 | 0644 | 1825 | RA HZ | T | 0.0 | 0 | 29.89 | | 13.1 | 35 | 180 | 25 | 160 |
| 06 | 85 | 71 | 78 | 18.4 | | | | 0 | 13 | 0643 | 1825 | BR HZ | T | 0.0 | 0 | 29.83 | | 14.1 | 35 | 170 | 26 | 170 |
| 07 | 75 | 53 | 64 | 4.2 | | | | 1 | 0 | 0642 | 1826 | RA | 0.06 | 0.0 | 0 | 29.99 | | 13.7 | 32 | 010 | 24 | 020 |
| 08 | 53 | 47 | 50 | -10.0 | | | | 15 | 0 | 0641 | 1827 | TS RA BR HZ | 0.26 | 0.0 | 0 | 29.90 | | 11.5 | 27 | 020 | 20 | 020 |
| 09 | 62 | 45 | 54 | -6.2 | | | | 11 | 0 | 0640 | 1827 | | 0.00 | 0.0 | 0 | 29.89 | | 6.8 | 24 | 010 | 20 | 020 |
| 10 | 76 | 42 | 59 | -1.4 | | | | 6 | 0 | 0639 | 1828 | | 0.00 | 0.0 | 0 | 29.83 | | 6.6 | 21 | 160 | 18 | 160 |
| 11 | 65 | 40 | 53 | -7.6 | | | | 12 | 0 | 0637 | 1828 | | T | 0.0 | 0 | 29.93 | | 13.5 | 44 | 330 | 30 | 350 |
| 12 | 60 | 33* | 47 | -13.8 | | | | 18 | 0 | 0636 | 1829 | | 0.00 | 0.0 | 0 | 30.32 | | 7.0 | 38 | 360 | 29 | 010 |
| 13 | 68 | 35 | 52 | -9.0 | | | | 13 | 0 | 0635 | 1830 | | 0.00 | 0.0 | 0 | 30.17 | | 7.9 | 28 | 130 | 21 | 160 |
| 14 | 81 | 58 | 70 | 8.8 | | | | 0 | 5 | 0634 | 1830 | TS RA | 0.07 | 0.0 | 0 | 29.98 | | 11.8 | 41 | 290 | 29 | 300 |
| 15 | 76 | 53 | 65 | 3.6 | | | | 0 | 0 | 0633 | 1831 | BR | 0.02 | 0.0 | 0 | 29.99 | | 9.1 | 34 | 310 | 21 | 310 |
| 16 | 81 | 47 | 64 | 2.4 | | | | 1 | 0 | 0632 | 1832 | HZ | 0.00 | 0.0 | 0 | 29.87 | | 5.9 | 22 | 190 | 17 | 180 |
| 17 | 79 | 55 | 67 | 5.2 | | | | 0 | 2 | 0630 | 1832 | RA BR | 0.07 | 0.0 | 0 | 29.68 | | 11.3 | 30 | 140 | 23 | 160 |
| 18 | 73 | 57 | 65 | 3.0 | | | | 0 | 0 | 0629 | 1833 | BR HZ | 0.00 | 0.0 | 0 | 29.91 | | 12.3 | 36 | 330 | 24 | 330 |
| 19 | 79 | 44 | 62 | -0.2 | | | | 3 | 0 | 0628 | 1833 | | 0.00 | 0.0 | 0 | 30.08 | | 5.0 | 26 | 070 | 17 | 040 |
| 20 | 78 | 45 | 62 | -0.4 | | | | 3 | 0 | 0627 | 1834 | | 0.00 | 0.0 | 0 | 30.03 | | 9.3 | 31 | 150 | 23 | 140 |
| 21 | 79 | 66 | 73 | 10.4 | | | | 0 | 8 | 0626 | 1835 | RA HZ | 0.13 | 0.0 | 0 | 29.67 | | 16.8 | 41 | 160 | 31 | 150 |
| 22 | 76 | 52 | 64 | 1.2 | | | | 1 | 0 | 0624 | 1835 | TS RA BR | 1.38 | 0.0 | 0 | 29.68 | | 12.9 | 49 | 340 | 31 | 350 |
| 23 | 71 | 46 | 59 | -4.0 | | | | 6 | 0 | 0623 | 1836 | | 0.00 | 0.0 | 0 | 29.90 | | 7.4 | 28 | 300 | 20 | 350 |
| 24 | 71 | 47 | 59 | -4.2 | | | | 6 | 0 | 0622 | 1836 | | 0.00 | 0.0 | 0 | 29.91 | | 8.2 | 30 | 310 | 21 | 280 |
| 25 | 85 | 45 | 65 | 1.6 | | | | 0 | 0 | 0621 | 1837 | | 0.00 | 0.0 | 0 | 29.98 | | 3.2 | 17 | 070 | 14 | 140 |
| 26 | 87* | 53 | 70 | 6.4 | | | | 0 | 5 | 0620 | 1838 | FG BR | 0.00 | 0.0 | 0 | 29.93 | | 8.8 | 22 | 190 | 16 | 180 |
| 27 | 85 | 60 | 73 | 9.2 | | | | 0 | 8 | 0618 | 1838 | | 0.00 | 0.0 | 0 | 29.91 | | 11.1 | 27 | 220 | 20 | 230 |
| 28 | 84 | 61 | 73 | 9.0 | | | | 0 | 8 | 0617 | 1839 | | 0.00 | 0.0 | 0 | 29.93 | | 10.9 | 33 | 170 | 22 | 170 |
| 29 | 85 | 72 | 79 | 14.8 | | | | 0 | 14 | 0616 | 1839 | | T | 0.0 | 0 | 29.67 | | 18.3 | 39 | 170 | 29 | 160 |
| 30 | 86 | 61 | 74 | 9.6 | | | | 0 | 9 | 0615 | 1840 | RA | 0.11 | 0.0 | 0 | 29.52 | | 13.7 | 37 | 300 | 28 | 170 |
| 31 | 78 | 50 | 64 | -0.6 | | | | 1 | 0 | 0614 | 1841 | | 0.00 | 0.0 | 0 | 29.78 | | 5.7 | 28 | 020 | 18 | 020 |
| | 76.5 | 51.6 | 64.1 | | | | | | | | | **Monthly Averages \| Totals** | 0.11 | | | 29.91 | 30.03 | 9.6 | | | | |
| | 4.2 | 0.3 | 2.3 | **Departure from Normal (1981-2010)** | | | | | | | | | -3.14s | | | | | | | | | |

