IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONE UNITY INVESTMENT, LLC | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-02455 |
| | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

**DECLARATION OF JOSH SHUCK**

| | |
|---|---|
| **STATE OF FLORIDA** | § |
| | § |
| **COUNTY OF DUVAL** | § |

1. "My name is Josh Shuck, I am over the age of 21 years, and I am competent to make this declaration. I am the President of Straight Line Global ("Straight Line").

2. Straight Line was retained by North American Risk Services ("NARS"), the third-party claims administrator for AXIS Surplus Insurance Company ("AXIS") to inspect an insurance claim made by One Unity Investments ("One Unity") at a commercial building located at 10080 Bellaire Blvd., Houston, TX 77072 (the "Property").

3. Brandon Allen was assigned to inspect the Property. Mr. Allen was not employed by Straight Line. He was an independent contractor.

4. Before issuing a report to an insurer or third-party claims administrator, after receiving reports from independent contractors, all Straight Line reports undergo quality assurance review to ensure their accuracy and to meet Straight Line's reporting standards. Here, the quality assurance review of Mr. Allen's draft report included language about his observed condition of the 15+ year-old modified bitumen roof, significant wear and tear, no hail bruising was found, and no functional damage from a covered cause of loss resulting in an opening. It also noted the request for documentation from the public adjuster and pending receipt of leases to confirm the insured's responsibility for HVAC repairs. Importantly, the core findings of Mr. Allen remained unchanged.



EXHIBIT
G

5. This aligns with our standard quality control procedures, ensuring well-documented, policy-compliant findings, particularly when working with independent contractors.

6. Mr. Allen also recommended retaining an engineer, which was done with NARS's approval. That engineer, EFI Global, Inc., inspected the property after Mr. Allen's involvement concluded and found that there was no hail damage to the property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of ____________ 2025.

Joshua Shuck ______________ 02/27/2025

Joshua Shuck (Feb 27, 2025 15:12 EST)

**Josh Shuck**

# Decalration of Josh Shuck

Final Audit Report 2025-02-27

| | |
|---|---|
| Created: | 2025-02-27 |
| By: | Artis Ulmer III (artisgu@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPbZEg_qjqBlkAo3_T3JHC_bICHY2utRY |

## "Decalration of Josh Shuck" History

Document created by Artis Ulmer III (artisgu@gmail.com)
2025-02-27 - 6:27:20 PM GMT- IP address: 108.72.201.161

Document emailed to jshuck@straightlineglobal.com for signature
2025-02-27 - 6:27:25 PM GMT

Email viewed by jshuck@straightlineglobal.com
2025-02-27 - 6:31:23 PM GMT- IP address: 104.28.57.245

Signer jshuck@straightlineglobal.com entered name at signing as Joshua Shuck
2025-02-27 - 8:12:00 PM GMT- IP address: 71.197.33.62

Document e-signed by Joshua Shuck (jshuck@straightlineglobal.com)
Signature Date: 2025-02-27 - 8:12:02 PM GMT - Time Source: server- IP address: 71.197.33.62

Agreement completed.
2025-02-27 - 8:12:02 PM GMT