# Notes for AWAX22110018

EXHIBIT

Exhibit 4

exhibitsticker.com

Common

March 13, 2023 02:08 PM

North American Risk Services

Party: <ALL>
Category: <ALL>
Date Range: <ALL>
Sort By: Date
Insured : ONE UNITY INVESTMENTS LLC

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 1 | Claim | 11/09/2022 03:58 PM | KRODRIGUEZ | INVESTIGATION |

Claim Reporters Relationship to Claim: K3 CLAIMS

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 2 | Claim | 11/09/2022 10:32 PM | SYSTEM | CORRESPONDENCE OUT |

Letter ACK to Insured - PL sent to ONE UNITY INVESTMENTS LLC on 11/09/2022 via PRINTER null by DLUKE.c3letterLink:108845106093866

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 3 | ONE UNITY INVESTMENTS LLC | 11/09/2022 11:17 PM | SYSTEM | CORRESPONDENCE OUT |

Letter Ack Ltr to Client sent to ONE UNITY INVESTMENTS LLC on 11/09/2022 via EMAIL AXISPROGRAMSFNOL@AXISCAPITAL.COM,KRISTIN.MANDELL@AXISCAPITAL.COM,CLAIMSSUPPORT@AMWINS.COM by DLUKE.c3letterLink:108845106099015

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 4 | ONE UNITY INVESTMENTS LLC | 11/10/2022 09:10 AM | FMCCOY | COVERAGE |

POLICY

Document "Stamped Axis PKG Policy - ESC100867.pdf":
c3docLink:127163534page_1_-_Adobe,_PDF - Stamped_Axis_PKG_Policy_-_ESC100867.pdf, 3.1 MB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 5 | ONE UNITY INVESTMENTS LLC | 11/10/2022 01:09 PM | DLUKE | RESERVE |

The extent of damages are unknown at this time..
Reserve # 0 has been created for ONE UNITY INVESTMENTS LLC.
Reference #: null.
Original Effective Date: 11-10-2022 01:09 PM.
Amounts By Category:
- INDEMNITY: $ 1.00
- EXPENSE: $ 5,000.00

Change By Category:
- INDEMNITY: +$ 1.00
- EXPENSE: +$ 5,000.00

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 6 | Claim | 11/10/2022 01:16 PM | XACT | TPS NOTES |

In Assign Queue

11-10-2022 11:08

EXHIBIT
H

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 7 | ONE UNITY INVESTMENTS LLC | 11/10/2022 01:19 PM | DLUKE | CONTACT EFFORT |

From: Denesha Luke
Sent: Thursday, November 10, 2022 1:15 PM
To: claims@k3claims.com
Subject: Claim AWAX22110018- ONE UNITY INVESTMENTS LLC.

Hello,

I am the handling adjuster for the above referenced claim for the insured. I have assigned a field adjuster, Straight Line Global, to inspect the damages and they will be in touch with you shortly to set an appointment with you. If you have any questions, please let me know.

I look forward to speaking with you soon.
Thank you!

Document "Claim AWAX22110018- ONE UNITY INVESTMENTS LLC_.msg":
c3docLink:127177128page_1_-_Adobe,_PDF - Claim_AWAX22110018-_ONE_UNITY_INVESTMENTS_LLC_.msg.pdf, 37 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 8 | Claim | 11/10/2022 01:49 PM | Emily Winsted | TPS NOTES |

Emailed Assignment<br/>To: dluke@narisk.com<br/>Cc: <br/>Message:<br/>This email was sent from XactAnalysis on behalf of: Emily Winsted<br/><br/>Please email any replies to: ewinsted@straightlineglobal.com<br/><br/>Claim # - AWAX22110018<br>Property Owner - ONE UNITY INVESTMENTS LLC<br>Date of Loss - Aug 10, 2022, 2:00:00 AM<br><br/><br><br/>Contact Number for the Insured Claim # AWAX22110018<br/><br><br/>Good Afternoon Denesha, <br/><br><br/>Thank you for the claim! Upon reviewing this claim I noticed there was no contact number listed for the insured or an email address. If possible, could you provide contact information for the insured? <br/><br><br/>Thank you for your help! <br/><br><br/>Sincerely, <br/><br><br/>Emily Winsted<br/>Claims Administrator<br/>ewinsted@straightlineglobal.com<br/>D: 904-685-8360<br/>O: 800-754-9622<br/>

User: Emily Winsted
Company: StraightLine
11-10-2022 11:36

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 9 | Claim | 11/10/2022 01:49 PM | Emily Winsted | TPS NOTES |

Denesha Luke
NARS Claims Adjuster
(800) 315-6090
dluke@narisk.com

User: Emily Winsted
Company: StraightLine
11-10-2022 11:38

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 10 | Claim | 11/10/2022 05:48 PM | XACT | TPS NOTES |

In Assign Queue

11-10-2022 15:34

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 11 | Claim | 11/10/2022 05:49 PM | Joel Versace | TPS NOTES |

Assignment updated through Send Work Assignment.

User: Joel Versace
Company: StraightLine
11-10-2022 15:34

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 12 | Claim | 11/10/2022 05:49 PM | Joel Versace | TPS NOTES |

In Assign Queue

User: Joel Versace
Company: StraightLine
11-10-2022 15:34

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 13 | Claim | 11/10/2022 06:48 PM | Emily Winsted | TPS NOTES |

From: Denesha Luke <dluke@narisk.com>
Subject: Claim # AWAX22110018- ONE UNITY INVESTMENTS LLC.
Date: November 10, 2022 at 6:26:23 PM EST
To: "ewinsted@straightlineglobal.com" <ewinsted@straightlineglobal.com>

Hello,

The contact is a PA:

K3 Consulting
985-320-3410

Denesha Luke, Sr. Commercial Property Adjuster

User: Emily Winsted
Company: StraightLine
11-10-2022 16:47

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 14 | Claim | 11/11/2022 01:00 AM | Emily Winsted | TPS NOTES |

Assignment updated through Send Work Assignment.

User: Emily Winsted
Company: StraightLine
11-10-2022 17:01

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 15 | Claim | 11/11/2022 01:00 AM | Emily Winsted | TPS NOTES |

In Assign Queue

User: Emily Winsted
Company: StraightLine
11-10-2022 17:01

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 16 | Claim<br><br>In Assign Queue<br><br>11-10-2022 17:01 | 11/11/2022 01:04 AM | XACT | TPS NOTES |
| 17 | Claim<br><br>Assigned From Queue<br><br>User: Emily Winsted<br>Company: StraightLine<br>11-11-2022 14:34 | 11/11/2022 04:48 PM | Emily Winsted | TPS NOTES |
| 18 | Claim<br><br>Notification Pending<br><br>User: Emily Winsted<br>Company: StraightLine<br>11-11-2022 14:34 | 11/11/2022 04:48 PM | Emily Winsted | TPS NOTES |
| 19 | Claim<br><br>Notification Pending<br><br>11-11-2022 14:34 | 11/11/2022 04:49 PM | XACT | TPS NOTES |
| 20 | Claim<br><br>Notified<br><br>11-11-2022 14:34 | 11/11/2022 04:49 PM | XACT | TPS NOTES |
| 21 | Claim<br><br>Delivered<br><br>11-11-2022 14:34 | 11/11/2022 04:49 PM | XACT | TPS NOTES |

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 22 | Claim | 11/11/2022 06:32 PM | Emily Winsted | TPS NOTES |

Formal Acknowledgement

Please allow this note to serve as the formal acknowledgement for this assignment

If there are any questions or concerns please feel free to reach out to us directly at:

Straight Line Global
(800) 754-9622
claims@straightlineglobal.com

Moises Camacho
Claims Manager
mcamacho@straightlineglobal.com
M: (904) 251-5353
D: (904) 685-8426

The Field Adjuster assigned is:

Field Adjuster
Michael Hazlewood
281-960-5325
mikehadjusting@gmail.com

We will continue to update the file as it progresses.

