United States District Court
Southern District of Texas
**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ONE UNITY INVESTMENT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02455 |
| | § | |
| AXIS SURPLUS INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss with Prejudice (the "Motion") filed on July 1, 2025. Doc. #24. Defendant has not filed a response, and the deadline to do so has passed. The Court therefore considers the Motion unopposed.

In accordance with Plaintiff's Motion to Dismiss and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED with prejudice, with each party to bears its own costs and attorneys' fees.

It is so ORDERED.

AUG 0 6 2025
Date

The Honorable Alfred H. Bennett
United States District Judge