| Degree Days | | | | | Number of days with... | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly | | Season-to-date | | Temperature | | | | Precipitation | | Snow | Weather | |
| | Total | Departure | Total | Departure | Max | | Min | | | | | | |
| **Heating** | 117 | -40 | 974 | | >=90° | <=32° | <=32° | <=0° | >=0.01" | >=0.1" | >=1" | T-Storms | Heavy Fog |
| **Cooling** | 87 | 29 | 128 | | 0 | 0 | 0 | 0 | 1s | 1s | 0 | 3 | 1 |

| Date of 5-sec to 3-sec wind equipment change | Sea Level Pressure | | | | Greatest... | | |
|---|---|---|---|---|---|---|---|
| | | | Date | Time | 24-Hr... | | Snow Depth |
| 2007-06-22 | **Maximum** | 30.53 | 12 | 1121 | **Precip** | **Snowfall** | |
| | **Minimum** | 29.53 | 30 | 0323 | 0.11 | | |
| | | | | | **Date** | | |
| | | | | | 30-30 | | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Daily Summary
## July 2022

Generated on 07/24/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 77 ft. Lat: 29.6197° N Lon: -95.6575° W

Station: **HOUSTON SUGARLAND MEM, TX US WBAN: 72254312977 (KSGR)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH, Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 90 | 78 | 84 | 0.9 | | | | 0 | 19 | 0526 | 1927 | TS RA | T | 0.0 | 0 | 29.82 | | 7.5 | 18 | 180 | 14 | 160 |
| 02 | 97 | 78 | 88 | 4.8 | | | | 0 | 23 | 0526 | 1927 | TS RA | 0.05 | 0.0 | 0 | 29.83 | | 9.7 | 28 | 200 | 21 | 170 |
| 03 | 99 | 76 | 88 | 4.8 | | | | 0 | 23 | 0527 | 1927 | | 0.00 | 0.0 | 0 | 29.91 | | 7.7 | 25 | 150 | 18 | 150 |
| 04 | 100 | 76 | 88 | 4.7 | | | | 0 | 23 | 0527 | 1927 | | 0.00 | 0.0 | 0 | 29.91 | | 9.1 | 24 | 210 | 18 | 170 |
| 05 | 100 | 77 | 89 | 5.7 | | | | 0 | 24 | 0528 | 1927 | | 0.00 | 0.0 | 0 | 29.87 | | 9.1 | 24 | 160 | 20 | 150 |
| 06 | 99 | 76 | 88 | 4.6 | | | | 0 | 23 | 0528 | 1927 | | 0.00 | 0.0 | 0 | 29.85 | | 8.2 | 25 | 180 | 18 | 170 |
| 07 | 99 | 77 | 88 | 4.6 | | | | 0 | 23 | 0528 | 1926 | RA | T | 0.0 | 0 | 29.86 | | 7.2 | 25 | 170 | 20 | 170 |
| 08 | 102 | 76 | 89 | 5.6 | | | | 0 | 24 | 0529 | 1926 | | 0.00 | 0.0 | 0 | 29.90 | | 6.8 | 26 | 160 | 21 | 170 |
| 09 | 103 | 78 | 91 | 7.5 | | | | 0 | 26 | 0529 | 1926 | | 0.00 | 0.0 | 0 | 29.90 | | 6.7 | 24 | 180 | 18 | 180 |
| 10 | 105* | 79 | 92 | 8.5 | | | | 0 | 27 | 0530 | 1926 | | 0.00 | 0.0 | 0 | 29.78 | | 8.0 | 27 | 180 | 20 | 180 |
| 11 | 103 | 82 | 93 | 9.5 | | | | 0 | 28 | 0530 | 1926 | TS RA | T | 0.0 | 0 | 29.72 | | 8.8 | 25 | 190 | 18 | 200 |
| 12 | 103 | 80 | 92 | 8.4 | | | | 0 | 27 | 0531 | 1925 | TS RA | 0.22 | 0.0 | 0 | 29.77 | | 5.7 | 28 | 190 | 21 | 200 |
| 13 | 101 | 77 | 89 | 5.4 | | | | 0 | 24 | 0531 | 1925 | | T | 0.0 | 0 | 29.85 | | 6.2 | 32 | 140 | 25 | 140 |
| 14 | 100 | 77 | 89 | 5.4 | | | | 0 | 24 | 0532 | 1925 | TS RA | 0.05 | 0.0 | 0 | 29.91 | | 5.5 | 35 | 360 | 25 | 350 |
| 15 | 91 | 75 | 83 | -0.6 | | | | 0 | 18 | 0532 | 1924 | TS RA | T | 0.0 | 0 | 29.93 | | 7.1 | 26 | 160 | 20 | 140 |
| 16 | 100 | 74 | 87 | 3.4 | | | | 0 | 22 | 0533 | 1924 | | 0.00 | 0.0 | 0 | 29.88 | | 6.5 | 23 | 190 | 17 | 180 |
| 17 | 100 | 74* | 87 | 3.3 | | | | 0 | 22 | 0533 | 1924 | BR | 0.00 | 0.0 | 0 | 29.84 | | 6.8 | 26 | 160 | 21 | 170 |