Sincerely,

Emily Winsted
Claims Administrator
ewinsted@straightlineglobal.com
D: 904-685-8360
O: 800-754-9622

User: Emily Winsted
Company: StraightLine
11-11-2022 16:26

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 23 | Claim | 11/12/2022 08:00 PM | XACT | TPS NOTES |

In Assign Queue

11-12-2022 17:11

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 24 | Claim | 11/12/2022 08:00 PM | XACT | TPS NOTES |

Notification Pending

11-12-2022 17:12

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 25 | Claim | 11/12/2022 08:00 PM | XACT | TPS NOTES |

Notified

11-12-2022 17:12

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 26 | Claim<br><br>Delivered<br><br>11-12-2022 17:12 | 11/12/2022 08:00 PM | XACT | TPS NOTES |
| 27 | Claim<br><br>Xactware assignment is re-assigned.<br><br>11-12-2022 17:11 | 11/12/2022 08:00 PM | XACT | TPS NOTES |
| 28 | Claim<br><br>Reassigned Reassigned to XactNet HOME<br><br>User: Emily Winsted<br>Company: StraightLine<br>11-12-2022 17:11 | 11/12/2022 08:01 PM | Emily Winsted | TPS NOTES |
| 29 | Claim<br><br>Assignment updated through Send Work Assignment.<br><br>User: Emily Winsted<br>Company: StraightLine<br>11-12-2022 17:12 | 11/12/2022 08:01 PM | Emily Winsted | TPS NOTES |
| 30 | Claim<br><br>Assigned From Queue<br><br>User: Emily Winsted<br>Company: StraightLine<br>11-12-2022 17:12 | 11/12/2022 08:01 PM | Emily Winsted | TPS NOTES |
| 31 | Claim<br><br>Notification Pending<br><br>User: Emily Winsted<br>Company: StraightLine<br>11-12-2022 17:12 | 11/12/2022 08:01 PM | Emily Winsted | TPS NOTES |

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 32 | Claim | 11/12/2022 08:01 PM | Emily Winsted | TPS NOTES |

Formal Acknowledgement

Please allow this note to serve as the formal acknowledgement for this assignment

If there are any questions or concerns please feel free to reach out to us directly at:

Straight Line Global
(800) 754-9622
claims@straightlineglobal.com

Moises Camacho
Claims Manager
mcamacho@straightlineglobal.com
M: (904) 251-5353
D: (904) 685-8426

The Field Adjuster assigned is:

Field Adjuster
Brandon Allen
512-569-2849
ballenclaims@gmail.com

We will continue to update the file as it progresses.

Sincerely,

Emily Winsted
Claims Administrator
ewinsted@straightlineglobal.com
D: 904-685-8360
O: 800-754-9622

User: Emily Winsted
Company: StraightLine
11-12-2022 17:12

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 33 | Claim | 11/14/2022 01:03 AM | XactNet System | TPS NOTES |

Customer Contacted

User: XactNet System
Company:
11-13-2022 15:20

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 34 | Claim | 11/14/2022 01:08 AM | XACT | TPS NOTES |

Contacted

11-13-2022 15:20

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 35 | Claim | 11/14/2022 03:49 PM | Brandon Allen | TPS NOTES |

Spoke to PA and set inspection for 10/21 at 930am

User: Brandon Allen
Company: Adjuster
11-14-2022 13:40

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 36 | ONE UNITY INVESTMENTS LLC | 11/14/2022 05:49 PM | DLUKE | ISO REPORT COMPLETED |

ISO INQUIRY, NO MATCHES.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 37 | ONE UNITY INVESTMENTS LLC | 11/14/2022 05:57 PM | DLUKE | COVERAGE |

Coverage Analysis
-------------------------------
Insured and Address: One Unity Investments LLC.
10080 Bellaire Blvd, Ste 220,Houston, TX 77072
Business Description: Lessor's Risk
Policy Type: BUILDING AND PERSONAL PROPERTY COVERAGE FORM
Policy #: ESC100867
Policy Period: 01/07/2022 - 01/07/2023 , Loss occurred within the policy period
Date of Loss: 8-10-2022
NICB Indicators: None at this time.
Reported Loss Location: 10080 Bellaire Blvd, Houston, TX 77072
Limits: Real Property- $3,155,850/ Business Personal Property- $10,000
Deductible: Windstorm Or Hail Deductible Percentage- 2% or Minimum Deductible - $5,000
Coinsurance: 80%

SCHEDULE OF APPLICABLE FORMS:

CPDS00 1000 COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS PAGE
CPDS01 1000 COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS
DCT DCT SCHEDULE OF MORTGAGEHOLDERS
CP0010 1012 BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CP0090 0788 COMMERCIAL PROPERTY CONDITIONS
CP0140 0706 EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
CP0320 1092 MULTIPLE DEDUCTIBLE FORM (FIXED DOLLAR DEDUCTIBLES)
CP1030 1012 CAUSES OF LOSS - SPECIAL FORM
CP1033 1012 THEFT EXCLUSION
CP1075 1220 CYBER INCIDENT EXCLUSION
IL0953 0115 EXCLUSION OF CERTIFIED ACTS OF TERRORISM
AXIS1011323 1217 FULLY EARNED PREMIUM - TOTAL LOSS TO COVERED PROPERTY
AXIS1011333 1217 PROPERTY ENHANCEMENT
AXIS1012014 0317 EQUIPMENT BREAKDOWN COVERAGE (INCLUDING ELECTRONIC CIRCUITRY IMPAIRMENT)
AXIS1012013 0317 COMMERCIAL PROPERTY COVERAGE PART EQUIPMENT BREAKDOWN COVERAGE SCHEDULE
AXIS1011364 0218 PRE-EXISTING DAMAGE EXCLUSION
AXIS1011328 1217 WINDSTORM OR HAIL PERCENTAGE AND DOLLAR DEDUCTIBLE
AXIS1011324 1217 ALUMINUM WIRING EXCLUSION
AXIS1011784 0119 LIMITATIONS ON COVERAGE FOR ROOF SURFACING ENDORSEMENT
Endorsements Potentially applicable to the claim: None at this time

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 38 | Claim | 11/23/2022 03:32 PM | Emily Winsted | TPS NOTES |

Good Evening Brandon,

Please let us know how we can assist with reporting.

Thank you,
Sincerely,

Emily Winsted
Claims Administrator
ewinsted@straightlineglobal.com
D: 904-685-8360
O: 800-754-9622

Email sent to ballenclaims@gmail.com

User: Emily Winsted
Company: StraightLine
11-23-2022 13:10

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 39 | ONE UNITY INVESTMENTS LLC | 11/27/2022 10:01 PM | DLUKE | STATUS REPORT |

Pending IA's status report.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 40 | Claim | 11/28/2022 10:48 AM | Brandon Allen | TPS NOTES |

Inspection rescheduled for 11/28 due to rain

User: Brandon Allen
Company: Adjuster
11-28-2022 08:32

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 41 | Claim | 12/02/2022 01:12 AM | Emily Winsted | TPS NOTES |

Good Evening Brandon,

Please let us know how we can assist with reporting.