| 18 | 102 | 77 | 90 | 6.3 | | | | 0 | 25 | 0534 | 1923 | | 0.00 | 0.0 | | 29.85 | | 9.1 | 26 | 210 | 17 | 200 |
| 19 | 101 | 79 | 90 | 6.3 | | | | 0 | 25 | 0535 | 1923 | | 0.00 | 0.0 | 0 | 29.83 | | 10.2 | 29 | 170 | 22 | 170 |
| 20 | 103 | 78 | 91 | 7.3 | | | | 0 | 26 | 0535 | 1922 | | 0.00 | 0.0 | 0 | 29.80 | | 10.4 | 29 | 170 | 22 | 170 |
| 21 | 102 | 76 | 89 | 5.3 | | | | 0 | 24 | 0536 | 1922 | | 0.00 | 0.0 | 0 | 29.82 | | 8.1 | 26 | 180 | 21 | 180 |
| 22 | 99 | 76 | 88 | 4.3 | | | | 0 | 23 | 0536 | 1921 | TS RA | 0.01 | 0.0 | 0 | 29.88 | | 6.4 | 31 | 130 | 23 | 130 |
| 23 | 98 | 76 | 87 | 3.3 | | | | 0 | 22 | 0537 | 1921 | TS RA | 0.02 | 0.0 | 0 | 29.91 | | 6.8 | 29 | 150 | 21 | 180 |
| 24 | 99 | 76 | 88 | 4.3 | | | | 0 | 23 | 0537 | 1920 | | 0.00 | 0.0 | 0 | 29.91 | | 8.1 | 24 | 140 | 21 | 150 |
| 25 | 99 | 76 | 88 | 4.2 | | | | 0 | 23 | 0538 | 1920 | | 0.00 | 0.0 | 0 | 29.91 | | 8.2 | 26 | 170 | 20 | 160 |
| 26 | 99 | 75 | 87 | 3.2 | | | | 0 | 22 | 0539 | 1919 | TS | 0.00 | 0.0 | 0 | 29.88 | | 7.8 | 28 | 160 | 22 | 160 |
| 27 | 97 | 77 | 87 | 3.2 | | | | 0 | 22 | 0539 | 1919 | TS RA | 0.54 | 0.0 | 0 | 29.88 | | 5.3 | 24 | 190 | 18 | 200 |
| 28 | 96 | 76 | 86 | 2.2 | | | | 0 | 21 | 0540 | 1918 | TS RA BR | 0.66 | 0.0 | 0 | 29.87 | | 6.9 | 39 | 180 | 30 | 170 |
| 29 | 95 | 76 | 86 | 2.2 | | | | 0 | 21 | 0540 | 1917 | TS RA | 0.25 | 0.0 | 0 | 29.92 | | 6.3 | 48 | 250 | 29 | 240 |
| 30 | 96 | 76 | 86 | 2.2 | | | | 0 | 21 | 0541 | 1917 | | 0.00 | 0.0 | 0 | 29.96 | | 7.6 | 25 | 160 | 20 | 160 |
| 31 | 99 | 75 | 87 | 3.2 | | | | 0 | 22 | 0542 | 1916 | | 0.00 | 0.0 | 0 | 29.96 | | 7.5 | 28 | 170 | 21 | 160 |
| | 99.3 | 76.7 | 88.0 | | | | | | | Monthly Averages \| Totals | | | 1.80 | | | 29.86 | 29.98 | 7.6 | | | | |
| | 6.3 | 2.5 | 4.4 | Departure from Normal (1981-2010) | | | | | | | | | -2.56s | | | | | | | | | |

| Degree Days | Monthly Total | Monthly Departure | Season-to-date Total | Season-to-date Departure |
|---|---|---|---|---|
| Heating | 0 | 0 | 0 | |
| Cooling | 713 | 136 | 2287 | |

Number of days with...

| Temperature Max >=90° | Temperature Max <=32° | Temperature Min <=32° | Temperature Min <=0° | Precipitation >=0.01" | Precipitation >=0.1" | Snow >=1" | Weather T-Storms | Weather Heavy Fog |
|---|---|---|---|---|---|---|---|---|
| 31 | 0 | 0 | 0 | 8 | 4 | 0 | 12 | |

| Date of 5-sec to 3-sec wind equipment change |
|---|
| 2007-06-22 |

| Sea Level Pressure | | Date | Time |
|---|---|---|---|
| Maximum | 30.12 | 31 | 1101 |
| Minimum | 29.74 | 11 | 1743 |

| Greatest... | 24-Hr... Precip | 24-Hr... Snowfall | Snow Depth |
|---|---|---|---|
| | 0.88 | | |
| Date | 27-28 | | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

U.S. Department of Commerce
National Oceanic & Atmospheric Administration
National Environmental Satellite, Data, and Information Service

# Local Climatological Data
## Daily Summary
## August 2022
Generated on 07/24/2023

National Centers for Environmental Information
151 Patton Avenue
Asheville, North Carolina 28801