Thank you,
Sincerely,

Emily Winsted
Claims Administrator
ewinsted@straightlineglobal.com
D: 904-685-8360
O: 800-754-9622

Email sent to ballenclaims@gmail.com

User: Emily Winsted
Company: StraightLine
12-01-2022 17:29

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 42 | Claim<br><br>I spoke with the FA. He will have the reporting uploaded shortly.<br><br>User: Emily Winsted<br>Company: StraightLine<br>12-02-2022 16:32 | 12/02/2022 06:33 PM | Emily Winsted | TPS NOTES |
| 43 | Claim<br><br>Site Inspected<br><br>User: XactNet System<br>Company:<br>11-28-2022 13:56 | 12/05/2022 01:02 AM | XactNet System | TPS NOTES |
| 44 | Claim<br><br>Reviewer Assigned Reviewer: Fatir Muhammad<br><br>User: Jason Lankford<br>Company: StraightLine<br>12-04-2022 18:51 | 12/05/2022 01:04 AM | Jason Lankford | TPS NOTES |
| 45 | Claim<br><br>Estimate Received<br><br>12-04-2022 13:18 | 12/05/2022 01:07 AM | XACT | TPS NOTES |
| 46 | Claim<br><br>Site Inspected<br><br>11-28-2022 13:56 | 12/05/2022 01:07 AM | XACT | TPS NOTES |
| 47 | Claim<br><br>Reviewer Assigned<br><br>12-04-2022 18:51 | 12/05/2022 01:08 AM | XACT | TPS NOTES |
| 48 | ONE UNITY INVESTMENTS LLC<br><br>Pending IA's report. | 12/05/2022 08:17 PM | DLUKE | STATUS REPORT |
| 49 | Claim<br><br>Review Accepted<br><br>12-14-2022 15:13 | 12/14/2022 05:16 PM | XACT | TPS NOTES |

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 50 | Claim | 12/14/2022 05:17 PM | Fatir Muhammad | TPS NOTES |

Review Accepted

User: Fatir Muhammad
Company: StraightLine
12-14-2022 15:13

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 51 | Claim | 12/14/2022 06:00 PM | Fatir Muhammad | TPS NOTES |

Contacted the public adjuster Glenn Ruston, 985.320.3410, spoke voice to voice with PA, requested documents on the HVAC, any quote on repairs, and explained we were still missing the lease arrangements showing the insuring responsibility for the mechanicals. Provided PA with my email, he said he weould reach out to his office and get ahold of it and send it to us.

Fatir Muhammad
QA File Reviewer
fmuhammad@straightlineglobal.com

User: Fatir Muhammad
Company: StraightLine
12-14-2022 15:56

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 52 | Claim | 12/14/2022 06:16 PM | XACT | TPS NOTES |

QA Approved

12-14-2022 16:07

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 53 | Claim | 12/14/2022 06:17 PM | Fatir Muhammad | TPS NOTES |

QA Approved

User: Fatir Muhammad
Company: StraightLine
12-14-2022 16:07

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 54 | Claim | 12/14/2022 06:49 PM | Fatir Muhammad | TPS NOTES |

Reviewed with Exceptions Can we have the estimate I modified the first report to be able to reflect a thorough review of the policy. The deductible is $63,117.00. There is no coverage for "cosmetic damage" under this policy. There is no coverage for the interior damage from the roof leak without any storm created opening. The report expresses this now. Because we have the building coverage, we should provide the estimate to address any building damage that we observed.

We should go ahead and add some line items to address the direct hail damage observed to the estimate. I've reached out to the PA about the lease, he says he will send it over, in the meantime:

1. Add the replacement of a rain cap exhaust cover

2. Add comb condenser fins for 6 large a/c units.

With all the covered damage estimated we can send this to the carrier as complete, and they can make a coverage determination to the insured.
Email sent to revisions@straightlineglobal.com; ballenclaims@gmail.com

User: Fatir Muhammad
Company: StraightLine
12-14-2022 16:35

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 55 | Claim | 12/15/2022 01:07 AM | Brandon Allen | TPS NOTES |

Fatir,

Please review the report. It is likely that an expert is required to determine the cause of the damage, especially with the cosmetic exclusion. We have noted the same in the report. I await carrier review of the report to determine the next step.

Brandon Allen, AIC, HCRI
ballenclaims@gmail.com
979-595-3929

Email sent to fmuhammad@straightlineglobal.com

User: Brandon Allen
Company: Adjuster
12-14-2022 17:15

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 56 | ONE UNITY INVESTMENTS LLC | 12/19/2022 02:18 PM | MWILLIAMS | MANAGERIAL NOTES |

IA has recommended engineer via report. Please review and respond to have IA secure the engineer.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 57 | ONE UNITY INVESTMENTS LLC | 12/19/2022 08:41 PM | DLUKE | STATUS REPORT |

From: K3 Claims <claims@k3claims.com>
Sent: Thursday, December 15, 2022 6:20 PM
To: Denesha Luke <dluke@narisk.com>
Subject: AWAX22110018
Importance: High

This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.

---

Good afternoon,

Per your request, please find attached the lease agreements that have been provided to us by the client.

Feel free to contact our office if you have any questions.

Document "AWAX22110018.msg":
c3docLink:128479815page_1_-_Adobe,_PDF - Dr._Darius_Wania_NNN_increase.docx.pdf, 12 KB
c3docLink:128479818page_2_-_Adobe,_PDF - CV_Empires_LLC_Renew_letter_2022.pdf, 38 KB
c3docLink:128479820page_3_-_Adobe,_PDF - Dr.__Amy_Ridall_NNN_increase_2022.docx.pdf, 12 KB
c3docLink:128479823page_4_-_Adobe,_PDF - Dr._Annie_Huyen_Lam_NNN_increase_2022.docx.pdf, 12 KB
c3docLink:128479826page_5_-_Adobe,_PDF - New_Lease_assignment_sign_2022_Quynh_Lam_MD.pdf, 38 KB
c3docLink:128479828page_6_-_Adobe,_PDF - Renew_Option_Lease_2022.doc.pdf, 10 KB
c3docLink:128479831page_7_-_Adobe,_PDF - Sign_New_lease_assignment_2022_one_world_Bank.pdf, 34 KB
c3docLink:128479833page_8_-_Adobe,_PDF - Trinh_La_fee_Attorney__renew_lease_2022.pdf, 39 KB
c3docLink:128479835page_9_-_Adobe,_PDF - FINAL_Renewal_Letter_122018_US_FInancial.pdf, 192 KB
c3docLink:128479837page_10_-_Adobe,_PDF - AWAX22110018.msg.pdf, 32 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 58 | ONE UNITY INVESTMENTS LLC | 12/19/2022 08:45 PM | DLUKE | STATUS REPORT |

From: Denesha Luke
Sent: Monday, December 19, 2022 8:45 PM
To: fmuhammad@straightlineglobal.com
Subject: One Unity Investments LLC. - AWAX22110018

Hello,

Please retain an engineer to assist with causation.

Thank you.

Document "One Unity Investments LLC_ - AWAX22110018.msg":
c3docLink:128479855page_1_-_Adobe,_PDF - One_Unity_Investments_LLC__-_AWAX22110018.msg.pdf, 36 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 59 | ONE UNITY INVESTMENTS LLC | 12/20/2022 09:42 AM | MDAVIS | CSR - CENTRALIZED ASSIGNMENT FOLLOW-UP |

Report received and module updated. Closing out Centralized Assignment request

| | | | | |
|---|---|---|---|---|
| 60 | Claim | 12/20/2022 10:49 AM | Jason Lankford | TPS NOTES |

Good morning Brandon,

Please revise report as noted below so that we can get this into the carrier.