Current Location: Elev: 77 ft. Lat: 29.6197° N Lon: -95.6575° W
Station: **HOUSTON SUGARLAND MEM, TX US WBAN: 72254312977 (KSGR)**

| Date | Temperature (F) | | | | | | | Degree Days (base 65F) | | Sun (LST) | | Weather | Precipitation (in) | | | Pressure (inHg) | | Wind | Maximum Wind Speed = MPH / Direction = Degrees | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Max | Min | Avg | Dep | ARH | ADP | AWB | Heat | Cool | Rise | Set | Weather Type | TLC | Snow Fall | Snow Depth | Avg Stn | Avg SL | Avg Speed | Peak Speed | Peak Dir | Sust. Speed | Sust. Dir |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 01 | 95 | 76 | 86 | 2.2 | | | | 0 | 21 | 0542 | 1915 | TS RA | T | 0.0 | 0 | 29.93 | | 7.2 | 28 | 200 | 22 | 180 |
| 02 | 100 | 76 | 88 | 4.2 | | | | 0 | 23 | 0543 | 1915 | | 0.00 | 0.0 | 0 | 29.88 | | 9.7 | 24 | 180 | 20 | 170 |
| 03 | 99 | 78 | 89 | 5.2 | | | | 0 | 24 | 0543 | 1914 | | 0.00 | 0.0 | 0 | 29.82 | | 10.5 | 29 | 200 | 21 | 180 |
| 04 | 100 | 77 | 89 | 5.2 | | | | 0 | 24 | 0544 | 1913 | TS | 0.00 | 0.0 | 0 | 29.83 | | 8.4 | 22 | 180 | 16 | 190 |
| 05 | 92 | 77 | 85 | 1.2 | | | | 0 | 20 | 0545 | 1912 | RA | 0.05 | 0.0 | 0 | 29.87 | | 4.6 | 20 | 120 | 16 | 150 |
| 06 | 93 | 75 | 84 | 0.2 | | | | 0 | 19 | 0545 | 1911 | TS RA BR | 0.39 | 0.0 | 0 | 29.93 | | 4.8 | 26 | 170 | 22 | 160 |
| 07 | 97 | 76 | 87 | 3.2 | | | | 0 | 22 | 0546 | 1911 | | 0.00 | 0.0 | 0 | 29.98 | | 7.2 | 27 | 130 | 21 | 140 |
| 08 | 98 | 75 | 87 | 3.2 | | | | 0 | 22 | 0546 | 1910 | TS | 0.00 | 0.0 | 0 | 29.95 | | 6.4 | 28 | 130 | 21 | 170 |
| 09 | 98 | 75 | 87 | 3.2 | | | | 0 | 22 | 0547 | 1909 | TS | 0.00 | 0.0 | 0 | 29.92 | | 6.1 | 24 | 160 | 18 | 160 |
| 10 | 100 | 74 | 87 | 3.2 | | | | 0 | 22 | 0547 | 1908 | TS RA BR | 0.62 | 0.0 | 0 | 29.95 | | 5.0 | 44 | 080 | 30 | 060 |
| 11 | 95 | 74 | 85 | 1.3 | | | | 0 | 20 | 0548 | 1907 | TS | 0.00 | 0.0 | 0 | 29.89 | | 5.7 | 21 | 150 | 17 | 150 |
| 12 | 96 | 77 | 87 | 3.3 | | | | 0 | 22 | 0549 | 1906 | TS RA | 0.02 | 0.0 | 0 | 29.86 | | 5.5 | 27 | 360 | 20 | 360 |
| 13 | 94 | 78 | 86 | 2.3 | | | | 0 | 21 | 0549 | 1905 | | T | 0.0 | 0 | 29.85 | | 9.8 | 32 | 130 | 22 | 130 |
| 14 | 93 | 79 | 86 | 2.3 | | | | 0 | 21 | 0550 | 1904 | RA | 0.01 | 0.0 | 0 | 29.86 | | 8.4 | 36 | 160 | 26 | 180 |
| 15 | 97 | 76 | 87 | 3.4 | | | | 0 | 22 | 0550 | 1903 | | 0.00 | 0.0 | 0 | 29.84 | | 7.7 | 22 | 160 | 17 | 150 |
| 16 | 99 | 74 | 87 | 3.4 | | | | 0 | 22 | 0551 | 1902 | | 0.00 | 0.0 | 0 | 29.82 | | 6.1 | * | | 16 | 150 |
| 17 | 100* | 75 | 88 | 4.4 | | | | 0 | 23 | 0551 | 1901 | | T | 0.0 | 0 | 29.87 | | 5.2 | 25 | 190 | 18 | 200 |
| 18 | 99 | 74 | 87 | 3.5 | | | | 0 | 22 | 0552 | 1900 | TS RA | 0.23 | 0.0 | 0 | 29.84 | | 4.9 | 49 | 360 | 28 | 060 |
| 19 | 82 | 74* | 78 | -5.5 | | | | 0 | 13 | 0553 | 1859 | TS RA BR | 0.75 | 0.0 | 0 | 29.86 | | 4.7 | 16 | 170 | 14 | 150 |
| 20 | 91 | 76 | 84 | 0.6 | | | | 0 | 19 | 0553 | 1858 | TS RA | 0.03 | 0.0 | 0 | 29.91 | | 6.6 | 31 | 150 | 23 | 160 |
| 21 | 93 | 77 | 85 | 1.7 | | | | 0 | 20 | 0554 | 1857 | TS RA BR | 0.32 | 0.0 | 0 | 29.91 | | 8.5 | 29 | 180 | 18 | 180 |
| 22 | 94 | 79 | 87 | 3.7 | | | | 0 | 22 | 0554 | 1856 | | 0.00 | 0.0 | 0 | 29.81 | | 9.8 | 26 | 170 | 20 | 220 |
| 23 | 93 | 77 | 85 | 1.8 | | | | 0 | 20 | 0555 | 1855 | RA | T | 0.0 | 0 | 29.77 | | 6.4 | 17 | 320 | 13 | 180 |
| 24 | 87 | 76 | 82 | -1.1 | | | | 0 | 17 | 0555 | 1854 | RA BR | 1.05 | 0.0 | 0 | 29.82 | | 5.2 | 24 | 270 | 16 | 270 |
| 25 | 94 | 77 | 86 | 3.0 | | | | 0 | 21 | 0556 | 1853 | | 0.00 | 0.0 | 0 | 29.83 | | 3.8 | 17 | 340 | 14 | 160 |
| 26 | 91 | 77 | 84 | 1.1 | | | | 0 | 19 | 0557 | 1852 | TS RA | 0.61 | 0.0 | 0 | 29.82 | | 5.5 | 24 | 160 | 18 | 160 |
| 27 | 92 | 76 | 84 | 1.2 | | | | 0 | 19 | 0557 | 1851 | | 0.02 | 0.0 | 0 | 29.77 | | 5.9 | 20 | 180 | 17 | 160 |
| 28 | 93 | 76 | 85 | 2.3 | | | | 0 | 20 | 0558 | 1850 | | 0.00 | 0.0 | 0 | 29.73 | | 6.5 | 14 | 130 | 14 | 130 |
| 29 | 86 | 76 | 81 | -1.6 | | | | 0 | 16 | 0558 | 1848 | TS RA BR | 1.30 | 0.0 | 0 | 29.80 | | 7.3 | 30 | 170 | 18 | 190 |
| 30 | 90 | 77 | 84 | 1.6 | | | | 0 | 19 | 0559 | 1847 | TS RA | 0.01 | 0.0 | 0 | 29.87 | | 6.3 | 31 | 260 | 22 | 270 |
| 31 | 92 | 76 | 84 | 1.7 | | | | 0 | 19 | 0559 | 1846 | TS | T | 0.0 | 0 | 29.88 | | 2.7 | 27 | 050 | 20 | 040 |
| | 94.3 | 76.1 | 85.2 | | | | | | | | | Monthly Averages \| Totals | 5.41 | | | 29.85 | 29.96 | 6.5 | | | | |
| | 0.8 | 2.9 | 1.8 | Departure from Normal (1981-2010) | | | | | | | | | 1.27s | | | | | | | | | |