Thank you,
Jason
904-866-8335

Good morning all,

I have reviewed the file and would like to move forward as follows. No estimate as yet, responsibility for AC units has not been clearly established. We are pending lease info for this.

There is not a lack of functionality to the exhaust vent. This would place the damages as cosmetic damages which would not be allowed as it still exists as a barrier to the elements.

The desk adjuster can advise if they want either of these estimated for. Additionally, if/when leases are received and we can establish responsibility, we can address HVAC then.

Let¿s go ahead and submit report noting the above. Let¿s remove the recommendation for expert/engineer. If the PA wants to engage an engineer to validate COL, we will address it at that time. Advise in the report that the PA is highly likely to engage an expert. The DA can determine if they want to get engage one or not based on that info. Right now, I do not see damage to support water staining as a result of this event.

Thank you,

Jason Lankford

Email sent to ballenclaims@gmail.com

User: Jason Lankford
Company: StraightLine
12-20-2022 08:33

| | | | | |
|---|---|---|---|---|
| 61 | Claim | 12/20/2022 04:16 PM | Jason Lankford | TPS NOTES |

Reassigned Reassigned to XactNet HOME

User: Jason Lankford
Company: StraightLine
12-20-2022 14:02

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 62 | Claim<br><br>In Assign Queue<br><br>12-20-2022 14:02 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 63 | Claim<br><br>Contacted<br><br>11-13-2022 15:20 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 64 | Claim<br><br>Site Inspected<br><br>11-28-2022 13:56 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 65 | Claim<br><br>Notification Pending<br><br>12-20-2022 14:02 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 66 | Claim<br><br>Delivered<br><br>12-20-2022 14:03 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 67 | Claim<br><br>Notified<br><br>12-20-2022 14:03 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 68 | Claim<br><br>Xactware assignment is re-assigned.<br><br>12-20-2022 14:02 | 12/20/2022 04:17 PM | XACT | TPS NOTES |
| 69 | Claim | 12/27/2022 07:48 AM | Moises Camacho | TPS NOTES |

Emailed Assignment<br/>To: Mailroom@NARisk.com<br/>CC: <br/>Message:<br/>This email was sent from XactAnalysis on behalf of: Moises Camacho<br/><br/>Please email any replies to: MCamacho@Straightlineglobal.com<br/><br/>Claim # - AWAX22110018<br>Property Owner - ONE UNITY INVESTMENTS LLC<br>Date of Loss - Aug 10, 2022, 2:00:00 AM<br><br/><br><br/>Please see our First reporting package based on the field adjuster investigation.<br/><br><br/>Due to the size of the photos, we were unable to attach.  Photos were approved in XA and should be viewable within claims management system.  Please advise if unable to see photos.  <br/><br><br/>Thank you <br/><br><br/>Attachment:<br/><div><br></div><br><br/> One Unity First Report_313413995_122722054206_3592869478.docx<br/> ITV_311687999.pdf<br/> NOAA Storm Report_311687999.pdf<br/> NOAA Storm report 8-18_311687999.pdf<br/> Property Records<br/><br/><br/>Moises Camacho Straight Line Global
904.251.5353

User: Moises Camacho
Company: StraightLine
12-27-2022 05:45

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 70 | ONE UNITY INVESTMENTS LLC | 12/27/2022 12:33 PM | DLUKE | INITIAL STATUS REPORT |

Status report 1

Document "Status report 1":
c3docLink:128659240page_1_-_Adobe,_PDF - 0-One_Unity_First_Report_313413995_122722054206_3592869478.docx.pdf, 564 KB
c3docLink:128659241page_2_-_File,_ORIGINAL - 0-One_Unity_First_Report_313413995_122722054206_3592869478.docx.original, 647 KB
c3docLink:128659242page_3_-_Adobe,_PDF - 1-ITV_311687999.pdf, 43 KB
c3docLink:128659243page_4_-_Adobe,_PDF - 2-NOAA_Storm_Report_311687999.pdf, 1.7 MB
c3docLink:128659244page_5_-_Adobe,_PDF - 3-NOAA_Storm_report_8_18_311687999.pdf, 1.7 MB
c3docLink:128659245page_6_-_Adobe,_PDF - 4-Property_Records_311687999.pdf, 199 KB
c3docLink:128659246page_7_-_Adobe,_PDF - mail.eml.pdf, 72 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 71 | ONE UNITY INVESTMENTS LLC | 01/04/2023 06:14 PM | DLUKE | EVALUATION |

Review of Status report 1.

RISK
This risk is a tenant occupied two story wood framed building on a concrete slab. The exterior consists of metal siding, stucco and a modified bitumen roof. The interior consists of textured drywall and ceiling tile walls and ceilings as well as carpet and tile flooring. The roof appears to be original construction from 2008. The risk appeared to be in good condition at the time of the inspection.

ABSTRACT OF COVERAGE
Coverage information provided with the assignment indicates a policy issued by North American Risk Services with the following limits of liability and deductible:
Policy Form: CP 00 12 10/12 with the CP 10 30 10/12 Special Form Cause of Loss.
Building - $3,155,850.00
BPP - $10,000.00
Policy Deductible 2% W/H - $63,117.00

COINSURANCE:
We have completed a commercial valuation which values the risk at $3,346,971.40 RCV and $2,422,808.14 ACV. Based on the RCV of $3,346,491.40 and required 80% coinsurance, the required insurance is $2,677,193.12. The policy limit is $3,155,850.00 which complies with the coinsurance requirement.

CAUSE OF LOSS
On 8/10/2022, it was reported that severe storms consisting of wind and hail affected the insured property.

We obtained a NOAA weather report that supports hail up to .5 in diameter on the date of loss. We completed some additional research and found hail reports on 8/18/22 with hail up to .75 in diameter.

ADJUSTMENT
Our investigation revealed the following:
Roof: The roof consists of 15+ year old modified bitumen roof. The roofing shows significant signs of long term wear and tear. We observed missing and loose granules throughout the roof due to long term exposure. In addition, we did not observe hail bruising to the roof. We did not observe any damage to the roof from a covered cause of loss, to cause any opening. During our inspection, we did observe hail damage to the soft metal vents and HVAC. We have requested the public adjuster, Glenn Ruston 985.320.3410, provide the documents showing the insuring responsibility for the mechanicals and the public adjuster advised he would have his office forward it to us. To date we have not received. We are pending receipt of the leases to confirm the insured is responsible for the repair and maintenance to the HVAC.

During our roof inspection, we photographed and documented spots and blemishes on the roof circled by the PA. The damage does not appear consistent with hail. PA is likely to engage an expert to determine origin of the spots and blemishes. This policy carries the Limitations on Coverage for Roof Surfacing Endorsement, which excludes coverage for the damage pointed out by the Public Adjuster, as it is only superficial damage. Damages noted to exhaust vent are also not a lack of functionality. This would place the damages as cosmetic damages which would not be allowed as it still exists as a barrier to the elements.