| Degree Days | | | | | Number of days with... | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monthly | | Season-to-date | | Temperature | | | | Precipitation | | Snow | Weather | |
| | Total | Departure | Total | Departure | Max | | Min | | | | | | |
| Heating | 0 | 0 | 0 | | >=90° | <=32° | <=32° | <=0° | >=0.01" | >=0.1" | >=1" | T-Storms | Heavy Fog |
| Cooling | 626 | 57 | 2913 | | 28 | 0s | 0 | 0 | 14 | 8 | 0 | 14 | |

| Date of 5-sec to 3-sec wind equipment change | Sea Level Pressure | | | | Greatest... | | |
|---|---|---|---|---|---|---|---|
| | | | Date | Time | 24-Hr... | | Snow Depth |
| 2007-06-22 | Maximum | 30.13 | 07 | 0840 | Precip | Snowfall | |
| | Minimum | 29.79 | 23 | 1806 | 1.30 | | |
| | | | | | Date | | |
| | | | | | 29-29 | | |

**Station Augmentation**

Name:N/A Lat: N/A Lon: N/A Elevation: N/A Distance: N/A Elements: N/A Equipment: N/A

# ATTACHMENT C

## BIOGRAPHICAL SKETCH

# Neil B. Hall, PhD, PE, AIA

Neil grew up in the South Bronx, sold hot dogs at the Bronx Zoo, graduated from the Bronx High School of Science, and was a 3-sewer hitter no matter what his brother-in-law says. He graduated from the City College of New York with two degrees in Architecture, was commissioned a 2nd Lieutenant in the Army Corps of Engineers, graduated Airborne and Ranger Schools, was awarded the Special Forces Officer "3" Prefix, and served as an Engineer Advisory Team Leader and Operational Detachment ("A" Team) Executive Officer with 1st Special Forces (Abn), Okinawa, Japan with deployments to the Philippines, Taiwan and Micronesia. He served as Executive Officer of a 500-man Construction Company at Fort Hunter Ligget, CA and Assistant Operations Officer with the 14th Engineer Battalion (C)(C) at Fort Ord, CA. Transferring to the Navy Civil Engineer Corps, he served as Project Manager for the Long Beach Naval Shipyard Modernization Program, Planning Officer at Subic Bay Naval Complex, Philippines and Marine Corps Bases, Okinawa, and a Seabee Detachment Commander in Honduras.

Neil received a Master of Science in Systems Management from the University of Southern California and a Master of Landscape Architecture from the University of Pennsylvania. He was appointed a Visiting Research Associate in the College of Urban and Regional Planning at the University of the Philippines and wrote his dissertation on urban planning in developing countries. After receiving a PhD in Urban Studies from the University of New Orleans he was appointed a Visiting Associate Professor in the Geography Department at the University of Iowa. He was a consulting engineer and New Orleans Branch Manager for CH&A Corporation (now EFI) and a consulting engineer with Engineering Systems, Inc. (ESI) and RTC of Louisiana. He is the Owner and Principal of **GROUNDTRUTH FORENSICS**, a consulting firm specializing in building performance, failure analysis and damage assessment. Neil is a licensed Architect in FL, PA, CT, CO, SD, NJ, IL, OK, USVI and TX; licensed Interior Designer in FL; licensed Professional Engineer in TX, MN, NY, NJ, USVI and MS (for trial testimony); and licensed Landscape Architect in MN and TX.