Front Elevation: No claim related damage.
Right Elevation: No claim related damage.
Back Elevation: No claim related damage.
Left Elevation: No claim related damage.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 71 | ONE UNITY INVESTMENTS LLC | 01/04/2023 06:14 PM | DLUKE | EVALUATION |

Interior:
We inspected the interior of the bank and observed minor water damage to the ceilings in the office. In addition, we observed water staining on the carpet in the vacant and rear offices. Per the tenant, the water damaged carpet results from ground water from the parking lot. The stains on the ceiling are roof related, leaks from wind driven rain. We recommend the expert inspect the interior to determine the exact origin of the leaks.

Business Personal Property:
No claim related damage.

Business Interruption:
No interruption anticipated. The building is open and functioning as designed.

SUBROGATION:
There appears to be no subrogation opportunity as this loss was caused by an Act of Nature.

SALVAGE:
The storm damaged building materials have little/no salvage value

INSURABLE INTEREST:
The loss payees on the policy are: Insured ONE UNITY INVESTMENTS LLC.

ACTION PLAN:
1. Lease agreement to confirm who is responsible for the HVAC system
2. Draft denial for roof

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 72 | ONE UNITY INVESTMENTS LLC | 01/04/2023 06:17 PM | DLUKE | STATUS REPORT |

From: Denesha Luke
Sent: Wednesday, January 4, 2023 6:16 PM
To: fmuhammad@straightlineglobal.com
Subject: RE: One Unity Investments LLC. - AWAX22110018

Hello,

Was this completed? Please advise, thanks.

Document "RE_ One Unity Investments LLC_ - AWAX22110018.msg":
c3docLink:128903765page_1_-_Adobe,_PDF - RE__One_Unity_Investments_LLC__-_AWAX22110018.msg.pdf, 39 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 73 | ONE UNITY INVESTMENTS LLC | 01/04/2023 06:18 PM | DLUKE | CORRESPONDENCE OUT |

From: Denesha Luke
Sent: Wednesday, January 4, 2023 6:17 PM
To: fmuhammad@straightlineglobal.com
Subject: FW: AWAX22110018 - One Unity Investments LLC.
Importance: High

Hello,

Please see the lease agreements forwarded by the PA.

Document "FW_ AWAX22110018 - One Unity Investments LLC_ .msg":
c3docLink:128903772page_1_-_Adobe,_PDF - Dr._Darius_Wania_NNN_increase.docx.pdf, 12 KB
c3docLink:128903775page_2_-_Adobe,_PDF - CV_Empires_LLC_Renew_letter_2022.pdf, 38 KB
c3docLink:128903777page_3_-_Adobe,_PDF - Dr.__Amy_Ridall_NNN_increase_2022.docx.pdf, 12 KB
c3docLink:128903780page_4_-_Adobe,_PDF - Dr._Annie_Huyen_Lam_NNN_increase_2022.docx.pdf, 12 KB
c3docLink:128903783page_5_-_Adobe,_PDF - New_Lease_assignment_sign_2022_Quynh_Lam_MD.pdf, 38 KB
c3docLink:128903785page_6_-_Adobe,_PDF - Renew_Option_Lease_2022.doc.pdf, 10 KB
c3docLink:128903788page_7_-_Adobe,_PDF - Sign_New_lease_assignment_2022_one_world_Bank.pdf, 34 KB
c3docLink:128903790page_8_-_Adobe,_PDF - Trinh_La_fee_Attorney__renew_lease_2022.pdf, 39 KB
c3docLink:128903792page_9_-_Adobe,_PDF - FINAL_Renewal_Letter_122018_US_FInancial.pdf, 192 KB
c3docLink:128903794page_10_-_Adobe,_PDF - FW__AWAX22110018_-_One_Unity_Investments_LLC__.msg.pdf, 43 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 74 | Claim | 01/11/2023 12:49 PM | Jason Lankford | TPS NOTES |

action plan
- request demonstration insured responsibility for AC units (lease agreements) from PA
- send update to carrier at mailroom@narisk.com and DA as a followup on pending activities and request for guidance

DA
Denesha Luke
NARS Claims Adjuster
(800) 315-6090
dluke@narisk.com

User: Jason Lankford
Company: StraightLine
01-11-2023 10:46

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 75 | Claim | 01/11/2023 01:17 PM | Kerri Mathews | TPS NOTES |

ONE UNITY INVESTMENTS LLC
Claim #
AWAX22110018 Hello Glenn, this is Kerri from Straight Line Global. It was nice speaking with you. For the above claim we need a copy of the lease that states the insured is responsible for AC units. Please email to claims@straightlineglobal.com and include the claim number in the subject line.

Thank you!

Spoke with Glenn Ruston, of K3 Consulting, the PA on the claim at 985.320.3410. Followed up with at text to provide claim number and email. He said he would have it sent over after his meeting today.

User: Kerri Mathews
Company: StraightLine
01-11-2023 11:13

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 76 | Claim | 01/17/2023 12:17 PM | Miranda Hernandez | TPS NOTES |

Emailed Assignment<br/>To: dluke@narisk.com<br/>Cc: <br/>Message:<br/>This email was sent from XactAnalysis on behalf of: Miranda Hernandez<br/><br/>Please email any replies to: mhernandez@straightlineglobal.com<br/><br/>Claim # - AWAX22110018<br>Property Owner - ONE UNITY INVESTMENTS LLC<br>Date of Loss - Aug 10, 2022, 2:00:00 AM<br/>Good afternoon,<br/><br><br/>I just tried reaching out by phone but the NARS # was putting me in circles. I am following up on the status of this claim. Is there any further activity pending on our side or are we able to close the file? <br/><br><br/>Have a great day!<br/><br/><br/><font face="Roboto, Helvetica, Arial, sans-serif"><span style="font-size: 13px;">Miranda Hernandez</span></font><br style="font-family: Roboto, Helvetica, Arial, sans-serif; font-size: 13px;"><font face="Roboto, Helvetica, Arial, sans-serif"><span style="font-size: 13px;">mhernandez@straightlineglobal.com</span></font><br style="font-family: Roboto, Helvetica, Arial, sans-serif; font-size: 13px;"><span style="font-family: Roboto, Helvetica, Arial, sans-serif; font-size: 13px;">FL License W653990</span><br>800-754-9622<br>

User: Miranda Hernandez
Company: StraightLine
01-17-2023 10:02

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 77 | ONE UNITY INVESTMENTS LLC | 01/17/2023 03:43 PM | DLUKE | STATUS REPORT |

From: Denesha Luke
Sent: Tuesday, January 17, 2023 3:43 PM
To: 'K3 Claims' <claims@k3claims.com>
Subject: RE: AWAX22110018- ONE UNITY INVESTMENTS LLC

Hello,

I reviewed the lease documents that you sent and was unable to determine who is responsible for the repair, maintenance to the HVAC.

Also, we have not received the engineers report yet. I will forward as soon as I get it hopefully this week.

Document "RE_ AWAX22110018- ONE UNITY INVESTMENTS LLC.msg":
c3docLink:129277857page_1_-_Adobe,_PDF - RE__AWAX22110018-_ONE_UNITY_INVESTMENTS_LLC.msg.pdf, 40 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 78 | Claim | 01/18/2023 09:17 AM | Miranda Hernandez | TPS NOTES |

Email response from DA:

Hello,

The field adjuster inspected the roof and concluded the following:

The roof consists of 15+ year old modified bitumen roof. The roofing shows significant signs of long term wear and tear. We observed missing and loose granules throughout the roof due to long term exposure. In addition, we did not observe hail bruising to the roof. We did not observe any damage to the roof from a covered cause of loss, to cause any opening. During our inspection, we did observe hail damage to the soft metal vents and HVAC but need to review the insured¿s lease.