Neil is a member of the American Institute of Architects, American Society of Civil Engineers, Structural Engineering Institute, Construction Specifications Institute, International Institute of Building Enclosure Consultants, American Society of Safety Professionals and Association of State Floodplain Managers. He served as a member of FEMA's Building Performance Appraisal Team (BPAT) for Hurricane Georges. He is a U.S. Department of Energy Certified Wind Investigator, an ASFM Certified Floodplain Manager, NFPA 1033 Certified Fire Investigator, and a Designated Disaster Service Worker with the State of California's Safety Assessment Program.

Neil is a member of the SEI/ASCE Standards Committee for the Structural Condition Assessment of Existing Buildings. The committee is responsible for the publication of the Guideline for Structural Condition Assessment of Existing Buildings (SEI/ASCE 11) and the Guideline for Condition Assessment of the Building Envelope (SEI/ASCE 30). He is a member of the ASCE Committee developing a national consensus standard on estimating wind speeds in tornados and other windstorms. Neil served 3 years as a member of the AIA's Knowledge Center for Building Performance. Besides the University of Iowa, he has held teaching positions with the University of Maryland (mathematics), Tulane University (architecture), Central Texas College (engineering graphics), and Troy State University (project management).

# GROUNDTRUTH FORENSICS

Neil B. Hall, Ph.D., AIA, CFM
1923 Corporate Square Boulevard
Slidell, Louisiana 70458
985-690-6008 neilbhall@gmail.com

**Summary**

Neil Hall served as a commissioned officer in both the Army Corps of Engineers and the Navy Civil Engineer Corps. He holds two degrees in Architecture, graduate degrees in Systems Management and Landscape Architecture and a Ph.D. in Urban Studies. He is a licensed Architect, Interior Designer, Civil Engineer and Landscape Architect; a Certified Floodplain Manager; and a NFPA 1033 Certified Fire Investigator. Since 1995, Neil has specialized in the investigation of building performance, structural health and failure analysis. He has been qualified by Federal and State Courts as an Expert Witness in the fields of Architecture, Landscape Architecture, Civil and Structural Engineering, Mold Remediation, Highway Design, Traffic Safety and Building Codes.

**Civilian Education**

◦ Ph.D. in Urban Studies, University of New Orleans (1993)
◦ Diploma, International Program for Port Planning and Management (1991)
◦ Diploma, U.S. Army Command and General Staff College (1986)
◦ Master of Landscape Architecture, University of Pennsylvania (1983)
◦ Master of Science, USC Institute of Systems and Safety Management (1980)
◦ B.S. and Bachelor of Architecture, City College of New York (1972)
◦ Diploma, Bronx High School of Science (1966)

**Positions Held**

◦ GROUNDTRUTH FORENSICS, Slidell, Louisiana
  Owner and Senior Consultant, 2003 - present
◦ RTC of Louisiana, Baton Rouge, Louisiana
  Senior Consultant, 2002 - 2003
◦ Engineering Systems Inc., Metairie, Louisiana
  Senior Consultant, 1999 – 2002
◦ Neil B. Hall, Ph.D., Metairie, Louisiana
  Senior Consultant, 1998 – 1999
◦ CH&A Corporation (EFI), Metairie, Louisiana
  District Manager and Senior Engineer, 1994 - 1998
◦ University of Iowa, Iowa City, Iowa
  Visiting Associate Professor, 1993 - 1994
◦ University of New Orleans, New Orleans, Louisiana
  Ph.D. Candidate, 1992 – 1993
◦ United States Navy Civil Engineer Corps
  Commissioned Officer, 1976 – 1992
◦ United States Army Corps of Engineers
  Commissioned Officer, 1972 – 1976
◦ Mario Dini, AIA, New York, New York
  Architectural Draftsman, 1970 – 1972

**History of Registrations and Certifications**

◦ Licensed Architect (first licensed 1978): FL, TX, PA, NJ, SD, CT, CO, IL, OK, USVI
◦ Licensed Civil Engineer (first licensed 1981): MN, TX, MS, NY, NJ, USVI
◦ Licensed Landscape Architect (first licensed 1986): MN, TX
◦ Licensed Interior Designer (first licensed 2015): FL
◦ Certified Fallout Shelter Analyst (1972)
◦ Certified Floodplain Manager (2011)
◦ NFPA 1033 Certified Fire Investigator (1997)
◦ AICP Certified Planner (1991)
◦ State of California, Safety Assessment Program "Disaster Service Worker" (2015)
◦ Certified OSHA HAZWOP training in accordance with 29CFR1910.120(e)
◦ Certified CXLT User (English XL VIT slipmeter) (2019)
◦ Certified Third-party EIFS Inspector (2000)
◦ Certified Microbial Remediation Supervisor (2001)
◦ Certified Level 1 Infrared Thermographer (2004)

**Experience in Design, Construction and Contract Administration**

◦ Directed construction operations for military engineering units ranging from independent civic action teams to heavy equipment construction battalions.

◦ Fast-tracked $100 million to build 5,000 housing units and community support facilities on–time and under-cost at Marine Corps Bases in Okinawa, Japan.

◦ Successfully negotiated $120 million in design contracts and contract change orders.

◦ Developed first Naval Facilities Engineering Command construction bid package integrating construction drawings, material surveys and bilingual specifications.

◦ President of NAVFAC Design Responsibility Board tasked with arbitrating Pacific Theater contract disputes between U.S. Government, design firms and construction contractors under the provisions of the Federal Acquisition Regulations (FAR).