In review of the lease documents sent to me by the PA, we were unable to determine if the insured or the building owner is responsible for the repairs/maintenance to the HVAC unit. I have requested the full lease agreement from the PA.

Let me know if you have any questions.

Thank you.

Denesha Luke, Sr. Commercial Property Adjuster
P.O. Box 166002 Altamonte Springs, FL 32716-6002
O: (321) 428-2396 | (800)-315-6090 Ext. 2396 | F: (866) 261-8507

User: Miranda Hernandez
Company: StraightLine
01-18-2023 07:11

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 79 | ONE UNITY INVESTMENTS LLC | 01/19/2023 08:22 AM | MWILLIAMS | MANAGERIAL NOTES |

Please review TPS notes- while we should review the lease in full, please note that regardless of the lease langauge, the policy will not consider an HVAC system as covered property under a first party policy unless they installed/paid for the HVAC system. Please keep in mind while reviewing.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 80 | ONE UNITY INVESTMENTS LLC | 01/19/2023 08:25 AM | MWILLIAMS | MANAGERIAL NOTES |

To clarify- our insured appears to own the building, we can review lease to see if "Tenant's Work" includes installing an HVAC system. Otherwise, the assumption would be this was done as part of the building contruction and part of the landlord (insured's) policy.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 81 | ONE UNITY INVESTMENTS LLC | 01/19/2023 03:49 PM | DLUKE | STATUS REPORT |

From: K3 Claims <claims@k3claims.com>
Sent: Wednesday, January 18, 2023 4:32 PM
To: Denesha Luke <dluke@narisk.com>
Subject: RE: AWAX22110018- ONE UNITY INVESTMENTS LLC

This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.

---

Good afternoon Denesha,

Public Adjuster Ruston just received confirmation from the client that the tenants are responsible for the damage to the AC units however the units will need to be detached and reset to complete the roof replacement.

Please contact our office if you have any questions.

Thank you,

Document "RE_ AWAX22110018- ONE UNITY INVESTMENTS LLC.msg":
c3docLink:129367537page_1_-_Adobe,_PDF - RE__AWAX22110018-_ONE_UNITY_INVESTMENTS_LLC.msg.pdf, 65 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 82 | Claim | 01/19/2023 04:16 PM | Miranda Hernandez | TPS NOTES |

Another email reply from DA: Hello,

This was sent in error.

Did you retain the engineer? I need this done as soon as possible.

Denesha Luke, Sr. Commercial Property Adjuster
P.O. Box 166002 Altamonte Springs, FL 32716-6002

--------------------------------------------------------------------------------

Called DA after above email was received. DA advised to order an engineer report and to let her know the proposed budget. Pending order of engineer.

User: Miranda Hernandez
Company: StraightLine
01-19-2023 14:08

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 83 | ONE UNITY INVESTMENTS LLC | 01/20/2023 02:29 PM | DLUKE | RESOLUTION PLAN |

From: Denesha Luke
Sent: Friday, January 20, 2023 2:15 PM
To: K3 Claims <claims@k3claims.com>
Subject: RE: AWAX22110018- ONE UNITY INVESTMENTS LLC

Hello,

Please see the attached inspection report and photos. I have asked the IA to retain an engineer and youre of course welcome to have an engineer meet at the reinspection time as well. Well keep you posted on the engineers information once we have agreed to a firm who is available the soonest.

From: K3 Claims <claims@k3claims.com>
Sent: Friday, January 20, 2023 9:32 AM
To: Denesha Luke <dluke@narisk.com>
Subject: RE: AWAX22110018- ONE UNITY INVESTMENTS LLC

---

Good morning Denesha,

As you have stated that you are basing the determination off of the field adjusters report, please provide a full and complete copy of the field adjusters report and photos to our office. Public Adjuster Ruston stated he is a bit confused as the determination in your email is not the conversation he had with the adjuster on site at the inspection on 11/28/2022.

Public Adjuster Ruston is also requesting an explanation as to the reason the determination took 52 days after the inspection, if in fact the field adjuster concluded that the claimed loss is not a covered loss.

Please maintain all records per the Texas Department of Insurance guidelines.

We look forward to your response.
Respectfully,
K3 Consulting
936-280-0855

Document "RE_ AWAX22110018- ONE UNITY INVESTMENTS LLC.msg":
c3docLink:129407163page_1_-_Adobe,_PDF - Photos.pdf, 22.9 MB
c3docLink:129407165page_2_-_Adobe,_PDF - Report.pdf, 567 KB
c3docLink:129407167page_3_-_Adobe,_PDF - RE__AWAX22110018-_ONE_UNITY_INVESTMENTS_LLC.msg.pdf, 61 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 84 | Claim | 01/26/2023 04:17 PM | Josh Shuck | TPS NOTES |

Emailed Assignment<br/>To: dluke@narisk.com<br/>Cc: <br/>Message:<br/>This email was sent from XactAnalysis on behalf of: Josh Shuck<br/><br/>Please email any replies to: jshuck@straightlineglobal.com<br/><br/>Claim # - AWAX22110018<br>Property Owner - ONE UNITY INVESTMENTS LLC<br>Date of Loss - Aug 10, 2022, 2:00:00 AM<br><br/><span style="font-family: Roboto, Helvetica, Arial, sans-serif; font-size: 13px;">Denesha, </span><br/><br><br/><font face="Roboto, Helvetica, Arial, sans-serif" size="2">Please allow this to serve as a status report. As you requested, we engaged the services of EFI Engineers to determine the cause of loss and severity of damage to the roof. As soon as the report is completed, we will forward the findings for your review. </font><br/><font face="Roboto, Helvetica, Arial, sans-serif" size="2"><br></font><br/><font face="Roboto, Helvetica, Arial, sans-serif" size="2">We will place the file on a 30-day diary, pending the results of the engineer. </font><br/><font face="Roboto, Helvetica, Arial, sans-serif" size="2"><br></font><br/><font face="Roboto, Helvetica, Arial, sans-serif" size="2">Sincerely</font><br/><font face="Roboto, Helvetica, Arial, sans-serif" size="2">SLG</font><br/><br><br/>

User: Josh Shuck
Company: StraightLine
01-26-2023 14:06

| | | | | |
|---|---|---|---|---|
| 85 | ONE UNITY INVESTMENTS LLC | 02/02/2023 01:49 PM | DLUKE | |

From: donotreply@xactware.com <donotreply@xactware.com>
Sent: Thursday, January 26, 2023 4:06 PM
To: Denesha Luke <dluke@narisk.com>
Subject: Status, Claim # - AWAX22110018

---

This email was sent from XactAnalysis on behalf of: Josh Shuck

Please email any replies to: jshuck@straightlineglobal.com

Claim # - AWAX22110018
Property Owner - ONE UNITY INVESTMENTS LLC
Date of Loss - Aug 10, 2022, 2:00:00 AM

Denesha,

Please allow this to serve as a status report. As you requested, we engaged the services of EFI Engineers to determine the cause of loss and severity of damage to the roof. As soon as the report is completed, we will forward the findings for your review.

We will place the file on a 30-day diary, pending the results of the engineer.

Document "Status_ Claim # - AWAX22110018.msg":
c3docLink:129838857page_1_-_Adobe,_PDF - Status__Claim___-_AWAX22110018.msg.pdf, 38 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 86 | ONE UNITY INVESTMENTS LLC | 02/07/2023 12:08 PM | DLUKE | STATUS REPORT |

From: K3 Claims <claims@k3claims.com>
Sent: Friday, February 3, 2023 1:38 PM
To: Denesha Luke <dluke@narisk.com>
Subject: AWAX22110018

This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.