**Experience in Building Science and Forensic Engineering**

◦ Inspected thousands of buildings and structures damaged by hail, windstorms, hurricanes, tornados, cold weather and floods.

◦ Inspected more than 200 foundation slabs in relation to underslab plumbing leaks, high plasticity clays and sinkhole damage.

◦ Qualified in federal, state and local courts as an expert witness in the fields of architecture, civil engineering, landscape architecture, building code compliance, roof consultant, traffic engineering and highway safety.

◦ Member of FEMA's Building Performance Assessment Team for Hurricane Georges.

◦ Served as Appraiser and Umpire in Insurance Disputes.

◦ Testified in 58 trials and 507 depositions, hearings and examinations under oath.

**Experience in Urban and Regional Planning**

◦ Supervised international staff of 100 architects and engineers responsible for planning and programming $300 million in Pacific Theater construction.

◦ Master planned remote construction camps in the Philippines, Honduras, South Korea, and Diego Garcia (British Indian Ocean Territory).

◦ Developed $60 million strategic plan for Naval Air Propulsion Center, New Jersey using participatory planning techniques.

◦ Directed $1 billion in comprehensive masterplanning for US military installations in Japan, netting $200 million in host-nation funds.

◦ Negotiated and surveyed international boundary to protect an environmentally sensitive old growth rain forest in the Philippines.

**Experience in Project Management**

◦ Project managed $50 million construction program in Guam, Palau, Northern Marinas, Federated States of Micronesia and the Marshall Islands.

◦ Administered $15 million flood rehabilitation program in four provinces of the Philippines for the US Agency for International Development.

◦ Project managed $150 million fire protection and industrial modernization program at Long Beach Naval Shipyard, California.

◦ Developed and taught graduate level course in Project Management including operations research, network analysis techniques and environmental impacts.

◦ Directed multinational earthquake relief operation in Taiwan.

**Military Experience**

◦ Honor Graduate, U.S. Army Engineer Officer School (1972).

◦ Honor Graduate, U.S. Navy Civil Engineer Corps Officer School (1976).

◦ KC Team Leader, 539th Engineer Detachment and Executive Office SFOD 24, 1st Battalion, 1st Special Forces Group (Abn), Okinawa, Japan (1972-1974).

◦ Executive Office, USACDEC Engineer Company, Fort Hunter Ligget, California (1974-1975).

◦ Assistant Operations Office, 14th Engineer Battalion (C)(C), Fort Ord, California (1975-1976).

◦ Project Manager, Public Works Department, Long Beach Naval Shipyard, CA (1976-1978).

◦ Planning Officer, Public Works Center, Subic Bay, Philippines (1978-1981).

◦ Graduate Student, University of Pennsylvania (1981-1983).

◦ Planning Officer, Public Works Department, Marine Corps Base Camp Butler, Okinawa, Japan (1983-1987).

◦ Department Head, Enlisted Personnel Management Center, New Orleans, LA (19877-1992).

◦ Graduate, Army Airborne School and Ranger School (Fort Benning, GA) and Special Forces Officer Course, Civil Affairs Officer Course, Psychological Warfare Course and Internal Defense/Internal Development Course (JFK Institute for Military Assistance, Fort Bragg, NC).

◦ Awarded the Meritorious Service Medal on 3 separate occasions by the Army, Navy and USMC.

◦ Foreign awards include Philippine Presidential Unit Citation, Republic of the Philippines jump wings, Republic of China jump wings and Republic of China rough terrain jump wings.

**Academic Credentials**

◦ Visiting Associate Professor, University of Iowa, Geography Department (1993-94).
◦ Adjunct Professor, Troy State University, Graduate School (1989-1993).
◦ Visiting Research Associate, University of the Philippines, School of Urban and Regional Planning (1992).
◦ Research Intern, DoD Equal Opportunity Management Institute (1991).
◦ Adjunct Professor, Tulane University, School of Architecture (1988-1990).
◦ Adjunct Professor, Northwood University (1983-1992).
◦ Adjunct Professor, University of Phoenix (1988-1992).
◦ Adjunct Professor, Concordia University of Wisconsin (1984-1985).
◦ Finalist, White House Fellows Program (1984).
◦ Adjunct Professor, University of Maryland (1981-1983).
◦ Adjunct Professor, Central Texas College (1977-1978).

**Publications**

◦ Hall (2001). *A Mold Primer for Architects.* AIArchitect. Washington, D.C, 8 pages.

◦ Hall (1994, April). *Conflicts and Contradictions in Development Planning: The Birth of the Subic Bay Metropolitan Authority.* Colloqui: Cornell's Journal of Planning and Urban Studies, 24 pages.

◦ Hall (1992). *The Problem of Idiographic and Nomothetic Space: Towards a Metatheory of Urbanism.* Division of Urban Research and Policy Studies Working Paper No. 10, University of New Orleans, 104 pages.

◦ Hall (1986). *Quality Circles: Their Use as Motivators in Design Management.* Navy Civil Engineer, 25 (2), pp. 26-28.

◦ Hall and Rendorio, F. (1981). *Local Tropical Plants.* U.S. Navy Public Works Center, Subic Bay, Philippines, 48 pages.

**Unpublished Papers read at Conferences**

◦ *The Birth of the Subic Bay Metropolitan Authority* (October 15, 1995) Annual Convention of the Association of American Geographers, Chicago, Illinois.

◦ *Design and Planning of Post-Modern Landscapes* (November 4, 1994) Annual Convention of Association of Collegiate Schools of Planning, University of Arizona.