---

Good afternoon,

Please be advised that the engineer inspection scheduled for 02/10/2023 at 2pm has been canceled. The client has now hired legal counsel and any inspections or communication for this claim will need to go through their attorney.

Respectfully,
K3 Consulting
936-280-0855

Document "AWAX22110018.msg":
c3docLink:129976475page_1_-_Adobe,_PDF - AWAX22110018.msg.pdf, 29 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 87 | Claim | 02/09/2023 07:17 PM | Joel Versace | TPS NOTES |

Emailed Assignment<br/>To: mailroom@narisk.com<br/>Cc: <br/>Message:<br/>This email was sent from XactAnalysis on behalf of: Joel Versace<br/><br/>Please email any replies to: jversace@straightlineglobal.com<br/><br/>Claim # - AWAX22110018<br>Property Owner - ONE UNITY INVESTMENTS LLC<br>Date of Loss - Aug 10, 2022, 2:00:00 AM<br><br/><br><br/>AWAX22110018  ONE UNITY INVESTMENTS LLC, Letter Of Representation <br/><br><br/>Hi Denesha,<br/><br><br/>Please see the note below from EFI. Has a LOR been received? If not we will reach out tot he insured and ask for their attorneys information. <br/><br><br/>Note:<br/>I have tried to schedule this appointment with the site contact who is a PA.  However, the PA's office called and cancelled the appointment stating that the insured retained legal counsel.<br/><span style="letter-spacing: 0px;">Please let us know when this file becomes active again.</span><br/><span style="letter-spacing: 0px;">Till then, we will put this file on hold.</span><br/><span style="letter-spacing: 0px;">Regards,</span><br/><span style="letter-spacing: 0px;">Nar Sripadanna, P.E.</span><br/>EFI Global<br/>281-620-0399<br/><br><br/>Sincerely,<br/><br><br/>Joel Versace<br/>Operations Manager<br/>jversace@straightlineglobal.com<br/>Cell: 727-247-3437<br/>

User: Joel Versace
Company: StraightLine
02-09-2023 17:08

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 88 | ONE UNITY INVESTMENTS LLC | 02/12/2023 11:52 PM | DLUKE | STATUS REPORT |

Sent: Friday, February 10, 2023 12:08:55 AM
To: rpa <RPA@narsservices.com>
Subject: FW: AWAX22110018 ONE UNITY INVESTMENTS LLC, Letter Of Representation From:donotreply@xactware.com <donotreply@xactware.com>
Sent: Thursday, February 9, 2023 7:08:49 PM (UTC-05:00) Eastern Time (US & Canada)
To: Mail Room <mailroom@narisk.com>
Subject: AWAX22110018 ONE UNITY INVESTMENTS LLC, Letter Of Representation
This Message originated outside of North American Risk Services. Do not click links or open attachments unlessyou recognize the sender, and know the content is safe.
This email was sent from XactAnalysis on behalf of: Joel Versace
Please email any replies to: jversace@straightlineglobal.com
Claim # - AWAX22110018
Property Owner - ONE UNITY INVESTMENTS LLC
Date of Loss - Aug 10, 2022, 2:00:00 AM
AWAX22110018 ONE UNITY INVESTMENTS LLC, Letter Of Representation

Hi Denesha,
Please see the note below from EFI. Has a LOR been received? If not we will reach out tot he insured and ask fortheir attorneys information.

Note:
I have tried to schedule this appointment with the site contact who is a PA. However, the PA's office called andcancelled the appointment stating that the insured retained legal counsel.
Please let us know when this file becomes active again.
Till then, we will put this file on hold.

Regards,
Nar Sripadanna, P.E.
EFI Global
281-620-0399

Sincerely,
Joel Versace
Operations Manager
jversace@straightlineglobal.com
Cell: 727-247-3437

Document "# AWAX22110018 # FW: AWAX22110018 ONE UNITY INVESTMENTS LLC, Letter Of Representation [rpa]":
c3docLink:130117623page_1_-_Adobe,_PDF - mail.eml.pdf, 74 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 89 | Claim | 02/14/2023 12:24 AM | Joel Versace | TPS NOTES |

TO:"Avalos, Sybelle" <Sybelle.Avalos@EFIGLOBAL.com>
CC:mailroom@narisk.com, dluke@narisk.com

On Feb 13, 2023, at 3:52 PM, Straight Line <claims@straightlineglobal.com> wrote:

Hi Sybelle,

We just spoke with the PA and he noted that they have hired Chad T. Wilson Law Firm, 833-942-0678
https://cwilsonlaw.com/contact-us/
The PA provided the number: 833-415-1932

Sincerely,
Straight Line Global

On Feb 13, 2023, at 12:50 PM, Avalos, Sybelle <Sybelle.Avalos@EFIGLOBAL.com> wrote:

Hi Josh,
Please let us know if you still need us to proceed, if yes. Please provide the attorney information so we can schedule the inspection.

Regards,

Sybelle A. Salazar | Sr. Project Coordinator
EFI Global, Inc.
14950 Heathrow Forest Pkwy, Suite 520 | Houston, TX 77032
DIRECT 281.312.3141 | FAX 281.358. 5234
EMAIL Sybelle.Avalos@efiglobal.com

User: Joel Versace
Company: StraightLine
02-13-2023 13:53

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 90 | Claim | 02/14/2023 02:32 PM | Joel Versace | TPS NOTES |

Emailed Assignment<br/>To: mailroom@narisk.com<br/>CC: dluke@narisk.com<br/>Message:<br/>This email was sent from XactAnalysis on behalf of: Joel Versace<br/><br/>Please email any replies to: jversace@straightlineglobal.com<br/><br/>Claim # - AWAX22110018<br>Property Owner - ONE UNITY INVESTMENTS LLC<br>Date of Loss - Aug 10, 2022, 2:00:00 AM<br><br/><br><br/>AWAX22110018 One Unity Investments LLC, Status Report<br/><br><br/>Good Afternoon Denesha, <br/><br><br/>Please find the attached status report for this assignment. <br/><br><br/>Thank you,<br/><br><br/>Sincerely,<br/>Joel Versace<br/><br><br/>Attachments: ADD/REMOVE ATTACHMENTS<span class="Apple-tab-span" style="white-space:pre"> </span><br/> AWAX22110018 Status Report_313413995_021423121711_3643646250.docx<br/><div><br></div>

User: Joel Versace
Company: StraightLine
02-14-2023 12:19

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 91 | ONE UNITY INVESTMENTS LLC | 02/16/2023 06:52 PM | DLUKE | STATUS REPORT |

Correspondence

Document "# AWAX22110018 # FW: Insured: One Unity Investents EFI# 028.05310 EFI Global Authorization of Servi": c3docLink:130203441page_1_-_Adobe,_PDF - mail.eml.pdf, 82 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 92 | ONE UNITY INVESTMENTS LLC | 02/16/2023 06:53 PM | DLUKE | CORRESPONDENCE IN |

Status rep

Document "# AWAX22110018 # FW: AWAX22110018 One Unity Investments LLC, Status Report [rpa]":
c3docLink:130248861page_1_-_Adobe,_PDF - 0-AWAX22110018_Status_Report_313413995_021423121711_3643646250.docx.pdf, 144 KB
c3docLink:130248862page_2_-_File,_ORIGINAL - 0-AWAX22110018_Status_Report_313413995_021423121711_3643646250.docx.original, 230 KB
c3docLink:130248863page_3_-_Adobe,_PDF - mail.eml.pdf, 71 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 93 | ONE UNITY INVESTMENTS LLC | 02/17/2023 11:31 AM | MWILLIAMS | MANAGERIAL NOTES |

Insured is now attorney represented. This is a wind/hail loss from August, reported in November. Inspection has still not taken place. Please draft ROR letter to cite the policy conditions.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 94 | ONE UNITY INVESTMENTS LLC | 02/21/2023 11:44 AM | DLUKE | PHONE CALL |

Spoke with the a rep from the atty's ofc and she inquired on the status of docs that they have requested. I advised that I am unaware of which docs that she is referring to.
I requested that she forwards a copy of the LOR via email, gave her my email address.