◦ *Deconstructing Strategic Management in Development Practice* (April 5, 1994) Conference on "Deconstructing and Reconstructing International Development" sponsored by the Program for International Development, Centre for International Comparative Studies, University of Iowa.

◦ *The"New Hong Kong": A Short History of Olongapo City in the Philipppines* (February 6, 1994). Guest Lecture Series, School of Business and Management at Sierra University, Loma Linda, California.

◦ *Mold in a Building is not Mold in a Petri Dish or Why Tomorrow's Mold Claims Won't Be Your Daddy's Mold Claims* (2006). Reprinted in "Fear and Loathing in the World of Insurance Claims: Essays and Articles on Indoor Mold, Building Dampness and other things that go bump in the night" (2007).

◦ *Did you get peanut butter on my chocolate? or Did I Get Chocolate on Your Peanut Butter? (Emerging Issues in Water Damage Restoration and Mold Remediation* (2006). Reprinted in "Fear and Loathing in the World of Insurance Claims: Essays and Articles on Indoor Mold, Building Dampness and other things that go bump in the night" (2007).

◦ *The Architects Role in Disaster Assistance* (May 2, 2007). Annual Conference, American Institute of Architects, San Antonio, Texas.

◦ *Differentiating Between Wind and Flood Damage in Hurricane Katrina* (February 5-6, 2008). 9th Annual Windstorm Insurance Conference, Jacksonville, Florida.

◦ *Tornados, Gust Fronts and Building Damage* (February 1-2, 2012). 13th Annual Windstorm Insurance Conference, Jacksonville, Florida.

◦ *Cosmetic and Functional Damage (Part One)* (October 18, 2016). First Party Claims Conference, Warwick, Rhode Island.

◦ Additional speaking engagements include American Institute of Architects, CLE International; Louisiana Claims Association; Water Loss Institute; Florida Windstorm Association; Windstorm Network Association; International Code Conference; University of Texas (Arlington) Building Professional Institute; LSU Building Contractors Institute; Metropolitan Safety Council of New Orleans, Risk & Insurance Magazine; Society of American Military Engineers; American Trial Lawyers Association (Mississippi, New Orleans and National; National Association of Public Insurance Adjusters; Florida Association of Public Insurance Adjusters.

**Professional Affiliations**

◦ American Institute of Architects
  - Prior member, AIA Knowledge Center for Building Performance

◦ American Society of Civil Engineers
  - Associate Member, ASCE Standards Committee on Estimating Wind Speeds in Tornados and Other Windstorms.

◦ Structural Engineering Institute
  - Member, ASCE/SEI Standards Committee for the Structural Condition Assessment and Rehabilitation of Existing Buildings responsible for the publication of *Guideline for Structural Condition Assessment of Existing Buildings* (SEI/ASCE 11) and *Guideline for Condition Assessment of the Building Envelope* (SEI/ASCE 30).

◦ American Society of Safety Engineers
◦ Association of State Floodplain Managers
◦ American Association of Wind Engineers
◦ International Institute of Building Enclosure Consultants
◦ Construction Specifications Institute
◦ United Architects of the Philippines (first foreign corresponding member)
◦ National Fire Protection Association
◦ National Roofing Contractors Association
◦ Windstorm Network
◦ International Code Council

As of January 2, 2022

**Neil B. Hall & Associates, LLC**
1923 Corporate Square Drive
Suites A & B
Slidell, LA 70458
Phone 985-690-6008
Fax 985-690-6009

# Invoice

Number: **4604**
Date: **5/25/2023**

**Contact:**

Chad T. Wilson Law Firm
Jay S. Simon
455 East Medical Center Blvd., Suite 555
Webster, TX 77598

**Bill To Client:**

One unity
10080 Bellaire Blvd.
Houston, TX

| Project Number | Customer Reference |
|---|---|
| 230078 | One unity |

| Due Upon Re... |
|---|
| 5/25/2023 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 5/17/2023 | Travel Expenses (prorated with other jobs) | | 250.00 | 250.00 |
| 5/19/2023 | Local Travel & Site Inspection (ENGR) | 3.5 | 300.00 | 1,050.00 |
| 5/19/2023 | Local Travel & Site Inspection (HELPER) | 3.5 | 50.00 | 175.00 |
| 5/30/2023 | Hail Report | | 49.50 | 49.50 |
| | Non taxable | | 0.00% | 0.00 |

**Federal Tax ID Number 20-0704014**

**Total** $1,524.50

**Balance Due** **$1,524.50**

Please make checks payable to: **Neil B. Hall & Associates, LLC**

**Neil B. Hall & Associates, LLC**
1923 Corporate Square Drive
Suites A & B
Slidell, LA 70458
Phone 985-690-6008
Fax 985-690-6009

# Invoice

Number: **4659**
Date: **7/24/2023**

**Contact:**

Chad T. Wilson Law Firm
Jay S. Simon
455 East Medical Center Blvd., Suite 555
Webster, TX 77598

**Bill To Client:**

One unity
10080 Bellaire Blvd.
Houston, TX

| Project Number | Customer Reference |
|---|---|
| 230078 | One unity |

| Due Upon Re... |
|---|
| 7/24/2023 |

| Date | Description | Time | Rate | Amount |
|---|---|---|---|---|
| 7/24/2023 | File Review & Report Preparation | 6.5 | 300.00 | 1,950.00 |
| | Non taxable | | 0.00% | 0.00 |

**Federal Tax ID Number 20-0704014**

**Total** $1,950.00

**Balance Due** **$1,950.00**

Please make checks payable to: **Neil B. Hall & Associates, LLC**