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 95 | Claim | 02/24/2023 12:01 PM | Joel Versace | TPS NOTES |

file pending engineer inspection with plaintiffs attorneys office

User: Joel Versace
Company: StraightLine
02-24-2023 09:51

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 96 | Claim | 02/28/2023 02:16 PM | Joel Versace | TPS NOTES |

On Feb 28, 2023, at 2:15 PM, Straight Line <claims@straightlineglobal.com> wrote:

Good Afternoon Denesha,

Please see the below note from the engineer, cc¿d on this email. Could you please help provide some direction on how you would like us to proceed?

Thank you,

Sincerely,
Straight Line Global

Begin forwarded message:

From: "Sripadanna, Narayana" <Nar.Sripadanna@Efiglobal.com>
Subject: RE: Insured: One Unity Investents EFI# 028.05310 EFI Global Authorization of Services RE:AWAX22110018
Date: February 27, 2023 at 5:52:53 PM EST
To: "Avalos, Sybelle" <Sybelle.Avalos@EFIGLOBAL.com>, "claims@straightlineglobal.com" <claims@straightlineglobal.com>

Hi I spoke with the attorney¿s agent Christal Walker.

She says they need a Needs a 542A response before they allow my inspection.

This inspection will be put on hold till we hear back from you.

Regards,

Nar Sripadanna, P.E. | Senior Engineer
EFI Global, Inc.
DIRECT 281.620.0399 | FAX 281.358. 5234
EMAIL Nar@efiglobal.com
www.efiglobal.com | Caring counts®
<image001.png>

User: Joel Versace
Company: StraightLine
02-28-2023 12:15

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 97 | Claim | 02/28/2023 02:33 PM | XACT | TPS NOTES |

Estimate Received

02-28-2023 12:20

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 98 | Claim | 02/28/2023 02:33 PM | XACT | TPS NOTES |

Reviewer Assigned

02-28-2023 12:20

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 99 | ONE UNITY INVESTMENTS LLC | 03/01/2023 11:36 AM | DLUKE | STATUS REPORT |

Sent: Tuesday, February 28, 2023 7:15:43 PM
To: rpa <RPA@narsservices.com>
Subject: FW: Insured: One Unity Investents EFI# 028.05310 EFI Global Authorization of ServicesRE:AWAX22110018 From: Straight Line <claims@straightlineglobal.com>
Sent: Tuesday, February 28, 2023 2:15:33 PM (UTC-05:00) Eastern Time (US & Canada)
To: Mail Room <mailroom@narisk.com>
Cc: Sybelle.Avalos@efiglobal.com <Sybelle.Avalos@EFIGLOBAL.com>; Denesha Luke <dluke@narisk.com>
Subject: Fwd: Insured: One Unity Investents EFI# 028.05310 EFI Global Authorization of ServicesRE:AWAX22110018
This Message originated outside of North American Risk Services. Do not click links or open attachments unlessyou recognize the sender, and know the content is safe.
Good Afternoon Denesha,
Please see the below note from the engineer, ccd on this email. Could you please help provide some direction onhow you would like us to proceed?
Thank you,

Document "# AWAX22110018 # FW: Insured: One Unity Investents EFI# 028.05310 EFI Global Authorization of Servi":
c3docLink:130700545page_1_-_Image,_PNG - 0-image001.png, 5 KB
c3docLink:130700546page_2_-_Adobe,_PDF - mail.eml.pdf, 89 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 100 | ONE UNITY INVESTMENTS LLC | 03/01/2023 11:50 AM | DLUKE | STATUS REPORT |

From: Angelica Hernandez <ahernandez@cwilsonlaw.com>
Sent: Tuesday, February 21, 2023 11:45 AM
To: Denesha Luke <dluke@narisk.com>
Subject: Claim No. AWAX22110018; One Unity Investment LLC

This Message originated outside of North American Risk Services. Do not click links or open attachments unless you recognize the sender, and know the content is safe.

---

Good morning,

Thank you for speaking with me today. I have attached our letter of representation, please see attached.

Kind regards,

Document "Claim No_ AWAX22110018_ One Unity Investment LLC.msg":
c3docLink:130749264page_1_-_Adobe,_PDF - One_Unity_Investment_LOR_to_IC_CMRRR_02.03.23.pdf, 156 KB
c3docLink:130749266page_2_-_Adobe,_PDF - Claim_No__AWAX22110018__One_Unity_Investment_LLC.msg.pdf, 71 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 101 | ONE UNITY INVESTMENTS LLC | 03/01/2023 11:51 AM | DLUKE | CORRESPONDENCE OUT |

From: Denesha Luke
Sent: Wednesday, March 1, 2023 11:50 AM
To: Angelica Hernandez <ahernandez@cwilsonlaw.com>
Subject: RE: Claim No. AWAX22110018; One Unity Investment LLC

Hello,

Please see the acknowledgement of the letter of representation, policy and endorsement to the policy.

Also, advise when you are able to contact EFI Global to set up an inspection of the insureds loss location.

Thank you.

Document "RE_ Claim No_ AWAX22110018_ One Unity Investment LLC.msg":
c3docLink:130749284page_1_-_Adobe,_PDF - Endorsement.pdf, 83 KB
c3docLink:130749286page_2_-_Adobe,_PDF - Policy.pdf, 3.0 MB
c3docLink:130749288page_3_-_Adobe,_PDF - RE__Claim_No__AWAX22110018__One_Unity_Investment_LLC.msg.pdf, 80 KB
c3docLink:130749291page_4_-_Adobe,_PDF - Ack_of_LOR._AWAX22110018.pdf, 112 KB

| # | Party | Created (E.S.T.) | Created By | Category |
|---|---|---|---|---|
| 102 | ONE UNITY INVESTMENTS LLC | 03/01/2023 11:54 AM | DLUKE | CORRESPONDENCE OUT |

From: Denesha Luke
Sent: Wednesday, March 1, 2023 11:54 AM
To: Straight Line <claims@straightlineglobal.com>
Cc: Sybelle.Avalos@efiglobal.com
Subject: RE: Insured: One Unity Investents EFI# 028.05310 EFI Global Authorization of Services RE:AWAX22110018

Hello,

Ive reached out the insureds attorney and provided them with the ack of their letter of representation. I also sent them a copy of the policy. In addition, I requested that they reach out to set up a joint inspection.

Please let me know as soon as the inspection date is set.

Thank you.

Document "RE_ Insured_ One Unity Investents EFI# 028_05310 EFI Global Authorization of Services RE_AWAX221100":
c3docLink:130749433page_1_-_Adobe,_PDF -
RE__Insured__One_Unity_Investents__EFI__028_05310_EFI_Global_Authorization_of_Services_RE_AWAX22110018.msg.pdf, 90 KB